TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Brian F. Shaughnessy
Jared Boriello

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
                                                   :

In re:                                      :        Chapter 7

                                         :

KOSSOFF PLLC,                    :        Case. No. 21-10699 (DSJ)

                                       :

                      Debtor.      :

                                       :

----------------------------------------------------------------- X

ALBERT TOGUT, Not Individually but Solely  :
in His Capacity as Chapter 7 Trustee of the  :
Estate of Kossoff PLLC,               :

                                       :        Adv. Pro. No. 22-_____ (DSJ)

                    Plaintiff,    :

                                       :

                        v.          :

                                       :

BURTON KOSSOFF TESTAMENTARY TRUST,:
ERNEST PEREVOSKI,             :
TERRI ABBEY,                 :
HUI-FONG LEE,               :
JOHN BOSWELL,              :
EQUITY TRUST COMPANY,      :
PETER XENOPOULOS,           :
P. XENOPOULOS REALTY, LLC,    :
PHYLLIS KOSSOFF,            :
RONNY MINTZ, and           :
CHALRON ENTERPRISES LTD.,    :

                                       :

                    Defendants.    :

----------------------------------------------------------------- X

## **COMPLAINT**

Albert Togut, not individually but solely in his capacity as the Chapter 7

Trustee (the "Plaintiff" or the "Trustee") of the estate of Kossoff PLLC (the "Debtor"),

by his attorneys, Togut, Segal & Segal LLP, hereby makes this complaint (the

"Complaint") against: (1) the Burton Kossoff Testamentary Trust (the "BK Trust");

(2) Ernest Perevoski; (3) Terri Abbey; (4) Hui-Fong Lee; (5) John Boswell; (6) Equity

Trust Company ("Equity Trust"); (7) Peter Xenopoulos; (8) P. Xenopoulos Realty, LLC

("Xenopoulos Realty"); (9) Phyllis Kossoff; (10) Ronny Mintz; and (11) Chalron

Enterprises Ltd. ("Chalron") (each a "Defendant" and collectively the "Defendants"),

and in support thereof respectfully alleges the following upon information and belief:

## SUMMARY OF THE ACTION

1.      Prior to being disbarred and sent to prison on May 6, 2022 for

stealing millions of dollars from the Debtor and dozens of the Debtor's clients, Mitchell

H. Kossoff ("Kossoff") was a prominent real-estate attorney in New York City.

2.      On December 8, 2004, Kossoff incorporated Farmview Estates, LLC

("Farmview") as a vehicle to facilitate a real-estate investment project concerning

undeveloped real property in Dutchess County, New York.

3.      Kossoff financed the Farmview venture through a combination of

equity investments and loans from the Defendants, most of whom are Kossoff family

members and friends. Given his personal connections with the Defendants, and no

doubt to induce their assistance, Kossoff personally guaranteed many of the loans that

the Defendants made to Farmview.

4.      The venture was a complete failure, however, and Farmview

dissolved in October 2013 at a massive loss to all those involved.

5.      Several months later, in December 2013, Kossoff founded the

Debtor, a law firm in which he is the sole member. Kossoff then used funds from the

*Debtor's bank accounts* during the period from December 2013 to March 2021 to repay more than $5.2 million of *his* personal debts to the Defendants.  Put another way, Kossoff did not use his own money to pay off the debt that he owed to the Defendants.  Instead, he used money in the Debtor's operating accounts, and even client funds from the Debtor's IOLA accounts, in his effort to extinguish the personal obligations that he incurred to induce the Defendants to invest in Farmview.

6.      There was absolutely no benefit or business purpose for the Debtor to fund payments that served only to reduce Kossoff's personal liabilities to the Defendants.  Indeed, Kossoff paid the Defendants from the Debtor's accounts for his sole personal benefit, in exchange for which the Debtor did not receive any consideration.  The Defendants accepted such payments with full knowledge that the funds were coming from the Debtor instead of Farmview or Kossoff personally.

7.      And Kossoff caused the Debtor to make these millions of dollars in payments to the Defendants while the Debtor was already insolvent, which further exacerbated the Debtor's insolvency, depleted the funds available to make the Debtor's creditors whole, and set the Debtor on an inevitable path to liquidation in bankruptcy.

8.      For the benefit of the Debtor's estate, the Trustee commences this adversary proceeding to avoid and recover the Debtor's Farmview-related payments to the Defendants as fraudulent conveyances, and to disallow any claims filed by any of the Defendants in the Debtor's above-captioned Chapter 7 case (the "Chapter 7 Case").

**THE PARTIES**

9.      Plaintiff is the Chapter 7 Trustee of the Debtor.

10.      The Debtor is a New York professional limited-liability company that, prior to the Petition Date (defined below), operated as a law firm located at 217 Broadway, Suite 401, New York, New York 10007.  The Debtor's Articles of

Organization were filed with the New York Secretary of State on December 6, 2013. From its inception until the Petition Date, the Debtor served clients in New York City's real-estate industry.

11.     Kossoff was an attorney licensed to practice in the State of New York, and specialized his law practice in structuring and negotiating real-estate transactions.  Kossoff was recently disbarred, and is now incarcerated, serving a jail term of 4.5 years to 13.5 years, based on his own admission that he stole more than $14 million from the Debtor's clients.  Over the course of his career, Kossoff was the sole member of several law firms bearing his name, including:  (1) Kossoff, Alper & Unger; (2) Kossoff & Unger;  and (3) the Debtor.  Kossoff, Alper & Unger and Kossoff & Unger ceased to operate as law firms prior to the Debtor's formation and incorporation in December 2013.  Kossoff is, and always has been, the Debtor's sole member and an "insider" of the Debtor as that term is defined in section 101(31) of title 11 of the United States Code (the "Bankruptcy Code").

12.     Defendant BK Trust is a New York testamentary trust that was created by Kossoff's late father and Phyllis Kossoff's late husband, Burton Kossoff.  BK Trust's registered mailing address is care of the Debtor at the Debtor's address listed above.  Kossoff and Phyllis Kossoff are the trustees of BK Trust, and Phyllis Kossoff is BK Trust's sole beneficiary.  BK Trust was an equity investor in Farmview.

13.     Defendant Ernest Perevoski resides at 1707 Grand Avenue, Santa Barbara, California 93103.  Perevoski was both an equity investor in, and a lender to, Farmview.

14.     Defendant Terri Abbey resides at 1707 Grand Avenue, Santa Barbara, California 93103.  Abbey shared one or more checking accounts with

Perevoski, and received payments at those accounts from the Debtor on Perevoski's behalf.

15.   Defendant Hui-Fong Lee (a.k.a. Nancy Lee) resides at 290 McCloud Drive, Fort Lee, New Jersey 07024.  Lee was an equity investor in Farmview.

16.   Defendant John Boswell resides at 330 East 38th Street Apartment # 46-I, New York, New York 10016.  Boswell was both an equity investor in, and a lender to, Farmview.

17.   Defendant Equity Trust (a.k.a. Sterling Trust) is a South Dakota trust company and maintains a place of business at 1 Equity Way, Westlake, Ohio 44145.  At all relevant times herein, Equity Trust served as custodian of certain of John Boswell's investment accounts.  In its capacity as custodian, Equity Trust received payments from the Debtor on Boswell's behalf.

18.   Defendant Peter Xenopoulos resides at 205 West 57th Street, New York, New York 10019.  Xenopoulos was both an equity investor in, and a lender to, Farmview.

19.   Defendant Xenopoulos Realty is a New York limited-liability company and maintains a place of business at 60 Hillside Avenue, Manhasset, New York 11030.  Xenopoulos Realty received payments from the Debtor on Xenopoulos' behalf.

20.   Defendant Phyllis Kossoff resides at 910 Fifth Avenue Apartment # 6D, New York, New York 10021.  Phyllis Kossoff is Mitchell Kossoff's mother.  Phyllis Kossoff was an equity investor in Farmview and, at all relevant times, was an "insider" of the Debtor as that term is defined in Bankruptcy Code § 101(31).

21.    Defendant Ronny Mintz resides at 48 Gramercy Park North Apartment # 3A, New York, New York 10010.  Mintz was both an equity investor in, and a lender to, Farmview.  Mintz is the Chief Executive Officer of Chalron.

22.    Defendant Chalron is a New York corporation and maintains a place of business at 1 Irving Plaza Apartment # U26-C, New York, New York 10003.  Chalron is a consulting firm that received payments from the Debtor on Mintz's behalf.

## JURISDICTION AND VENUE

23.    The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this adversary proceeding (the "Adversary Proceeding") pursuant to 28 U.S.C. §§ 157 and 1334 and the United States District Court for the Southern District of New York's *Amended Standing Order of Reference, M-431* dated January 31, 2012, which refers such proceedings to this Court.

24.    This Adversary Proceeding is commenced pursuant to sections 502(d), 544, 547, 548, and 550 of the Bankruptcy Code;  Rules 3007, 6009, and 7001 of the Federal Rules of Bankruptcy Procedure;  sections 273, 274, 275, 276, 276-a, 278, and 279 of the New York Debtor & Creditor Law as applicable to transactions occurring before April 4, 2020 ("NYDCL");  sections 273, 274, and 276 of the New York Debtor & Creditor Law as applicable to transactions occurring on or after April 4, 2020 (the "NYUVTA");  and sections 3304 and 3306 of title 28 chapter 176 of the United States Code (the "Fair Debt Collection Practices Act" or "FDCPA").

25.    This Adversary Proceeding is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), (F), (H), and (O), and this Court has jurisdiction to hear and to determine this proceeding and to enter a final order and judgment herein.  In the event that this Court or any other court finds any part of this Adversary Proceeding to be "non-core," this Court has non-core concurrent jurisdiction over this proceeding

under 28 U.S.C. § 1334 because the relief sought herein relates to the Chapter 7 Case and

will have a material impact on the administration of the Debtor's estate.

26.     Plaintiff consents to entry of final orders and judgments by this

Court in this Adversary Proceeding pursuant to Bankruptcy Rule 7008.  Plaintiff also

consents to entry of final orders or judgments by this Court if it is determined that this

Court, absent consent of the parties, cannot enter final orders or judgments consistent

with Article III of the United States Constitution.

27.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409 because

this Adversary Proceeding arises in, and is related to, the Chapter 7 Case.

## FACTUAL ALLEGATIONS

**A.     Farmview**

28.     In December 2004, years before the Debtor was formed, Kossoff

created Farmview as a vehicle to facilitate a real-estate investment scheme.  The plan

was for Farmview to acquire certain property in Dutchess County in upstate New York

and then to subdivide the property, build houses on the subdivisions, and sell the

subdivisions/houses for a profit.

29.     The Defendants, who included Kossoff's family and friends,

invested in Farmview as both equity investors and as lenders.

30.     The Defendants invested in Farmview as follows, all on an

unsecured basis:

     a.  BK Trust bought a 4% equity interest in Farmview, which it

        held until Farmview was dissolved;

     b.  Perevoski bought a 2% equity interest in Farmview, which he

        sold to Kossoff in late 2010.  Perevoski also made various debt

        investments in Farmview amounting to at least $750,000;

   c.  Lee bought a 4% equity interest in Farmview, which she held until Farmview was dissolved;

   d.  Boswell bought a 4% equity interest in Farmview, which he held until Farmview was dissolved.  Boswell also made various debt investments in Farmview amounting to at least $1 million;

   e.  Xenopoulos obtained a 4% interest in Farmview.  Xenopoulos also made various debt investments in Farmview amounting to at least $1.15 million;

   f.  Phyllis Kossoff bought a 15% equity interest in Farmview, which she held until Farmview was dissolved;  and

   g.  Mintz and his wife Julie bought a 2% equity interest in Farmview as joint tenants with rights of survivorship, which they held until Farmview was dissolved.  In addition, in February 2007, the Mintzes loaned Farmview at least $150,000.

31.    To induce the Defendants to loan Farmview money, Kossoff personally guaranteed, *inter alia*, the above-described loans extended by Perevoski, Boswell, Xenopoulos, and the Mintzes.

32.    In or around September 2005, Farmview purchased a 112-acre lot at 105-155 Field Road in Clinton Corners, New York (the "Property") for $2.2 million.

33.    Farmview subsequently tried to develop the Property, but the project, and Farmview in general, was a complete failure.

34.    As a result, several of the Defendants sued Farmview and/or Kossoff to recoup their investments, and at least two obtained judgments.  In 2011, for example, Xenopoulos sued Kossoff personally in New York Supreme Court to enforce

8

Kossoff's guarantee of his loan to Farmview.  Xenopoulos ultimately obtained a judgment against Kossoff in the amount of approximately $450,000.

35.     Faced with an avalanche of personal liability in connection with the Farmview debacle, Kossoff hired legal counsel in 2011 and prepared for a personal filing for relief under the Bankruptcy Code.

36.     In a sworn affidavit that he prepared for his bankruptcy case, which ultimately he never filed, Kossoff stated:

> [M]y finances have been adversely impacted due to certain personal loan guarantees which I extended over a period of time in connection with a failed real estate project ("Farmview Estates") in Rhinebeck, New York . . .  My personal loan guarantees on this project are in excess of $3,000,000.

Among other things, Kossoff also stated in the affidavit:

> [A] judgment has been entered against me as a result of my Farmview Estates loan guarantees in the sum of $449,277.   This action is captioned as Peter Xenopoulos v. Mitchell H. Kossoff in Supreme Court of New York, Index Number 11163487.

Kossoff's affidavit attaches a schedule that lists each of the individual Defendants as his personal creditors.  True and correct copies of the affidavit and schedules are annexed hereto as **Exhibit "1."**

37.     In or around 2012, one of Farmview's investors initiated a foreclosure proceeding against the Property.

38.     To stave off a foreclosure sale, Kossoff caused Farmview to sell the Property for $1.7 million in June 2012, which was insufficient to satisfy the claims that were secured by liens against the Property.

39.     Farmview was dissolved in October 2013.

**B.**   **Kossoff Uses Debtor Funds to Repay Farmview Investors**

40.   Instead of filing for personal bankruptcy relief, Kossoff created the Debtor in December 2013 and then used the Debtor as part of his scheme to pay back the Defendants through improper means.  Kossoff did not have enough of his own money, so he attempted to extinguish his personal debt to the Defendants by repaying them not with his own personal funds but with funds that were the property of the Debtor and/or the Debtor's clients.

*i.*   *The Debtor's IOLA Accounts*

41.   Like other law firms in the State of New York, the Debtor was obligated to maintain, and at all relevant times did maintain, in separate accounts: (1) funds that had been paid by the Debtor's clients as retainers for legal services to be rendered by the Debtor;  and (2) funds that the Debtor otherwise held in trust for its clients.

42.   Under New York law, law firms are required to segregate such escrow accounts from the firm's own accounts, and lawyers are strictly prohibited from using such escrowed funds unless and until the funds have been earned and deposited into the firm's/lawyer's own accounts.  Any interest or dividends that accrue on funds held in the segregated escrow accounts are the property of the client.

43.   The Debtor maintained what are known as Interest on Lawyer Account ("IOLA") accounts to purportedly safeguard such client funds.

44.   Under New York law, when a lawyer or a law firm receives funds from a client in a fiduciary capacity and the lawyer determines that the funds are unlikely to generate sufficient interest income to justify the expense of administering a segregated account for the client's benefit, the lawyer must deposit such funds into his IOLA account.  Any interest or dividends that accrue on funds held in IOLA accounts

are themselves segregated and periodically provided to the New York Interest on Lawyer Account Fund (the "IOLA Fund"), a New York government entity that distributes funds for the provision of basic legal services to the State's poor.

> ### ii.   Kossoff Commingles Client and Non-Client Funds in the Debtor's IOLA Accounts as Part of His Scheme to Defraud Debtor Clients

45.   At all relevant times, Kossoff improperly used the Debtor's IOLA accounts as if they were common depositories of not only Debtor-client funds, but also his personal funds, loan proceeds, among other types of funds.

46.   Kossoff regularly deposited non-client funds into the Debtor's IOLA accounts.  Kossoff also regularly transferred funds from the Debtor's IOLA accounts to and for the benefit of parties other than the Debtor's clients and the IOLA Fund, including himself and his family members.

47.   For example, between February 2017 and the Petition Date, Kossoff deposited at least $51,000 from his personal checking accounts into the Debtor's IOLA accounts, and he caused the Debtor to transfer at least $136,000 from the Debtor's IOLA accounts into his personal checking accounts.  A schedule of these deposits and transfers is annexed hereto as **Exhibit "2."**

48.   In his May 2022 Plea Agreement (the "Plea Agreement") with the Manhattan District Attorney, Kossoff admitted that:

> a.   From at least December 2017 to April 2021, I was an attorney licensed to practice in New York and the sole member of Kossoff PLLC, a law firm located in Manhattan.  Part of my law firm's business was to collect and hold funds in trust for my clients and other individuals involved in matters relating to my clients.  I did not have permissions or authority to disburse the funds without authorization from the relevant parties to do so.

> b.   . . . I admit that, from on or about December 21, 2017 to on or about April 9, 2021, in the County of New York, I

> engaged in a systematic ongoing course of conduct with the intent to defraud more than one person and to obtain property from more than one person by false or fraudulent pretenses, representations, or promises.   In doing so, I obtained more than $1,000 from such person. In particular, I defrauded multiple clients, by falsely representing that certain funds would be held in escrow and, notwithstanding those representations, intentionally causing unauthorized and impermissible disbursement of those funds.

A copy of the Plea Agreement is annexed hereto as **Exhibit "3."**

49.     The Appendix to the Plea Agreement lists 35 persons and entities from whom Kossoff stole in total approximately $14.5 million, including amounts stolen from the Debtor's IOLA accounts.

50.     However, the Trustee's investigation to date, including his review of claims filed in the Chapter 7 Case and in other litigations against Kossoff and the Debtor, has revealed that Kossoff stole approximately $18.5 million from the Debtor's clients.

### iii.     *Kossoff Pays Off His Personal Debts to the Defendants From the Debtor's Bank Accounts, Including the Debtor's IOLA Accounts*

51.     Starting in December 2013 and continuing until a month before the Petition Date, Kossoff caused the Debtor to make numerous, improper Farmview-related payments to the Defendants from the Debtor's bank accounts, including its IOLA accounts, for Kossoff's own benefit.

52.     For example, Kossoff caused the Debtor to pay his mother Phyllis Kossoff $100,000 from the Debtor's IOLA accounts in May 2018.

53.     Kossoff also caused the Debtor to pay Xenopoulos Realty $450,000, the amount of the judgment obtained by Xenopoulos against Kossoff in 2011, from the Debtor's IOLA accounts in February 2019.

54.     Annexed hereto as **<u>Exhibit "4"</u>** is a chart that lists the dates and amounts of the Farmview-related payments made by the Debtor to each of the Defendants (collectively, the "<u>Avoidable Transfers</u>").

55.     As set forth in Exhibit 4, Kossoff caused the Debtor to transfer and pay the Avoidable Transfers to Defendants from both the Debtor's operating account and the Debtor's IOLA accounts.

56.     In total, Kossoff paid Defendants more than $5.2 million from the Debtor's accounts before this Chapter 7 Case was commenced.

**C.     The Debtor Receives No Value for Making
<u>The Avoidable Transfers to the Defendants</u>**

57.     The Debtor received no value or benefit at all in exchange for the Avoidable Transfers.

58.     Instead, Defendants and Kossoff received all of the value of the Avoidable Transfers:  (a) Defendants recouped some or all of (or even profited from) their investments in and loans to Farmview, a failed business venture that, but for the fraudulent Avoidable Transfers from the Debtor, would not have returned any money to the Defendants;  and (b) Kossoff personally benefited by being relieved of his personal obligations to the Defendants in connection with Farmview, all at the expense of the Debtor and its creditors.

**D.    The Debtor Was Insolvent, Had an Unreasonably Small Capital
Base, and Incurred, and Intended to Incur, Debts Beyond the
Debtor's Ability to Repay Them During the Relevant Time Period**

59.    The Debtor's books and records demonstrate that the Debtor was

insolvent no later than December 31, 2013, and remained insolvent at all relevant times

thereafter until the Petition Date, by any measurement of insolvency.

60.    The following balance-sheet analysis of the Debtor's assets and

liabilities based upon the Debtor's records demonstrates the Debtor's insolvency:

| DATE | ASSETS | LIABILITIES | NET ASSETS |
|---|---|---|---|
| 12/31/2013 | $572,508 | $2,840,663 | ($2,268,155) |
| 06/30/2014 | $233,469 | $2,844,222 | ($2,610,752) |
| 12/31/2014 | $843,893 | $2,804,103 | ($1,960,210) |
| 01/26/2015 | $585,160 | $3,220,650 | ($2,635,490) |
| 06/30/2015 | $1,367,474 | $5,432,675 | ($4,065,201) |
| 12/31/2015 | $770,028 | $7,386,390 | ($6,616,362) |
| 06/21/2016 | $1,009,438 | $7,850,757 | ($6,841,319) |
| 06/30/2016 | $757,104 | $8,829,352 | ($8,072,248) |
| 12/31/2016 | $1,310,242 | $11,800,038 | ($10,489,796) |
| 06/30/2017 | $1,377,668 | $12,327,635 | ($10,949,967) |
| 12/31/2017 | $1,202,186 | $14,392,997 | ($13,190,811) |
| 06/30/2018 | $1,392,697 | $15,859,134 | ($14,466,437) |
| 12/31/2018 | $1,688,485 | $19,211,671 | ($17,523,187) |
| 06/30/2019 | $1,834,435 | $20,545,379 | ($18,710,944) |
| 12/31/2019 | $1,207,978 | $25,479,490 | ($24,271,512) |
| 06/30/2020 | $1,375,584 | $27,387,619 | ($26,012,034) |
| 12/31/2020 | $1,116,077 | $29,600,162 | ($28,484,085) |
| 03/31/2021 | $936,069 | $29,959,993 | ($29,023,924) |

61.     Additional facts support the conclusion that the Debtor was

insolvent, insufficiently capitalized, and/or unable to pay its debts as they became due

during the periods relevant to this Complaint.  For example:

- The Debtor conducted its business with insufficient capital no later than December 31, 2013, and remained insufficiently capitalized at all relevant times thereafter, until the Petition Date;

- The Debtor incurred, was intending to incur, and/or believed that it would incur debts beyond its ability to pay such debts as they matured beginning on or after December 31, 2013, and continuing until the Petition Date;

- The Debtor experienced regular overdrafts and negative bank account balances at Valley National Bank and J.P. Morgan Chase Bank, N.A. during the relevant period;

- The Debtor failed to pay various creditors on a timely basis and could not timely meet its obligations as they became due during the relevant period;

- Beginning during 2016 and continuing until April 2021, the Debtor borrowed and became obligated to repay at least $9.6 million in numerous high-interest-rate cash-advance transactions that purportedly pledged the Debtor's future accounts receivable as collateral for same-day cash;

- On February 10, 2022, the Internal Revenue Service (the "IRS") filed proof of claim number 37 in the Chapter 7 Case (the "IRS POC").  The IRS POC lists obligations owed by the Debtor for unpaid employee-withholding taxes in the amount of $335,411.08 due for periods beginning in 2015;

- In his plea agreement with the Manhattan District Attorney, Kossoff admitted that since at least December 2017, he stole more than $14 million from multiple persons and clients of the Debtor, including from the Debtor's IOLA accounts;  and

- Proofs of Claim filed in the Chapter 7 Case total not less than $20 million.

E.     **The Debtor Is Forced into Bankruptcy**

62.     On April 13, 2021 (the "Petition Date"), creditors of the Debtor commenced the Chapter 7 Case by filing a petition for relief under Chapter 7 of the Bankruptcy Code against the Debtor in this Court.

63.     On May 11, 2021, this Court entered an order for relief under Chapter 7 of the Bankruptcy Code [Docket No. 14].

64.     On May 12, 2021, the Trustee was appointed as the Chapter 7 Interim Trustee of the Debtor [Docket No. 15];  he accepted his appointment, duly qualified, and is currently acting as the trustee of the Debtor's estate.

F.     **The IRS Holds a Prepetition Claim Against the Debtor**

65.     On December 15, 2021, the Debtor filed schedules of assets and liabilities and a statement of financial affairs [Docket No. 310], and on April 5, 2022, the Debtor filed amendments thereto (cumulatively, the "Schedules") [Docket No. 359].

66.     As of the Petition Date, the Debtor owed unpaid prepetition tax obligations to the IRS for the tax year ending December 31, 2015, which is subject to the IRS POC (the "IRS Claim").  The Debtor listed the IRS Claim as an unsecured priority claim in its Schedules in the amount of $382,000.

67.     The IRS's right to assess the IRS Claim on account of 2015 tax liabilities arose no later than January 1, 2016.

68.     The Debtor received notice of the tax assessment underlying the IRS Claim no later than March 28, 2016 (the "Assessment Notice").

69.     The IRS POC lists the obligation owed by the Debtor as unpaid taxes in the amount of $335,411.08 under the Federal Insurance Contributions Act.

70.     The IRS Claim, as set forth in the timely-filed IRS POC, is an allowable claim under section 502 of the Bankruptcy Code.

71.     The IRS Claim is a debt owed to the United States of America.

72.     The IRS is a predicate "creditor" within the meaning of section 544(b) of the Bankruptcy Code.

**G.     Kossoff Admits Scheme to Defraud and Is Sentenced to Prison**

73.     On December 13, 2021, in open court in New York, Kossoff pleaded guilty to, *inter alia*, orchestrating a scheme to defraud the Debtor's clients.  As discussed above, Kossoff admitted that he stole at least $14.5 million from dozens of clients and others, including millions of dollars that had been deposited into the Debtor's bank accounts.

74.     On May 6, 2022, New York State Supreme Court Judge Laurie Peterson sentenced Kossoff to serve not less than 4.5 years but not more than 13.5 years in prison as punishment for his crimes.

**COUNT I – AVOIDANCE AND RECOVERY OF
CONSTRUCTIVELY FRAUDULENT TRANSFERS
PURSUANT TO 11 U.S.C. §§ 544 and 550; NYDCL §§ 274-75 and 278-79; and
FDCPA §§ 3304(b)(1)(B) and 3306**

75.     Plaintiff repeats, reiterates, and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

76.     Between December 2013 and December 31, 2015, during the ten (10) years preceding the Petition Date, the Debtor made transfers to, or for the benefit of, the Defendants (the "Group-One Transfers"), as identified by the dates and in the amounts set forth in the schedule which is annexed hereto as **Exhibit "5"** and which is incorporated by reference herein.

77.     The Debtor did not receive fair consideration or reasonably equivalent value in exchange for the Group-One Transfers because the Debtor did not receive any benefit from them.

78.     Instead, the Group-One Transfers benefited Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Group-One Transfers.

79.     The Debtor made the Group-One Transfers when the Debtor was engaged, and/or was about to engage, in business or transactions for which its remaining property after making the Group-One Transfers was an unreasonably small amount of capital.

80.     The Debtor remained inadequately capitalized as a result of the Group-One Transfers thereafter until the Petition Date.

81.     The Debtor made the Group-One Transfers when the Debtor intended to incur, believed that it would incur, and/or reasonably should have believed that it would incur debts beyond its ability to pay them as they matured and/or became due.

82.     The Debtor remained unable to pay its debts as they matured and/or became due as a result of the Group-One Transfers thereafter until the Petition Date.

83.     Pursuant to sections 502(d), 544, 550(a), and 551 of the Bankruptcy Code and (a) sections 274, 275, 278, and/or 279 of the NYDCL and/or (b) sections 3304(b)(1)(B)(i), 3304(b)(1)(B)(ii), and 3306 of the FDCPA, Plaintiff is entitled to a judgment against each of the Defendants:  (i) avoiding the Group-One Transfers; (ii) recovering each Group-One Transfer and/or its value from the Defendant to whom each Group-One Transfer was made;  (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Group-One Transfer and/or its value is repaid to the Plaintiff;  (iv) awarding attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

## COUNT II – AVOIDANCE AND RECOVERY OF
## FRAUDULENT TRANSFERS
### PURSUANT TO 11 U.S.C. §§ 544 and 550; NYDCL §§ 276, 276-a, and 278-79; and FDCPA §§ 3304(b)(1)(A) and 3306

84.     Plaintiff repeats, reiterates, and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

85.     Under oath and in open court at the hearing at which the New York court accepted his Plea Agreement, Kossoff admitted to "engag[ing] in a systematic ongoing course of conduct with the intent to defraud . . . multiple clients of [his] law firm"—present and/or future creditors of the Debtor—"[f]rom at least December 2017 to April 2021."

86.     The Debtor made the Group-One Transfers with actual intent to hinder, delay, or defraud one or more present and/or future creditors of the Debtor.

87.     The Group-One Transfers did not, and were not intended to, benefit the Debtor.

88.     The Group-One Transfers were intended to benefit the Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Group-One Transfers.

89.     Each of the Group-One Transfers transferred the Debtor's assets for the benefit of Kossoff, who was an "insider" of the Debtor at the time of each of the Group-One Transfers, namely, the extinction and/or reduction of Kossoff's personal obligations to the Defendants, to the detriment of the Debtor's present and/or future creditors.

90.     In addition to being fraudulent for these reasons, each of the Group-One Transfers made to Phyllis Kossoff was made with actual intent to hinder, delay, or defraud present and/or future creditors of the Debtor insofar as each of these

transfers transferred the Debtor's assets to Phyllis Kossoff, who was an "insider" of the Debtor at the time of each of the Group-One Transfers, to the detriment of the Debtor's present and/or future creditors.

91. Pursuant to sections 502(d), 544, 550(a), and 551 of the Bankruptcy Code and (a) sections 276, 276-a, 278, and/or 279 of the NYDCL and/or (b) sections 3304(b)(1)(A) and 3306 of the FDCPA, Plaintiff is entitled to a judgment against each of the Defendants: (i) avoiding the Group-One Transfers; (ii) recovering each Group-One Transfer and/or its value from the Defendant to whom each Group-One Transfer was made; (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Group-One Transfer and/or its value is repaid to the Plaintiff; (iv) awarding attorneys' fees and costs from each of the Defendants; and (v) awarding any other relief that the Court deems just and proper.

## COUNT III – AVOIDANCE AND RECOVERY OF CONSTRUCTIVELY FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. §§ 544 and 550; NYDCL §§ 273-75 and 278-79; and FDCPA §§ 3304 and 3306

92. Plaintiff repeats, reiterates, and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

93. Between January 1, 2016 and April 3, 2020, during the six (6) years preceding the Petition Date, the Debtor made transfers to, or for the benefit of, the Defendants (the "Group-Two Transfers"), as identified by the dates and in the amounts set forth in the schedule which is annexed hereto as **Exhibit "6"** and which is incorporated by reference herein.

94. The Debtor did not receive fair consideration or reasonably equivalent value in exchange for the Group-Two Transfers because the Debtor did not receive any benefit from them.

95.     Instead, the Group-Two Transfers benefited Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Group-Two Transfers.

96.     Each of the Group-Two Transfers transferred the Debtor's assets for the benefit of Kossoff, who was an "insider" of the Debtor at the time of each of the Group-Two Transfers, namely, the extinction and/or reduction of Kossoff's personal obligations to the Defendants, to the detriment of the Debtor's present and/or future creditors.

97.     The Debtor was insolvent when each of the Group-Two Transfers was made, or was rendered or became insolvent as a result of the Group-Two Transfers.

98.     The Debtor made the Group-Two Transfers when the Debtor was engaged, and/or was about to engage, in business or transactions for which its remaining property after making the Group-Two Transfers was an unreasonably small amount of capital.

99.     The Debtor remained inadequately capitalized as a result of the Group-Two Transfers thereafter until the Petition Date.

100.    The Debtor made the Group-Two Transfers when the Debtor intended to incur, believed that it would incur, and/or reasonably should have believed that it would incur debts beyond its ability to pay them as they matured and/or became due.

101.    The Debtor remained unable to pay its debts as they matured and/or became due as a result of the Group-Two Transfers thereafter until the Petition Date.

102.    In addition to being fraudulent for these reasons, each of the Group-Two Transfers made to Phyllis Kossoff was fraudulent insofar as each of these

transfers transferred the Debtor's assets to Phyllis Kossoff, who was an "insider" of the Debtor at the time of each of the Group-Two Transfers, to the detriment of the Debtor's present and/or future creditors.

103.     Pursuant to sections 502(d), 544, 550(a), and 551 of the Bankruptcy Code and (a) sections 273, 274, 275, 278, and/or 279 of the NYDCL and/or (b) sections 3304(a)(1), 3304(b)(1)(B)(i), 3304(b)(1)(B)(ii), and 3306 of the FDCPA, Plaintiff is entitled to a judgment against each of the Defendants:  (i) avoiding the Group-Two Transfers;  (ii) recovering each Group-Two Transfer and/or its value from the Defendant to whom each Group-Two Transfer was made;  (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Group-Two Transfer and/or its value is repaid to the Plaintiff;  (iv) awarding attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

### COUNT IV – AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### PURSUANT TO 11 U.S.C. §§ 544 and 550; NYDCL §§ 276, 276-a, and 278-79; and FDCPA §§ 3304(b)(1)(A) and 3306

104.     Plaintiff repeats, reiterates, and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

105.     Under oath and in open court at the hearing at which the New York court accepted his Plea Agreement, Kossoff admitted to "engag[ing] in a systematic ongoing course of conduct with the intent to defraud . . . multiple clients of [his] law firm"—present and/or future creditors of the Debtor—"[f]rom at least December 2017 to April 2021."

106.     The Debtor made the Group-Two Transfers with actual intent to hinder, delay, or defraud one or more present and/or future creditors of the Debtor.

107.    The Group-Two Transfers did not, and were not intended to, benefit the Debtor.

108.    The Group-Two Transfers were intended to benefit the Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Group-Two Transfers.

109.    Each of the Group-Two Transfers transferred the Debtor's assets for the benefit of Kossoff, who was an "insider" of the Debtor at the time of each of the Group-Two Transfers, namely, the extinction and/or reduction of Kossoff's personal obligations to the Defendants, to the detriment of the Debtor's present and/or future creditors.

110.    In addition to being fraudulent for these reasons, each of the Group-Two Transfers made to Phyllis Kossoff was made with actual intent to hinder, delay, or defraud present and/or future creditors of the Debtor insofar as each of these transfers transferred the Debtor's assets to Phyllis Kossoff, who was an "insider" of the Debtor at the time of each of the Group-Two Transfers, to the detriment of the Debtor's present and/or future creditors.

111.    Pursuant to sections 502(d), 544, 550(a), and 551 of the Bankruptcy Code and (a) sections 276, 276-a, 278, and/or 279 of the NYDCL and/or (b) sections 3304(b)(1)(A) and 3306 of the FDCPA, Plaintiff is entitled to a judgment against each of the Defendants:  (i) avoiding the Group-Two Transfers;  (ii) recovering each Group-Two Transfer and/or its value from the Defendant to whom each Group-Two Transfer was made;  (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Group-Two Transfer and/or its value is repaid to the Plaintiff;  (iv) awarding attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

**COUNT V – AVOIDANCE AND RECOVERY OF
CONSTRUCTIVELY FRAUDULENT TRANSFERS
PURSUANT TO 11 U.S.C. §§ 544 and 550; NYUVTA §§ 273(a)(2), 274, and 276; and
FDCPA §§ 3304 and 3306**

112.    Plaintiff repeats, reiterates, and realleges each of the foregoing

allegations of this Complaint as if fully set forth herein.

113.    Between April 4, 2020 and the Petition Date, the Debtor made

transfers to, or for the benefit of, the Defendants (the "Group-Three Transfers"), as

identified by the dates and in the amounts set forth in the schedule which is annexed

hereto as **Exhibit "7"** and which is incorporated by reference herein.

114.    The Debtor did not receive reasonably equivalent value in

exchange for the Group-Three Transfers because the Debtor did not receive any benefit

from them.

115.    Instead, the Group-Three Transfers were intended to benefit the

Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees

and/or beneficiaries of the Group-Three Transfers.

116.    Each of the Group-Three Transfers transferred the Debtor's assets

for the benefit of Kossoff, who was an "insider" of the Debtor at the time of each of the

Group-Three Transfers, namely, the extinction and/or reduction of Kossoff's personal

obligations to the Defendants, to the detriment of the Debtor's present and/or future

creditors.

117.    The Debtor was insolvent when each of the Group-Three Transfers

was made, or was rendered or became insolvent as a result of the Group-Three

Transfers.

118.    The Debtor made the Group-Three Transfers when the Debtor was

engaged, and/or was about to engage, in business or transactions for which its

remaining property after making the Group-Three Transfers was an unreasonably small amount of capital.

119.    The Debtor remained inadequately capitalized as a result of the Group-Three Transfers thereafter until the Petition Date.

120.    The Debtor made the Group-Three Transfers when the Debtor intended to incur, believed that it would incur, and/or reasonably should have believed that it would incur debts beyond its ability to pay them as they matured and/or became due.

121.    The Debtor remained unable to pay its debts as they matured and/or became due as a result of the Group-Three Transfers thereafter until the Petition Date.

122.    In addition to being fraudulent for these reasons, each of the Group-Three Transfers made to Phyllis Kossoff was fraudulent insofar as each of these transfers transferred the Debtor's assets to Phyllis Kossoff, who was an "insider" of the Debtor when each of the Group-Three Transfers were made, to the Debtor's present and/or future creditors' detriment.

123.    Pursuant to sections 502(d), 544, 550(a), and 551 of the Bankruptcy Code and (a) sections 273(a)(2)(i), 273(a)(2)(ii), 274(a), 274(b), and 276 of the NYUVTA and/or (b) sections 3304(a)(1), 3304(b)(1)(B)(i), 3304(b)(1)(B)(ii), and 3306 of the FDCPA, Plaintiff is entitled to a judgment against each of the Defendants: (i) avoiding the Group-Three Transfers; (ii) recovering each Group-Three Transfer and/or its value from the Defendant to whom each Group-Three Transfer was made; (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Group-Three Transfer and/or its value is repaid to the Plaintiff; (iv) awarding

attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

### COUNT VI – AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS
### PURSUANT TO 11 U.S.C. §§ 544 and 550; NYUVTA §§ 273(a)(1) and 276; and FDCPA §§ 3304(b)(1)(A) and 3306

124.     Plaintiff repeats, reiterates, and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

125.     Under oath and in open court at the hearing at which the New York court accepted his Plea Agreement, Kossoff admitted to "engag[ing] in a systematic ongoing course of conduct with the intent to defraud . . . multiple clients of [his] law firm"—present and/or future creditors of the Debtor—"[f]rom at least December 2017 to April 2021."

126.     The Debtor made the Group-Three Transfers with actual intent to hinder, delay, or defraud one or more present and/or future creditors of the Debtor.

127.     The Group-Three Transfers did not, and were not intended to, benefit the Debtor.

128.     The Group-Three Transfers were intended to benefit the Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Group-Three Transfers.

129.     Each of the Group-Three Transfers transferred the Debtor's assets for the benefit of Kossoff, who was an "insider" of the Debtor at the time of each of the Group-Three Transfers, namely, the extinction and/or reduction of Kossoff's personal obligations to the Defendants, to the detriment of the Debtor's present and/or future creditors.

130.    In addition to being fraudulent for these reasons, each of the Group-Three Transfers made to Phyllis Kossoff was made with actual intent to hinder, delay, or defraud present and/or future creditors of the Debtor insofar as each of these transfers transferred the Debtor's assets to Phyllis Kossoff, who was an "insider" of the Debtor at the time of each of the Group-Three Transfers, to the detriment of the Debtor's present and/or future creditors.

131.    Pursuant to sections 502(d), 544, 550(a), and 551 of the Bankruptcy Code and (a) sections 273(a)(1) and 276 of the NYUVTA and/or (b) sections 3304(b)(1)(A) and 3306 of the FDCPA, Plaintiff is entitled to a judgment against each of the Defendants:  (i) avoiding the Group-Three Transfers;  (ii) recovering each Group-Three Transfer and/or its value from the Defendant to whom each Group-Three Transfer was made;  (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Group-Three Transfer and/or its value is repaid to the Plaintiff;  (iv) awarding attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

**COUNT VII – AVOIDANCE AND RECOVERY OF
CONSTRUCTIVELY FRAUDULENT TRANSFERS
PURSUANT TO 11 U.S.C. §§ 548(a)(1)(B) and 550**

132.    Plaintiff repeats, reiterates, and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

133.    Between April 13, 2019 and the Petition Date, within two (2) years prior to the Petition Date, the Debtor made transfers to, or for the benefit of, the Defendants (the "Two-Year Transfers"), as identified by the dates and in the amounts set forth in the schedule which is annexed hereto as **Exhibit "8"** and which is incorporated by reference herein.

134.    The Debtor did not receive reasonably equivalent value in exchange for the Two-Year Transfers because the Debtor did not receive any benefit from them.

135.    Instead, the Two-Year Transfers benefited the Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Two-Year Transfers.

136.    The Debtor was insolvent when each of the Two-Year Transfers was made, or was rendered or became insolvent as a result of the Two-Year Transfers.

137.    The Debtor made the Two-Year Transfers when the Debtor was engaged, and/or was about to engage, in business or transactions for which its remaining property after making the Two-Year Transfers was an unreasonably small amount of capital.

138.    The Debtor remained inadequately capitalized as a result of the Two-Year Transfers thereafter until the Petition Date.

139.    The Debtor made the Two-Year Transfers when the Debtor intended to incur, or believed that it would incur, debts beyond its ability to pay them as they matured and/or became due.

140.    The Debtor remained unable to pay its debts as they matured and/or became due as a result of the Two-Year Transfers thereafter until the Petition Date.

141.    Pursuant to sections 502(d), 548(a)(1)(B)(ii)(I), 548(a)(1)(B)(ii)(II), 548(a)(1)(B)(ii)(III), 550(a), and 551 of the Bankruptcy Code, Plaintiff is entitled to a judgment against each of the Defendants:  (i) avoiding the Two-Year Transfers; (ii) recovering each Two-Year Transfer and/or its value from the Defendant to whom each Two-Year Transfer was made;  (iii) disallowing any claim that any Defendant may

have against the Debtor until such time as each Two-Year Transfer and/or its value is repaid to the Plaintiff;  (iv) awarding attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

## COUNT VIII – AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. §§ 548(a)(1)(A) and 550

142.    Plaintiff repeats and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

143.    Under oath and in open court at the hearing at which the New York court accepted his Plea Agreement, Kossoff admitted to "engag[ing] in a systematic ongoing course of conduct with the intent to defraud . . . multiple clients of [his] law firm"—present and/or future creditors of the Debtor—"[f]rom at least December 2017 to April 2021."

144.    The Debtor made the Two-Year Transfers with actual intent to hinder, delay, or defraud one or more entities to which the Debtor was or became indebted.

145.    The Two-Year Transfers did not, and were not intended to, benefit the Debtor.

146.    Instead, the Two-Year Transfers were intended to benefit the Defendants and Kossoff, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Group-Two Transfers.

147.    Each of the Two-Year Transfers transferred the Debtor's assets for the benefit of Kossoff, who was an "insider" of the Debtor at the time of each of the Two-Year Transfers, namely, the extinction and/or reduction of Kossoff's personal obligations to the Defendants, to the detriment of the Debtor's present and/or future creditors.

148.    In addition to being fraudulent for these reasons, each of the Two-Year Transfers made to Phyllis Kossoff was made with actual intent to hinder, delay, or defraud present and/or future creditors of the Debtor insofar as each of these transfers transferred the Debtor's assets to Phyllis Kossoff, another "insider" of the Debtor on the dates that each of the Two-Year Transfers were made, to the detriment of the Debtor's present and/or future creditors.

149.    Pursuant to sections 502(d), 548(a)(1)(A), 550(a), and 551 of the Bankruptcy Code, Plaintiff is entitled to a judgment against each of the Defendants: (i) avoiding the Two-Year Transfers;  (ii) recovering each Two-Year Transfer and/or its value from the Defendant to whom each Two-Year Transfer was made;  (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Two-Year Transfer and/or its value is repaid to the Plaintiff;  (iv) awarding attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

## COUNT IX – AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547(b) and 550

150.    Plaintiff repeats, reiterates, and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

151.    Between January 13, 2021 and the Petition Date, within ninety (90) days prior to the Petition Date, the Debtor made certain transfers to, or for the benefit of, Perevoski, Abbey, and Boswell.

152.    Between April 13, 2020 and January 13, 2021, between ninety (90) days and one year prior to the Petition Date, the Debtor made certain transfers to, or for the benefit of, Phyllis Kossoff, an "insider" of the Debtor at the time of the transfers.

153.    The transfers described within the preceding two paragraphs (collectively, the "<u>Preferential Transfers</u>") are identified by dates and amounts in the schedule which is annexed hereto as **<u>Exhibit "9"</u>** and which is incorporated by reference herein.

154.    Subject to proof, the Plaintiff pleads, in the alternative, that to the extent that any Defendant demonstrates that any of the Preferential Transfers were made to them or for their benefit for or on account of an antecedent debt owed by the Debtor before the Preferential Transfer was made:  (a) the Debtor was insolvent at the time each of the Preferential Transfers was made;  and (b) the Preferential Transfers enabled the Defendant to receive more than they would have received if the case were under Chapter 7 of the Bankruptcy Code, the Preferential Transfers had not been made, and the antecedent debt were paid to the extent provided under the Bankruptcy Code.

155.    Plaintiff is entitled to the presumption of the Debtor's insolvency pursuant to section 547(f) of the Bankruptcy Code.

156.    Pursuant to sections 547(b) and 550 of the Bankruptcy Code, Plaintiff is entitled to a judgment against any such Defendant:  (i) avoiding the Preferential Transfers;  (ii) recovering each Preferential Transfer and/or its value from the Defendant to whom each Preferential Transfer was made;  (iii) disallowing any claim that any Defendant may have against the Debtor until such time as each Preferential Transfer and/or its value is repaid to the Plaintiff;  (iv) awarding attorneys' fees and costs from each of the Defendants;  and (v) awarding any other relief that the Court deems just and proper.

## <u>RESERVATION OF RIGHTS</u>

157.    The Trustee does not waive and instead specifically reserves all of his rights, claims, and defenses as they pertain to the Debtor and any claims or liens that the Defendants may assert against the Debtor's estate.  The Trustee expressly reserves the right to amend and supplement this Complaint or to commence a new action against the Defendants with other claims as his investigation continues.

**WHEREFORE**, for the foregoing reasons, the Trustee respectfully requests that this Court enter judgment against the Defendants:

a) avoiding all Avoidable Transfers pursuant to sections 544, 547, and 548 of the Bankruptcy Code;  NYDCL sections 273 *et seq.*;  NYUVTA sections 273 *et seq.*;  and sections 3304 and 3306 of the FDCPA;

b) pursuant to section 550(a) of the Bankruptcy Code, directing Defendants to pay to Plaintiff an amount to be determined at trial that is not less than the full value of the Avoidable Transfers that each of the Defendants received, plus interest and costs;

c) preserving all avoided transfers and liens for the benefit of the Debtor's estate pursuant to section 551 of the Bankruptcy Code;

d) disallowing any of Defendants' claims pursuant to section 502(d) of the Bankruptcy Code;

e) awarding pre-judgment interest at the maximum legal rate running from the date of the Plaintiff's first demand to Defendants to return all Avoidable Transfers to the date of judgment with respect to this Complaint (the "<u>Judgment</u>") herein;

f) awarding post-judgment interest at the maximum legal rate running from the date of the Judgment until the date the Judgment is paid in full, plus costs;

g) requiring Defendants to pay forthwith the amount of the Judgment;  and

      h)  granting Plaintiff such other and further relief as the Court deems just and proper.

Dated:  New York, New York
          August 26, 2022

                        ALBERT TOGUT, not individually but solely in his capacity as Chapter 7 Trustee, By his Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

                        */s/ Neil Berger*
ALBERT TOGUT
NEIL BERGER
BRIAN F. SHAUGHNESSY
JARED BORIELLO
One Penn Plaza
New York, New York 10119
(212) 594-5000

## **EXHIBIT 1**

**Kossoff Personal Bankruptcy Affidavit and Schedules**

REICH REICH & REICH, P.C.
Attorneys for the Debtor
235 Main Street, Suite 450
White Plains, New York  10601
(914) 949-2126
By: Jeffrey A. Reich (JR-7535)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
In re:

MITCHELL H. KOSSOFF

                             Debtor,
---------------------------------------X

<u>LOCAL RULE 1007-2. AFFIDAVIT</u>

STATE OF NEW YORK  )
COUNTY OF NEW YORK )  ss.:

    Mitchell H. Kossoff, being duly sworn, depose and say:

    1.   I make this affidavit pursuant to Local Bankruptcy Rule 1007 of the U.S. Bankruptcy Court for the Southern District of New York.

    2.   I am self employed as a lawyer and do business under the name of Kossoff & Unger.

    3.   The filing of this Chapter 11 case is necessitated due to my inability to meet my debts as they come due.  In particular my finances have been adversely impacted due to certain personal loan guarantees which I extended over a period of time in connection with a failed real estate project ("Farmview Estates") in Rhinebeck, New York.  Further my financial picture has worsened inasmuch as I have been personally attempting to remit the monthly mortgages and loan payments which I personally guaranteed in order to insure that

Farmview Estates did not default on its loan obligations. To this end I have expended on a monthly basis approximately $20,000 to $30,000 in order to insure the payment of loan obligations belonging to Farmview Estates LLC. My personal loan guarantees on this project are in excess of $3,000,000. I also have unmanageable debt stemming from my personal lease guarantee for a business entity called TenanTracers LLC in which I have a minority ownership interest. That debt is almost $1,250,000. The protection afforded under Title 11, United States Code will provide me with the opportunity to reorganize my financial affairs and to pay my debts over a period of time as allowed by the Bankruptcy Code.

4.     I am a party to a legal proceeding pending in State Court captioned as H&H CUSTOM HOMES INC., v. MITCHELL H. KOSSOFF and FARMVIEW ESTATES LLC in which I have been sued in connection with my Farmview Estates loan guarantees as previously stated and judgment is about to be entered against me personally in the sum of $180,000. Moreover an additional judgment has been entered against me as a result of my Farmview Estates loan guarantees in the sum of $449,277. This action is captioned as Peter Xenopoulos v. Mitchell H. Kossoff in Supreme Court of New York, Index Number 11163487.

5.     I do not own any real property however I do have stock or ownership interest in several private LLCs and/or corporations; however, the value of these ownership interests

based upon the performances of these entities over the past two years is negligible.

6.   The location of debtors' books and records and all entities in which I have an ownership interest is at my office located at 217 Broadway, Suite 401, New York, NY.

7.   A list of the names and addresses of the known creditors is attached to the Petition and Schedules.

8.   A list of the 20 largest creditors is attached to the Petition and Schedules.

9.   A list of the holders of all secured claims is as follows:

Ernest J. Perevoski

Phyllis Kossoff

10.   None of the Debtors' property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or any agent for any such entity, except as follows:

**49 shares of stock of Burton Packaging Company, Inc.**

11.   I do not own or lease a motor vehicle.

12.   Most of my net personal income is derived from my law firm of which I am 100% owner and my net law firm income for the month of March 2011 was the approximate sum of $30,000.

13.   The estimated amount of my personal monthly expenses for the 30 day period following the filing of the Chapter 11 petition is $25,000.

14.   For the 30 day period following the filing of the Chapter 11 Petition, it is estimated that net law firm income will be the approximate sum of $40,000.

_____
Mitchell H. Kossoff

Sworn to before me this
20ᵗʰ day of April , 2011

_____
Notary Public

R. BRET MINTZ
Notary Public, State of New York
No. 02MI5012983
Qualified in New York County
Commission Expires June 15, 2011

B6F (Official Form 6F) (12/07)

In re __Mitchell Kossoff_____,     Case No. _____
      **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7536<br><br>BANK OF AMERICA<br>BANKRUPTCY DEPT.<br>NC4-105-02-40<br>4161 PIEDMONT PARKWAY<br>GREENSBORO, NC 27420-6012 | | | Consideration: Credit card debt | | | | 8,748.00 |
| ACCOUNT NO.  6663<br><br>BANK OF AMERICA<br>P O BOX 15026<br>WILMINGTON, DE 19850-5026 | | | Line of Credit | | | | 46,500.00 |
| ACCOUNT NO.  2372<br><br>BANK OF AMERICA<br>P O BOX 15028<br>WILMINGTON, DE 19850-5028 | | | Business Line of Credit for Kossoff & Unger | | | | 36,616.87 |
| ACCOUNT NO.  9888<br><br>BANK OF AMERICA<br>P O BOX 15028<br>WILMINGTON, DE 19850-5028 | | | Line of Credit | | | | 35,000.00 |

___6___continuation sheets attached

Subtotal ➤   $   126,864.87

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31033-302Y-00310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Mitchell Kossoff                                                    ,                    Case No. _____
                    **Debtor**                                                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BARRY NEWBURGER | | | Possible personal liability for business loans in connection with Farmview | | | | 1,000,000.00 |
| ACCOUNT NO.<br><br>BURTON KOSSOFF TESTAMENTARY TRUST | | | Farmview Investors - Preferred Returns | | | | 200,000.00 |
| ACCOUNT NO.<br><br>CHALRON ENTERPRISES, LTD<br>48 GRAMERCY PARK N, APT 3A<br>NEW YORK, NY 10010 | | | Unpaid services rendered to law firm | | | | 32,053.00 |
| ACCOUNT NO.   4948<br><br>CITI CARDS<br>P O BOX 6500<br>SIOUX FALLS, SD 57117 | | | Consideration: Credit card debt | | | | 7,652.77 |
| ACCOUNT NO.   2744<br><br>CITIBANK BUSINESS BANK LOANS<br>100 CITIBANK DR, BLDG 1, 1ST FL.<br>SAN ANTONIO, TX 78245 | | | Business loan for Kossoff & Unger | | | | 62,000.00 |

Sheet no.   1   of   6   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,301,705.77

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31033-302Y-00310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Mitchell Kossoff                                    ,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3790<br><br>CITIBANK BUSINESS BANK LOANS<br>100 CITIBANK DR, BLDG 1, 1ST FL.<br>SAN ANTONIO, TX 78245 | | | Business loan for Kossoff & Unger | | | | 100,000.00 |
| ACCOUNT NO.<br><br>COLUMBUS PROPERTIES, INC.<br>217 BROADWAY, STE 700<br>NEW YORK, NY 10007<br>ATTN: JOHN DIMURRO | | | Approximate rent arrears on business lease through April 30, 2011 | | | | 100,000.00 |
| ACCOUNT NO.<br><br>COLUMBUS PROPERTIES, INC.<br>217 BROADWAY, STE 700<br>NEW YORK, NY 10007<br>ATTN: JOHN DIMURRO | | | Confession of Judgment/Security Agreement (Chattel Mortgage) with Tenantracers, LLC | | | | 1,241,711.90 |
| ACCOUNT NO.<br><br>DANA FRIEDMAN<br>32-36 214th PLACE<br>BAYSIDE, NY 11361 | | | Personal loan guaranty on loan to Farmview Estates, plus interest | | | | 400,000.00 |
| ACCOUNT NO.<br><br>DANA FRIEDMAN<br>32-36 214th PLACE<br>BAYSIDE, NY 11361 | | | Personal loan guarantee on loan to Farmview, plus interest | | | | 150,000.00 |

Sheet no. _2_ of _6_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,991,711.90

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31033-302Y-00310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re ___Mitchell Kossoff_____,        Case No. _____
             **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ERNEST PEREVOSKI<br>3463 STATE STREET #204<br>SANTA BARBARA, CA 93105 | | | Farmview Investors - Preferred Returns, plus interest due and owing | | | | 3,231,452.00 |
| ACCOUNT NO.<br><br>H&H CUSTOM HOMES | | | Farmview Investors - Preferred Returns | | | | 20,000.00 |
| ACCOUNT NO.<br><br>H&H CUSTOM HOMES, INC.<br>C/O ALLEN J. GOLDSTEIN, ESQ.<br>333 EAST 38TH ST, 12TH FL.<br>NEW YORK, NY 10016 | X | | Judgment Creditor, plus interest and costs, expenses and legal fees (less $25,000) on personal guaranty on loan to Farmview Estates | | | | 200,000.00 |
| ACCOUNT NO.<br><br>HUI-FONG LEE | | | Farmview Investors - Preferred Returns | | | | 200,000.00 |
| ACCOUNT NO.<br><br>JOHN BOSWELL<br>230 EAST 48TH STREET<br>NEW YORK, NY 10017 | | | Possible personal liability for business loans in connection with Farmview Estates plus interest | | | | 500,000.00 |

Sheet no. __3__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 4,151,452.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31033-302Y-00310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Mitchell Kossoff_____,    Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JOHN BOSWELL<br>230 EAST 48TH STREET<br>NEW YORK, NY 10017 | | | Farmview Investors - Preferred Returns | | | | 200,000.00 |
| ACCOUNT NO.<br><br>JOHN LYLE GIBILARO, TRUSTEE | | | Farmview Investors - Preferred Returns | | | | 100,000.00 |
| ACCOUNT NO.<br><br>JOSEPH MARON<br>1304 212th STREET<br>BAYSIDE, NY 11360 | | | Personal loan guaranty to Farmview Estates, plus interest | | | | 100,000.00 |
| ACCOUNT NO.<br><br>MARY JANE MAZZELLA, TRUSTEE | | | Farmview Investors - Preferred Returns | | | | 200,000.00 |
| ACCOUNT NO.<br><br>MR. ERNEST PEREVOSKI<br>1707 GRAND AVENUE<br>SANTA BARBARA, CA 93103 | | | Incurred: 7/15/09<br>Loan - Judgment | | | | 3,231,452.00 |

Sheet no. __4__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,831,452.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31033-302Y-00310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re  Mitchell Kossoff_____,   Case No. _____
           **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PETER XENOPOULOS<br>61 CENTER STREET<br>ENGLEWOOD CLIFFS, NJ 07621 | | | Judgment creditor, plus interest on personal guaranty on loan to Farmview Estates | | | | 449,277.00 |
| ACCOUNT NO.<br><br>PETER XENOPOULOS<br>C/O PAX ASSOCIATES<br>1776 BROADWAY, 6TH FLOOR<br>NEW YORK, NY 10019 | | | Possible personal liability for business loans in connection with Farmview Estates plus interest | | | | 750,000.00 |
| ACCOUNT NO.<br><br>PHYLLIS KOSSOFF<br>910 FIFTH AVENUE, APT 6D<br>NEW YORK, NY 10021 | | | Farmview Investors - Preferred Returns, plus interest from 7/1/10 on defaut note & security agreement | | | | 1,554,229.00 |
| ACCOUNT NO.<br><br>RICHARD PARKOFF<br>98 CUTTERMILL ROAD<br>SUITE 444 SOUTH<br>GREAT NECK, NY 11021 | | | Money loaned to law firm plus interest | | | | 83,000.00 |
| ACCOUNT NO.<br><br>RONNY B & JULIE MINTZ<br>48 GRAMERCY PARK N, APT 3A<br>NEW YORK, NY 10010 | | | Personal guarantee on mortage to Farmview Estats, plus interest | | | | 150,000.00 |

Sheet no. _5_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,986,506.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31033-302Y-00310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Mitchell Kossoff_____ ,    Case No. _____
            **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SALLY UNGER | | | Farmview Investors - Preferred Returns | | | | 200,000.00 |
| ACCOUNT NO.<br><br>STERLING TRUST COMPANY F/B/O DAN FRIEDMAN 7901 FISHPOND ROAD WACO, TX 76710 | | | Personal loan guarantee to Farmview Estates, plus interest | | | | 368,000.00 |
| ACCOUNT NO.<br><br>TREMOND ALLOYS & METALS CORP. PENSION PLAN (RENATO TICHAUER) | | | Farmview Investors - Preferred Returns | | | | 100,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _6_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal ➤    $     668,000.00

                  Total ➤    $    15,057,692.54

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31033-302Y-00310 - PDF-XChange 2.5 DE

## EXHIBIT 2

### Kossoff Deposits into and Debtor Transfers out of Debtor's IOLA Accounts

| Transaction Date | Payee/Payor | Transaction Type | Amount |
|---|---|---|---|
| **Transfers into IOLA from M. Kossoff** | | | |
| | | | |
| 2/14/17 | Mitchell H Kossoff Pamela A Kossoff | Transfer | $25,000.00 |
| 2/25/17 | Mitchell H Kossoff Pamela A Kossoff | Transfer | $21,000.00 |
| 1/7/21 | Mitchell Hal Kossoff | Transfer | $5,000.00 |
| | | **Total Transfers from M. Kossoff:** | **$51,000.00** |
| | | | |
| **Transfers from IOLA to M. Kossoff** | | | |
| 2/15/17 | Mitchell H Kossoff Pamela A Kossoff | Transfer | $25,000.00 |
| 3/10/17 | Mitchell H Kossoff Pamela A Kossoff | Transfer | $21,000.00 |
| 2/9/18 | Mitchell Hal Kossoff | Transfer | $65,000.00 |
| 3/3/21 | Mitchell Hal Kossoff | Transfer | $25,000.00 |
| | | **Total Transfers to M. Kossoff:** | **$136,000.00** |

## EXHIBIT 3

**Kossoff Criminal Plea Agreement**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART N

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | PLEA AGREEMENT |
| -against- | Docket No. CR-028944-21NY |
| MITCHELL KOSSOFF, | SCI No. |
| Defendant. | |

1.      This is the plea agreement (the "Agreement") between the Office of the District Attorney of the County of New York (the "District Attorney") and Mitchell Kossoff (the "Defendant").  This Agreement constitutes the entire agreement between the Defendant and the District Attorney.  There are no promises, agreements, or conditions, express or implied, other than those set forth in this document.  No modification, deletion, or addition to this Agreement will be valid or binding on either party unless put into writing, signed by both parties, and approved by the Court.

2.      At the time of the Defendant's plea, this Agreement shall be made a part of the record and the parties will request the Court's approval thereof.  This Agreement will become effective only upon the Court's approval.

3.      This Agreement covers the criminal conduct to which the Defendant is pleading guilty under this Agreement.  No other criminal conduct is covered by the terms of this Agreement.  This Agreement is limited to the District Attorney and cannot and does not bind other government agencies.

4.      Pursuant to this Agreement, the Defendant shall waive prosecution by indictment and plead guilty under a Superior Court Information to one count of Scheme to Defraud in the First Degree (Penal Law § 190.65[1][b]), one count of Grand Larceny in the First Degree (Penal Law § 155.42), one count of Grand Larceny in the Second Degree (Penal Law § 155.40[1]), and one count of Grand Larceny in the Third Degree (Penal Law § 155.35[1]).  The Defendant acknowledges that the maximum sentences that can be imposed for convictions of such offenses are as follows: an indeterminate prison term of 8 1/3 to 25 years for Grand Larceny in the First Degree (a Class B felony); an indeterminate prison term of 5 to 15 years for Grand Larceny in the Second Degree (a Class C felony); an indeterminate prison term of 2 1/3 to 7 years for Grand Larceny in the Third Degree (a Class D felony); and an indeterminate prison term of 1 1/3 to 4 years for Scheme to Defraud in the First Degree (a Class E felony).

5.      The Defendant acknowledges that by entering this plea of guilty, he will forfeit certain constitutional rights, including the right to a trial by jury, the right to confront his

accusers, and the privilege against self-incrimination. The Defendant specifically will waive, and hereby waives, all defenses and any claims or protections with relation to his plea arising out of any federal or state rights concerning double jeopardy, statute of limitations, speedy trial, speedy sentence, delayed prosecution, geographical jurisdiction, or venue.

6.      The Defendant shall execute a Waiver of Right to Appeal at the time of his plea. The Defendant shall acknowledge, and hereby acknowledges, that he would ordinarily retain his right to appeal even after pleading guilty, but that in this case, he is knowingly and voluntarily waiving that right in exchange for the favorable plea and sentence that he is receiving. The Defendant shall also acknowledge, and hereby acknowledges, that the appellate rights he is waiving are separate and apart from those rights that he shall automatically forfeit by his guilty plea.

7.      Upon the Defendant's plea of guilty, he will admit under oath before the Court to the following:

   a.   From at least December 2017 to April 2021, I was an attorney licensed to practice in New York and the sole member of Kossoff PLLC, a law firm located in Manhattan. Part of my law firm's business was to collect and hold funds in trust for my clients and other individuals involved in matters relating to my clients. I did not have permission or authority to disburse the funds without authorization from the relevant parties to do so.

   b.   As charged in Count One of the Superior Court Information, I admit that, from on or about December 21, 2017 to on or about April 9, 2021, in the County of New York, I engaged in a systematic ongoing course of conduct with the intent to defraud more than one person and to obtain property from more than one person by false or fraudulent pretenses, representations, or promises. In doing so, I obtained more than $1,000 from such persons.   In particular, I defrauded multiple clients of my law firm, and other persons involved in matters relating to my clients, by falsely representing that certain funds would be held in escrow and, notwithstanding those representations, intentionally causing unauthorized and impermissible disbursements of those funds.

   c.   As part of that scheme, and as charged in Counts Two through Four of the Superior Court Information, I admit to committing the following specific thefts, in the County of New York, from clients of my firm and other persons involved in matters relating to my clients:

      i.   From on or about December 21, 2017 through on or about March 16, 2021, I stole more than $50,000 from Anolag LLC and Jacpot 2 LLC.

2

    ii.  From on or about July 9, 2019 through on or about March 16, 2021, I stole more than $1,000,000 from 118 Duane LLC.

    iii.  From on or about April 1, 2021 through on or about April 9, 2021, I stole more than $3,000 from Irwin Ostrega.

  d.  I admit that the individuals and entities listed in the appendix attached to my written plea agreement are some of the victims of the crimes to which I am pleading guilty today.  I also admit that, by committing those crimes, I caused those victims to incur the losses listed in the appendix and that I owe those amounts to those victims.

8.     The Defendant acknowledges that the individuals and entities listed in the appendix attached to this Agreement (the "Appendix") are victims of the crimes to which the Defendant is pleading guilty.  The Defendant also acknowledges that the monetary amounts listed in the Appendix reflect losses that he caused and owes to the respective victims as a result of his crimes.  The District Attorney and the Defendant agree that, at the time of the Defendant's sentencing, and as part of the Defendant's sentence, the Court shall issue judgment orders against the Defendant in favor of those victims listed in the Appendix.  The Defendant acknowledges the bases for those judgment orders and agrees to waive, and hereby waives, any restitution/reparation hearing pursuant to Penal Law § 60.27(2) and Criminal Procedure Law § 400.30 in connection with his guilty pleas under this Agreement.

9.     The Defendant represents that he has full and sole title to a condominium with an address of Twinlights Terrace, Unit I-9, Highlands, New Jersey, 07732 (Block: 11.08; Lot: 9) (the "Condominium"), with a last known tax assessment value of approximately $311,400 for the year 2021, according to the public records of the Monmouth County Clerk's Office.  Prior to the Defendant's sentencing, and as a condition of the promised sentences set forth in paragraph 10 below, the Defendant shall transfer title to the Condominium to Albert Togut (not individually but solely in his capacity as Chapter 7 Interim Trustee for Kossoff PLLC) and provide proof of such transfer to the District Attorney.  If the transfer has not occurred prior to the Defendant's sentencing, the Defendant must show good cause why the transfer was not performed.  The Defendant agrees that it shall be within the District Attorney's sole discretion to determine whether the transfer occurred or whether the Defendant has demonstrated good cause why it did not.

10.     The District Attorney and the Defendant agree that if the Defendant satisfies all of the conditions sets forth in this Agreement, as determined solely by the District Attorney, the District Attorney shall recommend and the Court shall impose the following indeterminate prison terms for the crimes to which the Defendant is pleading guilty, with all of the sentences to be run concurrently: 4.5 to 13.5 years for the count of Grand Larceny in the First Degree; 4.5 to 13.5 years for the count of Grand Larceny in the Second Degree; 2 1/3 to 7 years for the count of Grand Larceny in the Third Degree; and 1 1/3 to 4 years for the count of Scheme to Defraud in the First Degree.

11.     The District Attorney and the Defendant further agree that, between the date of the Defendant's guilty plea and the date of his sentencing, the Defendant shall return to court on all scheduled court dates, report to the New York City Department of Probation as ordered by the Court, and refrain from any behavior that would cause him to be re-arrested on criminal charges.  If the Defendant fails to satisfy any of those conditions or the conditions set forth in paragraph 9 above, as determined solely by the District Attorney, the District Attorney can recommend, and the Court can impose, any sentences authorized by law for the offenses to which the Defendant is pleading guilty under this Agreement.

12.  The Defendant enters into this Agreement, including all waivers contained herein, knowingly, intelligently, and voluntarily and after discussion and consultation with his attorney, Walter Mack.  The Defendant has had a full opportunity to discuss this Agreement with his attorney, and any questions he may have had have been answered to his satisfaction.

Dated: New York, New York

_____

_____          _____
Mitchell Kossoff                                         Doar Rieck Kaley & Mack
Defendant                                                 Attorney for Defendant


_____          _____
Ryan Gee                                                  Catherine McCaw
Assistant District Attorney                          Assistant District Attorney



Approved: _____
                    Justice of the Supreme Court

4

## APPENDIX TO PLEA AGREEMENT
## PEOPLE V. MITCHELL KOSSOFF (DOCKET NO. CR-028944-21NY)

| VICTIM | AMOUNT OWED |
|---|---|
| Gran Sabana Corporation | $4,478,784.24 |
| 118 Duane LLC | $2,425,000.00 |
| SSM Realty Group II LLC | $1,300,000.00 |
| Darlene Hart and Lorraine Kinyk | $1,250,000.00 |
| Decker Associates LLC | $800,000.00 |
| 537 Realty Associates LLC | $590,000.00 |
| Prince Street Holdings LLC | $525,000.00 |
| Sasson Real Estate Group | $342,500.00 |
| Ilomai Kurrik and Arthur Nigel Jones | $305,064.16 |
| Heiner Freidrich | $291,000.00 |
| Louis Girodano and Jeanmarie Giordano | $250,000.00 |
| Jonathan Ostrow | $250,000.00 |
| Anolag LLC and Jacpot 2 LLC | $220,051.88 |
| 47 Mercer Street I LLC, 47 Mercer Street II LLC, 47 Mercer Street III LLC, and 47 Mercer Street IV LLC | $199,600.38 |
| Irwin Ostrega | $159,584.93 |
| Chad Eggers | $158,000.00 |
| Centennial Properties NY Inc. | $150,000.00 |
| Lawrence A. Alexander Irrevocable Trust | $117,000.00 |
| Robert Altemus | $89,900.00 |
| Darren Katz and Peter Myers | $77,000.00 |
| 5557 LLC | $75,000.00 |
| 51 West 11 Realty LLC and Beth Mollins | $65,000.00 |
| Georgica Capital Partners LLC | $61,250.00 |
| CF E 88 LLC and SM E 88 LLC | $60,000.00 |
| Thomas Sneva | $57,300.00 |
| 6 West 75th Street LLC and 112-113 West 75th Street LLC | $55,187.73 |
| Robert Rugani | $49,900.00 |
| Delis Realty Corporation | $45,000.00 |
| 112-113 West 75th Street LLC | $40,000.00 |
| Estate of Jasper Edward Peyton, Jr. | $34,000.00 |
| Jason Breitstone | $30,625.00 |
| David Shorenstein | $30,625.00 |
| Jason Rosenblum | $17,410.13 |
| 6 West 75th Street LLC | $10,000.00 |
| David Svenson | $7,589.87 |

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

**THE PEOPLE OF THE STATE OF NEW YORK**

-against-

**MITCHELL KOSSOFF,**

**Defendant.**

---

**PLEA AGREEMENT**

**DOCKET NO.**

**SCI NO.**

---

**Cyrus R. Vance, Jr.**
**District Attorney**
**New York County**
**One Hogan Place**
**New York, New York 10013**
**(212) 335-9000**

**Ryan Gee**
**Assistant District Attorney**
**Of Counsel**

## EXHIBIT 4

### Avoidable Transfers

**Burton Kossoff Testamentary Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-----|-----|-----|-----|-----|
| | | | | | |
| Burton Kossoff Testamentary Trust | 2/22/19 | 2/26/19 | 38052 | $500.00 | O |
| Burton Kossoff Testamentary Trust | 9/8/20 | 9/8/20 | 41609 | $150.00 | O |
| **Total of All Payments from December 1, 2013 - April 13, 2021** | | | | **$650.00** | |

**Ernest Perevoski and Terri L. Abbey**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ernest J Perevoski or Terri L Abbey | 2/2/21 | 2/2/21 | WIRE | $19,621.67 | O |
| **Total Payments to Ernest J. Perevoski or Terri L Abbey** | | | | **$19,621.67** | |
| Ernest Perevoski | 12/18/13 | 12/18/13 | 1297 | $25,000.00 | I |
| Ernest Perevoski | 12/23/13 | 12/24/13 | 9898 | $10,118.00 | O |
| Ernest Perevoski | 1/22/14 | 1/27/14 | 15031 | $10,118.00 | O |
| Ernest Perevoski | 2/21/14 | 2/25/14 | 15159 | $10,118.00 | O |
| Ernest Perevoski | 3/19/14 | 3/19/14 | 1333 | $50,000.00 | I |
| Ernest Perevoski | 3/21/14 | 3/25/14 | 15304 | $10,118.00 | O |
| Ernest Perevoski | 4/18/14 | 4/18/14 | 15430 | $10,118.00 | O |
| Ernest Perevoski | 5/23/14 | 5/23/14 | 15581 | $10,118.00 | O |
| Ernest Perevoski | 6/25/14 | 6/27/14 | 15730 | $10,118.00 | O |
| Ernest Perevoski | 7/18/14 | 7/21/14 | 15836 | $10,118.00 | O |
| Ernest Perevoski | 8/25/14 | 8/28/14 | 16039 | $10,118.00 | O |
| Ernest Perevoski | 9/26/14 | 9/26/14 | 16282 | $10,118.00 | O |
| Ernest Perevoski | 10/27/14 | 10/31/14 | 16526 | $10,118.00 | O |
| Ernest Perevoski | 11/21/14 | 11/21/14 | 16734 | $10,118.00 | O |
| Ernest Perevoski | 12/19/14 | 12/19/14 | 16985 | $10,118.00 | O |
| Ernest Perevoski | 1/22/15 | 1/28/15 | 20074 | $10,118.00 | O |
| Ernest Perevoski | 2/24/15 | 2/24/15 | 20388 | $10,118.00 | O |
| Ernest Perevoski | 3/23/15 | 3/25/15 | 20637 | $10,118.00 | O |
| Ernest Perevoski | 4/20/15 | 4/24/15 | 21004 | $10,118.00 | O |
| Ernest Perevoski | 5/26/15 | 5/27/15 | 21359 | $10,118.00 | O |
| Ernest Perevoski | 6/26/15 | 6/26/15 | 21729 | $10,118.00 | O |
| Ernest Perevoski | 7/17/15 | 7/20/15 | 22002 | $10,118.00 | O |
| Ernest Perevoski | 8/18/15 | 8/21/15 | 22381 | $10,118.00 | O |
| Ernest Perevoski | 9/21/15 | 9/21/15 | 22755 | $10,118.00 | O |
| Ernest Perevoski | 10/19/15 | 10/23/15 | 23145 | $10,118.00 | O |
| Ernest Perevoski | 11/25/15 | 11/25/15 | 23612 | $10,118.00 | O |
| Ernest Perevoski | 12/21/15 | 12/28/15 | 23987 | $10,118.00 | O |
| Ernest Perevoski | 1/20/16 | 1/22/16 | 24290 | $10,118.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------------------|--------------------------|---------|---------------------|-------------------------------------|
| Ernest Perevoski | 2/23/16 | 2/26/16 | 24746 | $10,118.00 | O |
| Ernest Perevoski | 3/21/16 | 3/28/16 | 25170 | $10,118.00 | O |
| Ernest Perevoski | 4/21/16 | 4/27/16 | 25551 | $10,118.00 | O |
| Ernest Perevoski | 5/19/16 | 5/19/16 | 25921 | $10,118.00 | O |
| Ernest Perevoski | 6/22/16 | 6/24/16 | 26385 | $10,118.00 | O |
| Ernest Perevoski | 7/22/16 | 7/25/16 | 26816 | $10,118.00 | O |
| Ernest Perevoski | 8/23/16 | 8/23/16 | 27150 | $10,118.00 | O |
| Ernest Perevoski | 9/20/16 | 9/27/16 | 27546 | $10,118.00 | O |
| Ernest Perevoski | 10/18/16 | 10/19/16 | 27880 | $10,118.00 | O |
| Ernest Perevoski | 11/28/16 | 12/1/16 | 28345 | $10,118.00 | O |
| Ernest Perevoski | 12/23/16 | 12/23/16 | 28739 | $10,118.00 | O |
| Ernest Perevoski | 1/23/17 | 1/27/17 | 29054 | $10,118.00 | O |
| Ernest Perevoski | 2/28/17 | 3/3/17 | 29507 | $10,118.00 | O |
| Ernest Perevoski | 3/24/17 | 3/30/17 | 29848 | $10,118.00 | O |
| Ernest Perevoski | 4/18/17 | 4/24/17 | 30218 | $10,118.00 | O |
| Ernest Perevoski | 5/22/17 | 5/26/17 | 30659 | $10,118.00 | O |
| Ernest Perevoski | 6/20/17 | 6/26/17 | 31027 | $10,118.00 | O |
| Ernest Perevoski | 7/26/17 | 7/28/17 | 31473 | $10,118.00 | O |
| Ernest Perevoski | 8/23/17 | 8/24/17 | 31865 | $10,118.00 | O |
| Ernest Perevoski | 9/20/17 | 9/22/17 | 32228 | $10,118.00 | O |
| Ernest Perevoski | 10/26/17 | 10/26/17 | 32661 | $10,118.00 | O |
| Ernest Perevoski | 11/13/17 | 11/27/17 | 32924 | $10,118.00 | O |
| Ernest Perevoski | 12/18/17 | 12/22/17 | 33414 | $10,118.00 | O |
| Ernest Perevoski | 1/31/18 | 2/2/18 | 33750 | $10,118.00 | O |
| Ernest Perevoski | 2/28/18 | 2/28/18 | 34037 | $10,118.00 | O |
| Ernest Perevoski | 3/28/18 | 3/30/18 | 34359 | $10,118.00 | O |
| Ernest Perevoski | 4/26/18 | 4/26/18 | 34714 | $10,118.00 | O |
| Ernest Perevoski | 5/21/18 | 5/25/18 | 35050 | $10,118.00 | O |
| Ernest Perevoski | 6/25/18 | 6/26/18 | 35447 | $10,118.00 | O |
| Ernest Perevoski | 7/16/18 | 7/20/18 | 35706 | $10,118.00 | O |
| Ernest Perevoski | 8/17/18 | 8/31/18 | 36055 | $10,118.00 | O |
| Ernest Perevoski | 9/21/18 | 9/21/18 | 36476 | $10,118.00 | O |
| Ernest Perevoski | 10/22/18 | 11/1/18 | 36895 | $10,118.00 | O |
| Ernest Perevoski | 11/30/18 | 11/30/18 | 37296 | $10,118.00 | O |
| Ernest Perevoski | 12/20/18 | 12/21/18 | 37611 | $10,118.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ernest Perevoski | 1/16/19 | 1/23/19 | 37883 | $10,118.00 | O |
| Ernest Perevoski | 2/15/19 | 2/22/19 | 38037 | $10,118.00 | O |
| Ernest Perevoski | 3/18/19 | 3/26/19 | 38169 | $10,118.00 | O |
| Ernest Perevoski | 4/15/19 | 4/29/19 | 38288 | $10,118.00 | O |
| Ernest Perevoski | 5/13/19 | 5/28/19 | 38413 | $10,118.00 | O |
| Ernest Perevoski | 6/17/19 | 6/25/19 | 38540 | $10,118.00 | O |
| Ernest Perevoski | 7/15/19 | 7/23/19 | 38681 | $10,118.00 | O |
| Ernest Perevoski | 8/12/19 | 8/29/19 | 38836 | $10,118.00 | O |
| Ernest Perevoski | 9/25/19 | 9/26/19 | 39144 | $10,118.00 | O |
| Ernest Perevoski | 10/21/19 | 10/25/19 | 39271 | $10,118.00 | O |
| Ernest Perevoski | 11/20/19 | 11/22/19 | 39377 | $10,118.00 | O |
| Ernest Perevoski | 12/16/19 | 12/26/19 | 39488 | $10,118.00 | O |
| Ernest Perevoski | 1/17/20 | 1/17/20 | 39741 | $10,118.00 | O |
| Ernest Perevoski | 1/24/20 | 1/24/20 | 39809 | $10,882.00 | O |
| Ernest Perevoski | 1/31/20 | 1/31/20 | 39904 | $ 9,426.16 | O |
| Ernest Perevoski | 2/7/20 | 2/14/20 | 39982 | $14,000.00 | O |
| Ernest Perevoski | 2/14/20 | 2/14/20 | 40050 | $10,000.00 | O |
| Ernest Perevoski | 2/21/20 | 2/21/20 | 40176 | $19,556.48 | O |
| Ernest Perevoski | 3/16/20 | 4/7/20 | 40609 | $19,556.48 | O |
| Ernest Perevoski | 4/20/20 | 5/7/20 | 40783 | $19,556.48 | O |
| Ernest Perevoski | 5/29/20 | 6/1/20 | 40952 | $19,556.48 | O |
| Ernest Perevoski | 6/15/20 | 6/26/20 | 41121 | $19,556.48 | O |
| Ernest Perevoski | 7/20/20 | 7/27/20 | 41341 | $19,556.48 | O |
| Ernest Perevoski | 8/19/20 | 8/19/20 | 41518 | $19,556.48 | O |
| Ernest Perevoski | 9/25/20 | 9/25/20 | 41716 | $19,556.48 | O |
| Ernest Perevoski | 10/16/20 | 10/28/20 | 41798 | $19,556.48 | O |
| Ernest Perevoski | 12/18/20 | 12/21/20 | 42123 | $19,621.67 | O |
| Total Payments to Ernest Perevoski | | | | $1,063,670.15 | |
| Total of All Payments from December 1, 2013 - April 13, 2021 | | | | $1,083,291.82 | |

**Hui-Fong Lee**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Hui Fong Lee | 9/8/20 | 9/8/20 | WIRE | $2,250.00 | O |
| **Total of All Payments from December 1, 2013 - April 13, 2021** | | | | **$2,250.00** | |

**John Boswell & Equity Trust Company DBA Sterling Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 10/10/14 | 10/10/14 | 10104 | $10,000.00 | O |
| John Boswell | 10/31/14 | 10/31/14 | 10110 | $10,000.00 | O |
| John Boswell | 11/13/14 | 11/24/14 | 10119 | $5,278.00 | O |
| John Boswell | 11/21/14 | 11/24/14 | 10129 | $10,000.00 | O |
| John Boswell | 12/1/14 | 12/18/14 | 10132 | $5,007.00 | O |
| John Boswell | 12/9/14 | 12/18/14 | 10138 | $27.00 | O |
| John Boswell | 12/18/14 | 12/18/14 | 10141 | $4,980.00 | O |
| John Boswell | 1/9/15 | 1/16/15 | 2021 | $4,871.75 | O |
| John Boswell | 12/22/14 | 1/20/15 | 10144 | $10,000.00 | O |
| John Boswell | 1/23/15 | 2/5/15 | 20075 | $10,000.00 | O |
| John Boswell | 2/5/15 | 2/5/15 | 20197 | $8,962.34 | O |
| John Boswell | 2/23/15 | 2/26/15 | 20369 | $10,000.00 | O |
| John Boswell | 3/6/15 | 3/6/15 | 20496 | $8,740.00 | O |
| John Boswell | 3/24/15 | 3/24/15 | 20660 | $10,000.00 | O |
| John Boswell | 4/13/15 | 4/15/15 | 20864 | $9,632.00 | O |
| John Boswell | 4/20/15 | 4/27/15 | 21003 | $10,000.00 | O |
| John Boswell | 5/5/15 | 5/12/15 | 21147 | $9,524.00 | O |
| John Boswell | 5/26/15 | 5/26/15 | 21350 | $10,000.00 | O |
| John Boswell | 6/5/15 | 6/8/15 | 21496 | $9,415.00 | O |
| John Boswell | 6/23/15 | 6/26/15 | 21706 | $10,000.00 | O |
| John Boswell | 7/10/15 | 7/13/15 | 21901 | $9,307.00 | O |
| John Boswell | 7/17/15 | 7/23/15 | 22001 | $10,000.00 | O |
| John Boswell | 8/6/15 | 8/10/15 | 22241 | $9,199.00 | O |
| John Boswell | 8/21/15 | 8/26/15 | 22409 | $10,000.00 | O |
| John Boswell | 9/3/15 | 9/11/15 | 22568 | $9,090.00 | O |
| John Boswell | 9/21/15 | 9/23/15 | 22753 | $10,000.00 | O |
| John Boswell | 10/7/15 | 10/13/15 | 22966 | $8,982.00 | O |
| John Boswell | 10/26/15 | 10/28/15 | 23212 | $10,000.00 | O |
| John Boswell | 11/6/15 | 11/20/15 | 23350 | $8,874.00 | O |
| John Boswell | 11/25/15 | 12/2/15 | 23611 | $10,000.00 | O |
| John Boswell | 12/2/15 | 12/2/15 | 23686 | $8,765.00 | O |
| John Boswell | 12/21/15 | 12/23/15 | 23994 | $10,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|------|------|------|------|------|
| John Boswell | 1/4/16 | 1/6/16 | 24157 | $8,607.00 | O |
| John Boswell | 1/27/16 | 1/28/16 | 24403 | $10,000.00 | O |
| John Boswell | 2/9/16 | 2/9/16 | 24554 | $8,549.00 | O |
| John Boswell | 2/24/16 | 2/24/16 | 24738 | $10,000.00 | O |
| John Boswell | 3/9/16 | 3/11/16 | 2294 | $8,440.00 | O |
| John Boswell | 3/21/16 | 3/28/16 | 25169 | $10,000.00 | O |
| John Boswell | 4/5/16 | 4/8/16 | 25361 | $8,332.00 | O |
| John Boswell | 4/21/16 | 4/29/16 | 25560 | $10,000.00 | O |
| John Boswell | 5/3/16 | 5/4/16 | 25716 | $8,223.60 | O |
| John Boswell | 5/19/16 | 5/20/16 | 25922 | $10,000.00 | O |
| John Boswell | 6/6/16 | 6/6/16 | 26182 | $8,115.26 | O |
| John Boswell | 6/22/16 | 6/22/16 | 26388 | $10,000.00 | O |
| John Boswell | 7/7/16 | 7/7/16 | 26573 | $7,006.93 | O |
| John Boswell | 7/22/16 | 7/25/16 | 26815 | $10,000.00 | O |
| John Boswell | 8/5/16 | 8/5/16 | 26918 | $6,898.60 | O |
| John Boswell | 8/26/16 | 8/26/16 | 27176 | $10,000.00 | O |
| John Boswell | 9/6/16 | 9/8/16 | 27344 | $6,790.26 | O |
| John Boswell | 9/21/16 | 9/21/16 | 27552 | $10,000.00 | O |
| John Boswell | 10/3/16 | 10/5/16 | 27712 | $6,681.93 | O |
| John Boswell | 10/25/16 | 10/28/16 | 27984 | $10,000.00 | O |
| John Boswell | 11/4/16 | 11/9/16 | 28109 | $6,573.00 | O |
| John Boswell | 11/28/16 | 11/28/16 | 28344 | $10,000.00 | O |
| John Boswell | 12/5/16 | 12/12/16 | 28501 | $6,465.26 | O |
| John Boswell | 12/22/16 | 1/13/17 | 28740 | $10,000.00 | O |
| John Boswell | 1/9/17 | 1/23/17 | 28929 | $6,356.93 | O |
| John Boswell | 1/30/17 | 1/30/17 | 29142 | $10,000.00 | O |
| John Boswell | 2/1/17 | 2/21/17 | 29191 | $6,248.60 | O |
| John Boswell | 2/28/17 | 3/2/17 | 29503 | $10,000.00 | O |
| John Boswell | 3/6/17 | 3/13/17 | 29615 | $6,140.26 | O |
| John Boswell | 3/24/17 | 3/27/17 | 29847 | $10,000.00 | O |
| John Boswell | 4/10/17 | 4/10/17 | 30095 | $6,031.93 | O |
| John Boswell | 4/24/17 | 4/24/17 | 30227 | $10,000.00 | O |
| John Boswell | 5/8/17 | 5/8/17 | 30411 | $5,923.60 | O |
| John Boswell | 5/24/17 | 5/24/17 | 30658 | $10,000.00 | O |
| John Boswell | 6/6/17 | 6/12/17 | 30846 | $5,815.26 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------------------|--------------------------|---------|----------------------|-------------------------------------|
| John Boswell | 6/20/17 | 6/26/17 | 31024 | $10,000.00 | O |
| John Boswell | 7/10/17 | 7/10/17 | 31250 | $5,706.93 | O |
| John Boswell | 7/26/17 | 8/2/17 | 31472 | $10,000.00 | O |
| John Boswell | 8/4/17 | 8/4/17 | 31586 | $5,598.60 | O |
| John Boswell | 8/23/17 | 8/25/17 | 31864 | $10,000.00 | O |
| John Boswell | 9/5/17 | 9/5/17 | 32023 | $5,490.26 | O |
| John Boswell | 9/20/17 | 9/25/17 | 32229 | $10,000.00 | O |
| John Boswell | 10/4/17 | 10/4/17 | 32406 | $5,381.93 | O |
| John Boswell | 10/25/17 | 10/25/17 | 32643 | $10,000.00 | O |
| John Boswell | 11/6/17 | 11/8/17 | 32768 | $5,273.60 | O |
| John Boswell | 11/20/17 | 11/27/17 | 33037 | $10,000.00 | O |
| John Boswell | 12/4/17 | 12/19/17 | 33254 | $5,165.26 | O |
| John Boswell | 12/26/17 | 12/26/17 | 33457 | $10,000.00 | O |
| John Boswell | 1/5/18 | 1/8/18 | 33593 | $5,056.93 | O |
| John Boswell | 1/26/18 | 2/13/18 | 33722 | $10,000.00 | O |
| John Boswell | 2/9/18 | 2/22/18 | 33873 | $4,840.26 | O |
| John Boswell | 2/26/18 | 3/5/18 | 34048 | $10,000.00 | O |
| John Boswell | 3/9/18 | 3/9/18 | 34128 | $4,731.93 | O |
| John Boswell | 3/26/18 | 4/11/18 | 34376 | $10,000.00 | O |
| John Boswell | 4/2/18 | 4/25/18 | 34462 | $4,623.60 | O |
| John Boswell | 4/23/18 | 5/9/18 | 34712 | $10,000.00 | O |
| John Boswell | 5/14/18 | 6/11/18 | 34976 | $4,515.26 | O |
| John Boswell | 6/1/18 | 6/11/18 | 35189 | $10,000.00 | O |
| John Boswell | 6/11/18 | 6/27/18 | 35368 | $4,406.93 | O |
| John Boswell | 6/20/18 | 6/27/18 | 35389 | $10,000.00 | O |
| John Boswell | 7/18/18 | 7/18/18 | 35685 | $4,298.60 | O |
| John Boswell | 7/25/18 | 7/26/18 | 35784 | $10,000.00 | O |
| John Boswell | 8/1/18 | 8/20/18 | 35880 | $4,190.26 | O |
| John Boswell | 8/27/18 | 8/29/18 | 36213 | $10,000.00 | O |
| John Boswell | 9/10/18 | 9/14/18 | 36373 | $4,081.93 | O |
| John Boswell | 9/21/18 | 9/28/18 | 36477 | $2,678.00 | O |
| John Boswell | 10/8/18 | 10/22/18 | 36795 | $4,166.67 | O |
| John Boswell | 11/5/18 | 11/19/18 | 37132 | $4,058.33 | O |
| John Boswell | 11/30/18 | 12/5/18 | 37319 | $10,000.00 | O |
| John Boswell | 12/12/18 | 12/12/18 | 37458 | $3,950.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 12/24/18 | 12/24/18 | 37670 | $10,000.00 | O |
| John Boswell | 1/7/19 | 1/7/19 | 37765 | $3,841.67 | O |
| John Boswell | 1/28/19 | 2/6/19 | 37965 | $3,733.33 | O |
| John Boswell | 3/1/19 | 3/6/19 | 38099 | $3,625.00 | O |
| John Boswell | 4/1/19 | 4/1/19 | 38217 | $3,516.67 | O |
| John Boswell | 5/22/19 | 5/28/19 | 38430 | $16,250.00 | O |
| John Boswell | 5/1/19 | 5/28/19 | 38367 | $3,408.33 | O |
| John Boswell | 6/6/19 | 6/6/19 | 38485 | $3,300.00 | O |
| John Boswell | 6/11/19 | 6/11/19 | 38515 | $1,250.00 | O |
| John Boswell | 7/1/19 | 7/8/19 | 38582 | $4,441.67 | O |
| John Boswell | 8/12/19 | 8/12/19 | 38805 | $4,333.33 | O |
| John Boswell | 9/9/19 | 9/30/19 | 39080 | $4,225.00 | O |
| John Boswell | 10/1/19 | 10/22/19 | 39188 | $4,116.67 | O |
| John Boswell | 11/4/19 | 11/19/19 | 39326 | $4,008.33 | O |
| John Boswell | 12/5/19 | 12/5/19 | 39411 | $3,900.00 | O |
| John Boswell | 1/7/20 | 1/7/20 | 39644 | $3,791.67 | O |
| John Boswell | 2/6/20 | 2/6/20 | 39970 | $3,683.33 | O |
| John Boswell | 3/5/20 | 3/10/20 | 40339 | $3,575.00 | O |
| John Boswell | 4/1/20 | 5/15/20 | 40676 | $3,466.67 | O |
| John Boswell | 6/29/20 | 8/26/20 | 41331 | $3,250.00 | O |
| John Boswell | 5/4/20 | 8/26/20 | 40857 | $3,358.33 | O |
| John Boswell | 7/7/20 | 8/26/20 | 41335 | $3,141.67 | O |
| John Boswell | 8/17/20 | 9/29/20 | 41576 | $3,141.67 | O |
| John Boswell | 9/4/20 | 9/29/20 | 41717 | $3,141.67 | O |
| John Boswell | 10/5/20 | 10/29/20 | 41791 | $3,141.67 | O |
| John Boswell | 11/9/20 | 12/8/20 | 41984 | $3,141.67 | O |
| John Boswell | 12/8/20 | 12/8/20 | 42062 | $3,141.67 | O |
| John Boswell | 1/4/21 | 1/14/21 | 42200 | $3,141.67 | O |
| John Boswell | 2/12/21 | 2/12/21 | 42374 | $3,141.67 | O |
| John Boswell | 3/11/21 | 3/15/21 | 50185 | $3,141.67 | O |
| **Total Payments to John Boswell** | | | | **$949,418.82** | |
| | | | | | |
| Equity Trust Company | 11/13/14 | 11/26/14 | 10120 | $1,250.00 | O |
| Equity Trust Company | 12/1/14 | 12/15/14 | 10133 | $1,250.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Equity Trust Company | 12/18/14 | 1/2/15 | 10142 | $1,250.00 | O |
| Equity Trust Company | 1/9/15 | 2/2/15 | 2022 | $1,250.00 | O |
| Equity Trust Company | 2/5/15 | 3/16/15 | 20198 | $1,250.00 | O |
| Equity Trust Company | 3/6/15 | 3/31/15 | 20495 | $1,250.00 | O |
| Equity Trust Company | 10/22/18 | 11/27/18 | 37029 | $10,000.00 | O |
| Equity Trust Company | 11/20/18 | 11/27/18 | 37206 | $1,250.00 | O |
| Equity Trust Company | 1/22/19 | 2/13/19 | 37932 | $10,000.00 | O |
| Equity Trust Company | 2/20/19 | 3/5/19 | 38063 | $10,000.00 | O |
| Equity Trust Company | 3/21/19 | 3/26/19 | 38180 | $10,000.00 | O |
| Equity Trust Company | 4/24/19 | 4/26/19 | 38312 | $5,000.00 | O |
| Equity Trust Company | 4/22/19 | 4/30/19 | 38322 | $10,000.00 | O |
| Equity Trust Company | 5/22/19 | 5/28/19 | 38434 | $10,000.00 | O |
| Equity Trust Company | 5/3/19 | 5/28/19 | 38368 | $1,250.00 | O |
| Equity Trust Company | 6/20/19 | 7/24/19 | 38549 | $10,000.00 | O |
| Equity Trust Company | 7/20/19 | 8/8/19 | 38720 | $10,000.00 | O |
| Equity Trust Company | 8/21/19 | 9/27/19 | 38885 | $10,000.00 | O |
| Equity Trust Company | 9/20/19 | 10/30/19 | 39097 | $10,000.00 | O |
| Equity Trust Company | 10/21/19 | 11/14/19 | 39270 | $10,000.00 | O |
| Equity Trust Company | 11/20/19 | 12/13/19 | 39378 | $10,000.00 | O |
| Equity Trust Company | 12/20/19 | 1/21/20 | 39495 | $10,000.00 | O |
| Equity Trust Company | 1/21/20 | 2/27/20 | 39877 | $10,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Equity Trust Company | 2/21/20 | 4/14/20 | 40175 | $10,000.00 | O |
| Equity Trust Company | 4/20/20 | 5/11/20 | 40782 | $10,000.00 | O |
| Equity Trust Company | 5/29/20 | 8/28/20 | 40953 | $10,000.00 | O |
| **Total Payments to Equity Trust Company** | | | | **$185,000.00** | |
| | | | | | |
| Sterling Trust | 4/13/15 | 5/27/15 | 20865 | $250.00 | O |
| Sterling Trust | 5/5/15 | 5/27/15 | 21148 | $250.00 | O |
| Sterling Trust | 6/5/15 | 7/1/15 | 21497 | $250.00 | O |
| Sterling Trust | 7/14/15 | 8/18/15 | 21948 | $250.00 | O |
| Sterling Trust | 8/6/15 | 8/20/15 | 22242 | $250.00 | O |
| Sterling Trust | 9/3/15 | 9/16/15 | 22569 | $250.00 | O |
| Sterling Trust | 10/7/15 | 10/19/15 | 22967 | $250.00 | O |
| Sterling Trust | 11/6/15 | 12/4/15 | 23351 | $250.00 | O |
| Sterling Trust | 12/2/15 | 2/4/16 | 24146 | $250.00 | O |
| Sterling Trust | 1/4/16 | 2/4/16 | 24158 | $250.00 | O |
| Sterling Trust | 2/9/16 | 2/26/16 | 24558 | $250.00 | O |
| Sterling Trust | 3/11/16 | 4/20/16 | 25291 | $250.00 | O |
| Sterling Trust | 4/5/16 | 4/20/16 | 25362 | $250.00 | O |
| Sterling Trust | 5/3/16 | 5/24/16 | 25717 | $250.00 | O |
| Sterling Trust | 6/6/16 | 6/22/16 | 26183 | $250.00 | O |
| Sterling Trust | 7/7/16 | 7/21/16 | 26572 | $1,250.00 | O |
| Sterling Trust | 8/5/16 | 8/23/16 | 26919 | $1,250.00 | O |
| Sterling Trust | 9/6/16 | 9/14/16 | 27345 | $1,250.00 | O |
| Sterling Trust | 10/3/16 | 10/20/16 | 27713 | $1,250.00 | O |
| Sterling Trust | 11/4/16 | 11/23/16 | 28110 | $1,250.00 | O |
| Sterling Trust | 12/5/16 | 12/16/16 | 28502 | $1,250.00 | O |
| Sterling Trust | 1/9/17 | 3/1/17 | 28930 | $1,250.00 | O |
| Sterling Trust | 2/1/17 | 3/1/17 | 29192 | $1,250.00 | O |
| Sterling Trust | 3/6/17 | 4/4/17 | 29616 | $1,250.00 | O |
| Sterling Trust | 4/5/17 | 4/26/17 | 30014 | $1,250.00 | O |
| Sterling Trust | 5/8/17 | 5/18/17 | 30412 | $1,250.00 | O |
| Sterling Trust | 6/6/17 | 6/13/17 | 30847 | $1,250.00 | O |
| Sterling Trust | 7/10/17 | 8/7/17 | 31251 | $1,250.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------|-------|-------|-------|-------|
| Sterling Trust | 8/4/17 | 9/28/17 | 31613 | $1,250.00 | O |
| Sterling Trust | 9/1/17 | 9/28/17 | 32271 | $1,250.00 | O |
| Sterling Trust | 12/4/17 | 1/10/18 | 33255 | $1,250.00 | O |
| **Total Payments to Sterling Trust** | | | | **$23,750.00** | |
| **Total of All Payments from December 1, 2013 - April 13, 2021** | | | | **$1,158,168.82** | |

**Peter Xenopoulos**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| P. Xenopoulos Realty LLC | 2/22/19 | 2/25/19 | 8747 | $450,000.00 | I |
| **Total Payments to P. Xenopoulos Realty LLC** | | | | **$450,000.00** | |
| Peter Xenopoulos | 11/21/14 | 11/24/14 | 10128 | $11,757.91 | O |
| Peter Xenopoulos | 12/8/14 | 12/17/14 | 10135 | $11,757.91 | O |
| Peter Xenopoulos | 12/22/14 | 1/9/15 | 10145 | $11,757.91 | O |
| Peter Xenopoulos | 1/26/15 | 2/4/15 | 20100 | $11,757.91 | O |
| Peter Xenopoulos | 4/2/15 | 4/9/15 | 20751 | $11,757.91 | O |
| Peter Xenopoulos | 4/17/15 | 4/20/15 | 21000 | $11,757.91 | O |
| Peter Xenopoulos | 5/13/15 | 5/13/15 | 21243 | $11,757.91 | O |
| Peter Xenopoulos | 5/22/15 | 5/28/15 | 21321 | $11,757.91 | O |
| Peter Xenopoulos | 7/16/15 | 7/21/15 | 21970 | $11,757.91 | O |
| Peter Xenopoulos | 7/20/15 | 8/17/15 | 22049 | $11,757.91 | O |
| Peter Xenopoulos | 8/18/15 | 8/26/15 | 22377 | $11,757.91 | O |
| Peter Xenopoulos | 9/15/15 | 9/22/15 | 22711 | $11,757.91 | O |
| Peter Xenopoulos | 10/19/15 | 11/6/15 | 23144 | $11,757.91 | O |
| Peter Xenopoulos | 12/31/15 | 1/4/16 | 24086 | $11,757.91 | O |
| Peter Xenopoulos | 1/20/16 | 1/26/16 | 24286 | $11,757.91 | O |
| Peter Xenopoulos | 3/10/16 | 3/17/16 | 25022 | $11,757.91 | O |
| Peter Xenopoulos | 4/22/16 | 4/22/16 | 25562 | $11,757.91 | O |
| Peter Xenopoulos | 4/22/16 | 4/22/16 | 25563 | $11,757.91 | O |
| Peter Xenopoulos | 5/18/16 | 5/19/16 | 25901 | $11,757.91 | O |
| Peter Xenopoulos | 5/27/16 | 5/27/16 | 26065 | $11,757.91 | O |
| Peter Xenopoulos | 7/7/16 | 7/8/16 | 26570 | $11,757.91 | O |
| Peter Xenopoulos | 8/10/16 | 8/11/16 | 26988 | $11,757.91 | O |
| Peter Xenopoulos | 9/20/16 | 9/20/16 | 27530 | $11,757.91 | O |
| Peter Xenopoulos | 10/14/16 | 10/18/16 | 27815 | $11,757.91 | O |
| Peter Xenopoulos | 12/5/16 | 12/6/16 | 28460 | $11,757.91 | O |
| Peter Xenopoulos | 1/6/17 | 1/6/17 | 28809 | $23,515.82 | O |
| Peter Xenopoulos | 3/21/17 | 3/22/17 | 29791 | $11,757.91 | O |
| Peter Xenopoulos | 3/24/17 | 3/31/17 | 29850 | $11,757.91 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------|-------|-------|-------|-------|
| Peter Xenopoulos | 4/28/17 | 4/28/17 | 30286 | $11,757.91 | O |
| Peter Xenopoulos | 5/26/17 | 6/1/17 | 30704 | $11,757.91 | O |
| Peter Xenopoulos | 7/7/17 | 7/7/17 | 31219 | $11,757.91 | O |
| Peter Xenopoulos | 7/31/17 | 8/11/17 | 31525 | $11,757.91 | O |
| Peter Xenopoulos | 8/15/17 | 8/18/17 | 31771 | $11,757.91 | O |
| Peter Xenopoulos | 9/25/17 | 9/28/17 | 32273 | $11,757.91 | O |
| Peter Xenopoulos | 11/7/17 | 11/15/17 | 32822 | $11,757.91 | O |
| Peter Xenopoulos | 11/20/17 | 12/4/17 | 33038 | $11,757.91 | O |
| Peter Xenopoulos | 12/26/17 | 1/24/18 | 33455 | $11,757.91 | O |
| Peter Xenopoulos | 1/12/18 | 2/13/18 | 33707 | $11,757.91 | O |
| Peter Xenopoulos | 4/2/18 | 4/20/18 | 34461 | $11,757.91 | O |
| Peter Xenopoulos | 4/23/18 | 5/11/18 | 34713 | $11,757.91 | O |
| Peter Xenopoulos | 5/21/18 | 6/11/18 | 35049 | $11,757.91 | O |
| Peter Xenopoulos | 6/29/18 | 8/21/18 | 35472 | $11,757.91 | O |
| Peter Xenopoulos | 7/16/18 | 9/26/18 | 35705 | $11,757.91 | O |
| Peter Xenopoulos | 9/21/18 | 9/26/18 | 36469 | $11,757.91 | O |
| Peter Xenopoulos | 10/3/18 | 10/5/18 | 36612 | $11,757.91 | O |
| Peter Xenopoulos | 10/3/18 | 10/5/18 | 36613 | $11,757.91 | O |
| Peter Xenopoulos | 10/22/18 | 11/19/18 | 36894 | $11,757.91 | O |
| Peter Xenopoulos | 11/5/18 | 11/19/18 | 37049 | $11,757.91 | O |
| Peter Xenopoulos | 11/5/18 | 11/19/18 | 37050 | $11,757.91 | O |
| Peter Xenopoulos | 11/30/18 | 12/3/18 | 37294 | $11,757.91 | O |
| Peter Xenopoulos | 12/3/18 | 12/14/18 | 37384 | $11,757.91 | O |
| Peter Xenopoulos | 1/4/19 | 1/8/19 | 37762 | $11,757.91 | O |
| Peter Xenopoulos | 1/28/19 | 1/30/19 | 37939 | $11,757.91 | O |
| Peter Xenopoulos | 3/1/19 | 3/1/19 | 38072 | $11,757.91 | O |
| Peter Xenopoulos | 5/1/19 | 5/6/19 | 38347 | $11,757.91 | O |
| Peter Xenopoulos | 5/16/19 | 5/20/19 | 38401 | $11,757.91 | O |
| Peter Xenopoulos | 7/1/19 | 7/11/19 | 38589 | $11,757.91 | O |
| Peter Xenopoulos | 7/17/19 | 7/22/19 | 38665 | $11,757.91 | O |
| Peter Xenopoulos | 8/5/19 | 8/14/19 | 38818 | $11,757.91 | O |
| Peter Xenopoulos | 9/16/19 | 9/16/19 | 39001 | $11,757.91 | O |
| Peter Xenopoulos | 10/2/19 | 10/3/19 | 39161 | $11,757.91 | O |
| Peter Xenopoulos | 11/4/19 | 11/13/19 | 39325 | $11,757.91 | O |
| Peter Xenopoulos | 12/6/19 | 12/10/19 | 39435 | $11,757.91 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Peter Xenopoulos | 1/10/20 | 1/13/20 | 39656 | $11,757.91 | O |
| **Total Payments to P. Xenopoulos** | | | | **$764,264.15** | |
| **Total of All Payments from December 1, 2013 - April 13, 2021** | | | | **$1,214,264.15** | |

**Phyllis Kossoff**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 12/9/13 | 12/9/13 | 9746 | $10,000.00 | O |
| Phyllis Kossoff | 3/7/14 | 3/7/14 | 15220 | $10,000.00 | O |
| Phyllis Kossoff | 3/19/14 | 3/19/14 | 1335 | $25,000.00 | I |
| Phyllis Kossoff | 3/19/14 | 3/19/14 | 15281 | $5,000.00 | O |
| Phyllis Kossoff | 4/14/14 | 4/14/14 | 15388 | $15,000.00 | O |
| Phyllis Kossoff | 5/12/14 | 5/13/14 | 15532 | $15,000.00 | O |
| Phyllis Kossoff | 5/16/14 | 5/16/14 | 15553 | $25,000.00 | O |
| Phyllis Kossoff | 5/23/14 | 5/23/14 | 15590 | $12,000.00 | O |
| Phyllis Kossoff | 6/20/14 | 6/24/14 | 15708 | $7,500.00 | O |
| Phyllis Kossoff | 7/11/14 | 7/11/14 | 15792 | $7,500.00 | O |
| Phyllis Kossoff | 8/8/14 | 8/8/14 | 15951 | $5,000.00 | O |
| Phyllis Kossoff | 8/15/14 | 8/15/14 | 15998 | $5,000.00 | O |
| Phyllis Kossoff | 8/26/14 | 8/26/14 | 16024 | $5,000.00 | O |
| Phyllis Kossoff | 9/3/14 | 9/3/14 | 16090 | $5,000.00 | O |
| Phyllis Kossoff | 9/10/14 | 9/10/14 | 16144 | $5,000.00 | O |
| Phyllis Kossoff | 9/17/14 | 9/17/14 | 16231 | $5,000.00 | O |
| Phyllis Kossoff | 9/23/14 | 9/23/14 | 16272 | $5,000.00 | O |
| Phyllis Kossoff | 10/3/14 | 10/3/14 | 16295 | $5,000.00 | O |
| Phyllis Kossoff | 10/10/14 | 10/10/14 | 16396 | $5,000.00 | O |
| Phyllis Kossoff | 10/17/14 | 10/17/14 | 16460 | $5,000.00 | O |
| Phyllis Kossoff | 10/27/14 | 10/31/14 | 16525 | $5,000.00 | O |
| Phyllis Kossoff | 10/31/14 | 10/31/14 | 16551 | $5,000.00 | O |
| Phyllis Kossoff | 11/10/14 | 11/10/14 | 16630 | $5,000.00 | O |
| Phyllis Kossoff | 11/14/14 | 11/14/14 | 16683 | $5,000.00 | O |
| Phyllis Kossoff | 11/21/14 | 11/21/14 | 16735 | $5,000.00 | O |
| Phyllis Kossoff | 12/1/14 | 12/1/14 | 16783 | $5,000.00 | O |
| Phyllis Kossoff | 12/5/14 | 12/5/14 | 16831 | $5,000.00 | O |
| Phyllis Kossoff | 12/12/14 | 12/12/14 | 16878 | $5,000.00 | O |
| Phyllis Kossoff | 12/19/14 | 12/19/14 | 16980 | $5,000.00 | O |
| Phyllis Kossoff | 12/24/14 | 12/24/14 | 17014 | $5,000.00 | O |
| Phyllis Kossoff | 1/2/15 | 1/2/15 | 17077 | $5,000.00 | O |
| Phyllis Kossoff | 1/9/15 | 1/9/15 | 2043 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 1/16/15 | 1/16/15 | 20057 | $5,000.00 | O |
| Phyllis Kossoff | 1/26/15 | 1/28/15 | 20101 | $5,000.00 | O |
| Phyllis Kossoff | 1/30/15 | 2/4/15 | 20137 | $5,000.00 | O |
| Phyllis Kossoff | 2/9/15 | 2/10/15 | 20228 | $5,000.00 | O |
| Phyllis Kossoff | 2/18/15 | 2/18/15 | 20309 | $5,000.00 | O |
| Phyllis Kossoff | 2/23/15 | 2/24/15 | 20372 | $5,000.00 | O |
| Phyllis Kossoff | 3/4/15 | 3/6/15 | 20449 | $5,000.00 | O |
| Phyllis Kossoff | 3/9/15 | 3/19/15 | 20520 | $5,000.00 | O |
| Phyllis Kossoff | 3/16/15 | 3/20/15 | 20579 | $5,000.00 | O |
| Phyllis Kossoff | 3/23/15 | 3/25/15 | 20633 | $5,000.00 | O |
| Phyllis Kossoff | 4/2/15 | 4/3/15 | 20742 | $5,000.00 | O |
| Phyllis Kossoff | 4/9/15 | 4/15/15 | 20819 | $5,000.00 | O |
| Phyllis Kossoff | 4/13/15 | 4/17/15 | 20900 | $5,000.00 | O |
| Phyllis Kossoff | 4/20/15 | 4/20/15 | 21001 | $5,000.00 | O |
| Phyllis Kossoff | 4/28/15 | 4/30/15 | 21061 | $5,000.00 | O |
| Phyllis Kossoff | 5/5/15 | 5/12/15 | 21134 | $5,000.00 | O |
| Phyllis Kossoff | 5/12/15 | 5/13/15 | 21222 | $5,000.00 | O |
| Phyllis Kossoff | 5/18/15 | 5/22/15 | 21304 | $5,000.00 | O |
| Phyllis Kossoff | 5/26/15 | 5/27/15 | 21356 | $5,000.00 | O |
| Phyllis Kossoff | 6/3/15 | 6/12/15 | 21471 | $5,000.00 | O |
| Phyllis Kossoff | 6/12/15 | 6/12/15 | 21559 | $5,000.00 | O |
| Phyllis Kossoff | 6/17/15 | 6/22/15 | 21626 | $5,000.00 | O |
| Phyllis Kossoff | 6/24/15 | 6/30/15 | 21715 | $5,000.00 | O |
| Phyllis Kossoff | 6/29/15 | 7/8/15 | 21797 | $5,000.00 | O |
| Phyllis Kossoff | 7/10/15 | 7/20/15 | 21911 | $5,000.00 | O |
| Phyllis Kossoff | 7/14/15 | 7/20/15 | 21960 | $5,000.00 | O |
| Phyllis Kossoff | 7/20/15 | 7/28/15 | 22006 | $5,000.00 | O |
| Phyllis Kossoff | 7/28/15 | 8/7/15 | 22143 | $5,000.00 | O |
| Phyllis Kossoff | 8/3/15 | 8/14/15 | 22220 | $5,000.00 | O |
| Phyllis Kossoff | 8/10/15 | 8/17/15 | 22305 | $5,000.00 | O |
| Phyllis Kossoff | 8/18/15 | 8/21/15 | 22379 | $5,000.00 | O |
| Phyllis Kossoff | 8/24/15 | 8/24/15 | 22454 | $5,000.00 | O |
| Phyllis Kossoff | 8/31/15 | 8/31/15 | 22527 | $5,000.00 | O |
| Phyllis Kossoff | 9/8/15 | 9/11/15 | 22618 | $5,000.00 | O |
| Phyllis Kossoff | 9/14/15 | 9/21/15 | 22703 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 9/21/15 | 9/21/15 | 22751 | $5,000.00 | O |
| Phyllis Kossoff | 9/28/15 | 9/29/15 | 22849 | $5,000.00 | O |
| Phyllis Kossoff | 10/5/15 | 10/9/15 | 22972 | $5,000.00 | O |
| Phyllis Kossoff | 10/14/15 | 10/22/15 | 23053 | $5,000.00 | O |
| Phyllis Kossoff | 10/19/15 | 10/22/15 | 23142 | $5,000.00 | O |
| Phyllis Kossoff | 10/26/15 | 10/29/15 | 23210 | $5,000.00 | O |
| Phyllis Kossoff | 11/2/15 | 11/2/15 | 23322 | $5,000.00 | O |
| Phyllis Kossoff | 11/9/15 | 11/17/15 | 23469 | $5,000.00 | O |
| Phyllis Kossoff | 11/17/15 | 11/23/15 | 23513 | $5,000.00 | O |
| Phyllis Kossoff | 11/23/15 | 11/23/15 | 23597 | $5,000.00 | O |
| Phyllis Kossoff | 11/30/15 | 12/3/15 | 23690 | $5,000.00 | O |
| Phyllis Kossoff | 12/7/15 | 12/17/15 | 23783 | $5,000.00 | O |
| Phyllis Kossoff | 12/14/15 | 12/17/15 | 23898 | $5,000.00 | O |
| Phyllis Kossoff | 12/21/15 | 12/28/15 | 23983 | $5,000.00 | O |
| Phyllis Kossoff | 12/28/15 | 12/31/15 | 24073 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/16 | 1/11/16 | 24150 | $5,000.00 | O |
| Phyllis Kossoff | 1/15/16 | 1/15/16 | 24213 | $5,000.00 | O |
| Phyllis Kossoff | 1/20/16 | 1/22/16 | 24288 | $5,000.00 | O |
| Phyllis Kossoff | 1/27/16 | 1/29/16 | 24401 | $5,000.00 | O |
| Phyllis Kossoff | 2/5/16 | 2/12/16 | 24492 | $5,000.00 | O |
| Phyllis Kossoff | 2/8/16 | 2/12/16 | 24578 | $5,000.00 | O |
| Phyllis Kossoff | 2/16/16 | 2/19/16 | 24655 | $5,000.00 | O |
| Phyllis Kossoff | 3/4/16 | 3/4/16 | 2220 | $5,000.00 | O |
| Phyllis Kossoff | 2/29/16 | 3/14/16 | 25001 | $5,000.00 | O |
| Phyllis Kossoff | 3/9/16 | 3/18/16 | 25016 | $5,000.00 | O |
| Phyllis Kossoff | 3/15/16 | 3/23/16 | 25110 | $5,000.00 | O |
| Phyllis Kossoff | 3/21/16 | 4/1/16 | 25167 | $5,000.00 | O |
| Phyllis Kossoff | 3/28/16 | 4/7/16 | 25274 | $5,000.00 | O |
| Phyllis Kossoff | 4/5/16 | 4/7/16 | 25358 | $5,000.00 | O |
| Phyllis Kossoff | 4/11/16 | 4/22/16 | 25456 | $5,000.00 | O |
| Phyllis Kossoff | 4/18/16 | 5/2/16 | 25561 | $5,000.00 | O |
| Phyllis Kossoff | 4/25/16 | 5/2/16 | 25632 | $5,000.00 | O |
| Phyllis Kossoff | 5/3/16 | 5/18/16 | 25714 | $5,000.00 | O |
| Phyllis Kossoff | 5/10/16 | 5/19/16 | 25812 | $5,000.00 | O |
| Phyllis Kossoff | 5/16/16 | 5/19/16 | 25910 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 5/23/16 | 5/24/16 | 25989 | $5,000.00 | O |
| Phyllis Kossoff | 5/31/16 | 6/13/16 | 26113 | $5,000.00 | O |
| Phyllis Kossoff | 6/6/16 | 6/13/16 | 26206 | $5,000.00 | O |
| Phyllis Kossoff | 6/13/16 | 6/17/16 | 26262 | $5,000.00 | O |
| Phyllis Kossoff | 6/22/16 | 6/24/16 | 26382 | $5,000.00 | O |
| Phyllis Kossoff | 6/27/16 | 7/7/16 | 26473 | $5,000.00 | O |
| Phyllis Kossoff | 7/5/16 | 7/11/16 | 26560 | $5,000.00 | O |
| Phyllis Kossoff | 7/11/16 | 7/22/16 | 26696 | $5,000.00 | O |
| Phyllis Kossoff | 7/18/16 | 7/25/16 | 26741 | $5,000.00 | O |
| Phyllis Kossoff | 7/25/16 | 8/5/16 | 26828 | $5,000.00 | O |
| Phyllis Kossoff | 8/1/16 | 8/5/16 | 26908 | $5,000.00 | O |
| Phyllis Kossoff | 8/8/16 | 8/11/16 | 26993 | $5,000.00 | O |
| Phyllis Kossoff | 8/15/16 | 8/19/16 | 27083 | $5,000.00 | O |
| Phyllis Kossoff | 8/22/16 | 9/2/16 | 27174 | $5,000.00 | O |
| Phyllis Kossoff | 8/29/16 | 9/2/16 | 27259 | $5,000.00 | O |
| Phyllis Kossoff | 9/6/16 | 9/20/16 | 27347 | $5,000.00 | O |
| Phyllis Kossoff | 9/12/16 | 9/20/16 | 27457 | $5,000.00 | O |
| Phyllis Kossoff | 9/20/16 | 9/27/16 | 27544 | $5,000.00 | O |
| Phyllis Kossoff | 9/27/16 | 10/13/16 | 27632 | $5,000.00 | O |
| Phyllis Kossoff | 10/3/16 | 10/13/16 | 27710 | $5,000.00 | O |
| Phyllis Kossoff | 10/10/16 | 10/19/16 | 27812 | $5,000.00 | O |
| Phyllis Kossoff | 10/18/16 | 10/28/16 | 27902 | $5,000.00 | O |
| Phyllis Kossoff | 10/24/16 | 10/28/16 | 27974 | $5,000.00 | O |
| Phyllis Kossoff | 11/1/16 | 11/17/16 | 28069 | $5,000.00 | O |
| Phyllis Kossoff | 11/17/16 | 11/17/16 | 28152 | $5,000.00 | O |
| Phyllis Kossoff | 11/14/16 | 12/2/16 | 28311 | $5,000.00 | O |
| Phyllis Kossoff | 11/28/16 | 12/2/16 | 28403 | $5,000.00 | O |
| Phyllis Kossoff | 11/28/16 | 12/19/16 | 28452 | $5,000.00 | O |
| Phyllis Kossoff | 12/5/16 | 12/19/16 | 28499 | $5,000.00 | O |
| Phyllis Kossoff | 12/21/16 | 12/21/16 | 8368 | $40,000.00 | I |
| Phyllis Kossoff | 12/12/16 | 12/23/16 | 28682 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/17 | 1/5/17 | 8370 | $40,000.00 | I |
| Phyllis Kossoff | 12/20/16 | 1/18/17 | 28774 | $5,000.00 | O |
| Phyllis Kossoff | 12/27/16 | 1/18/17 | 28816 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/17 | 1/23/17 | 28922 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|--------------------|--------------------------|---------|----------------------|-------------------------------------|
| Phyllis Kossoff | 1/10/17 | 1/23/17 | 29015 | $5,000.00 | O |
| Phyllis Kossoff | 1/17/17 | 1/23/17 | 29062 | $10,000.00 | O |
| Phyllis Kossoff | 1/27/17 | 1/27/17 | 29139 | $10,000.00 | O |
| Phyllis Kossoff | 2/3/17 | 2/3/17 | 29234 | $25,000.00 | O |
| Phyllis Kossoff | 2/3/17 | 2/3/17 | 29235 | $5,000.00 | O |
| Phyllis Kossoff | 2/7/17 | 2/17/17 | 29348 | $5,000.00 | O |
| Phyllis Kossoff | 2/13/17 | 2/17/17 | 29358 | $5,000.00 | O |
| Phyllis Kossoff | 2/21/17 | 3/10/17 | 29494 | $5,000.00 | O |
| Phyllis Kossoff | 2/28/17 | 3/10/17 | 29600 | $5,000.00 | O |
| Phyllis Kossoff | 3/6/17 | 3/30/17 | 29609 | $5,000.00 | O |
| Phyllis Kossoff | 3/13/17 | 3/30/17 | 29703 | $5,000.00 | O |
| Phyllis Kossoff | 3/20/17 | 3/30/17 | 29836 | $5,000.00 | O |
| Phyllis Kossoff | 3/27/17 | 4/7/17 | 29932 | $5,000.00 | O |
| Phyllis Kossoff | 4/5/17 | 4/7/17 | 30010 | $5,000.00 | O |
| Phyllis Kossoff | 4/11/17 | 4/21/17 | 30105 | $5,000.00 | O |
| Phyllis Kossoff | 4/18/17 | 4/21/17 | 30215 | $5,000.00 | O |
| Phyllis Kossoff | 4/25/17 | 5/10/17 | 30270 | $5,000.00 | O |
| Phyllis Kossoff | 5/2/17 | 5/10/17 | 30390 | $5,000.00 | O |
| Phyllis Kossoff | 5/9/17 | 5/22/17 | 30466 | $5,000.00 | O |
| Phyllis Kossoff | 5/15/17 | 5/22/17 | 30615 | $5,000.00 | O |
| Phyllis Kossoff | 5/30/17 | 6/8/17 | 30824 | $5,000.00 | O |
| Phyllis Kossoff | 6/6/17 | 6/16/17 | 30844 | $5,000.00 | O |
| Phyllis Kossoff | 6/13/17 | 6/30/17 | 30930 | $5,000.00 | O |
| Phyllis Kossoff | 6/20/17 | 6/30/17 | 31022 | $5,000.00 | O |
| Phyllis Kossoff | 6/26/17 | 7/13/17 | 31110 | $5,000.00 | O |
| Phyllis Kossoff | 7/3/17 | 7/13/17 | 31213 | $5,000.00 | O |
| Phyllis Kossoff | 7/10/17 | 7/28/17 | 31284 | $5,000.00 | O |
| Phyllis Kossoff | 7/18/17 | 7/28/17 | 31456 | $5,000.00 | O |
| Phyllis Kossoff | 7/26/17 | 7/28/17 | 31470 | $5,000.00 | O |
| Phyllis Kossoff | 7/28/17 | 7/31/17 | 31491 | $10,000.00 | O |
| Phyllis Kossoff | 7/28/17 | 7/31/17 | 31493 | $30,000.00 | O |
| Phyllis Kossoff | 8/14/17 | 8/22/17 | 31804 | $10,000.00 | O |
| Phyllis Kossoff | 8/23/17 | 9/5/17 | 31860 | $10,000.00 | O |
| Phyllis Kossoff | 8/28/17 | 9/5/17 | 32016 | $10,000.00 | O |
| Phyllis Kossoff | 9/5/17 | 9/20/17 | 32099 | $10,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 9/11/17 | 9/22/17 | 32102 | $10,000.00 | O |
| Phyllis Kossoff | 9/18/17 | 9/25/17 | 32220 | $10,000.00 | O |
| Phyllis Kossoff | 9/26/17 | 10/13/17 | 32351 | $10,000.00 | O |
| Phyllis Kossoff | 10/2/17 | 10/13/17 | 32415 | $10,000.00 | O |
| Phyllis Kossoff | 10/9/17 | 10/25/17 | 32489 | $10,000.00 | O |
| Phyllis Kossoff | 10/16/17 | 11/9/17 | 32574 | $10,000.00 | O |
| Phyllis Kossoff | 10/23/17 | 11/9/17 | 32646 | $10,000.00 | O |
| Phyllis Kossoff | 10/31/17 | 11/27/17 | 32729 | $10,000.00 | O |
| Phyllis Kossoff | 11/6/17 | 11/27/17 | 32811 | $10,000.00 | O |
| Phyllis Kossoff | 11/13/17 | 12/15/17 | 32921 | $10,000.00 | O |
| Phyllis Kossoff | 1/20/17 | 12/15/17 | 33034 | $10,000.00 | O |
| Phyllis Kossoff | 12/27/17 | 12/15/17 | 33088 | $10,000.00 | O |
| Phyllis Kossoff | 12/4/17 | 12/15/17 | 33250 | $10,000.00 | O |
| Phyllis Kossoff | 12/11/17 | 12/15/17 | 33263 | $10,000.00 | O |
| Phyllis Kossoff | 5/15/18 | 5/15/18 | 8609 | $100,000.00 | I |
| Phyllis Kossoff | 1/31/20 | 1/31/20 | 39903 | $15,000.00 | O |
| Phyllis Kossoff | 2/7/20 | 2/14/20 | 39981 | $10,000.00 | O |
| Phyllis Kossoff | 2/21/20 | 2/21/20 | 40173 | $10,000.00 | O |
| Phyllis Kossoff | 5/7/20 | 5/7/20 | 40852 | $50,000.00 | O |
| Phyllis Kossoff | 1/8/21 | 1/8/21 | WIRE | $30,000.00 | O |
| **Total of All Payments from December 1, 2013 - April 13, 2021** | | | | **$1,447,000.00** | |

**Ronny Mintz, Julie Mintz & Chalron Enterprises Ltd.**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ronny Mintz | 12/19/13 | 12/19/13 | 9849 | $500.00 | O |
| Ronny Mintz | 10/21/14 | 11/4/14 | 10106 | $1,500.00 | O |
| Ronny Mintz | 10/27/14 | 11/4/14 | 10108 | $1,500.00 | O |
| Ronny Mintz | 11/3/14 | 11/4/14 | 10111 | $1,500.00 | O |
| Ronny Mintz | 11/10/14 | 11/10/14 | 10116 | $1,500.00 | O |
| Ronny Mintz | 11/19/14 | 11/24/14 | 10123 | $1,500.00 | O |
| Ronny Mintz | 11/21/14 | 12/1/14 | 10126 | $1,500.00 | O |
| Ronny Mintz | 12/1/14 | 12/5/14 | 10130 | $1,500.00 | O |
| Ronny Mintz | 12/8/14 | 12/15/14 | 10136 | $1,500.00 | O |
| Ronny Mintz | 12/15/14 | 12/22/14 | 10139 | $1,500.00 | O |
| Ronny Mintz | 12/17/14 | 12/22/14 | 16939 | $500.00 | O |
| Ronny Mintz | 12/22/14 | 12/29/14 | 10146 | $1,500.00 | O |
| Ronny Mintz | 12/29/14 | 12/30/14 | 10148 | $1,500.00 | O |
| Ronny Mintz | 1/9/15 | 1/16/15 | 2047 | $1,500.00 | O |
| Ronny Mintz | 1/16/15 | 1/22/15 | 20026 | $1,500.00 | O |
| Ronny Mintz | 1/26/15 | 1/30/15 | 20113 | $1,500.00 | O |
| Ronny Mintz | 1/22/15 | 2/3/15 | 20072 | $1,500.00 | O |
| Ronny Mintz | 2/4/15 | 2/13/15 | 20191 | $1,500.00 | O |
| Ronny Mintz | 2/9/15 | 3/9/15 | 20235 | $1,500.00 | O |
| Ronny Mintz | 2/17/15 | 3/17/15 | 20332 | $1,500.00 | O |
| Ronny Mintz | 2/24/15 | 3/17/15 | 20385 | $1,500.00 | O |
| Ronny Mintz | 3/2/15 | 3/17/15 | 20460 | $1,500.00 | O |
| Ronny Mintz | 3/9/15 | 3/17/15 | 20521 | $1,500.00 | O |
| Ronny Mintz | 3/23/15 | 3/25/15 | 20634 | $1,500.00 | O |
| Ronny Mintz | 3/16/15 | 3/27/15 | 20581 | $1,500.00 | O |
| Ronny Mintz | 4/2/15 | 4/14/15 | 20744 | $1,500.00 | O |
| Ronny Mintz | 4/9/15 | 4/14/15 | 20821 | $1,500.00 | O |
| Ronny Mintz | 4/13/15 | 4/28/15 | 20901 | $1,500.00 | O |
| Ronny Mintz | 4/20/15 | 4/29/15 | 20977 | $1,500.00 | O |
| Ronny Mintz | 4/28/15 | 5/4/15 | 21062 | $1,500.00 | O |
| Ronny Mintz | 5/5/15 | 5/18/15 | 21135 | $1,500.00 | O |
| Ronny Mintz | 5/12/15 | 5/18/15 | 21219 | $1,500.00 | O |
| Ronny Mintz | 5/18/15 | 5/28/15 | 21305 | $1,500.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ronny Mintz | 5/26/15 | 5/28/15 | 21357 | $1,500.00 | O |
| Ronny Mintz | 6/3/15 | 6/16/15 | 21473 | $1,500.00 | O |
| Ronny Mintz | 6/12/15 | 6/16/15 | 21560 | $1,500.00 | O |
| Ronny Mintz | 6/17/15 | 6/22/15 | 21627 | $1,500.00 | O |
| Ronny Mintz | 6/24/15 | 7/13/15 | 21716 | $1,500.00 | O |
| Ronny Mintz | 6/29/15 | 7/27/15 | 21798 | $1,500.00 | O |
| Ronny Mintz | 7/10/15 | 7/27/15 | 21912 | $1,500.00 | O |
| Ronny Mintz | 7/14/15 | 7/27/15 | 21961 | $1,500.00 | O |
| Ronny Mintz | 7/20/15 | 7/27/15 | 22007 | $1,500.00 | O |
| Ronny Mintz | 7/28/15 | 8/12/15 | 22144 | $769.62 | O |
| Ronny Mintz | 12/14/15 | 12/14/15 | 23882 | $500.00 | O |
| Ronny Mintz | 12/16/16 | 12/20/16 | 28679 | $500.00 | O |
| Ronny Mintz | 12/21/17 | 12/21/17 | 33346 | $500.00 | O |
| Ronny Mintz | 6/29/18 | 7/16/18 | 35468 | $310.00 | O |
| Ronny Mintz | 12/14/18 | 12/14/18 | 37476 | $250.00 | O |
| | **Total payments to Ronny Mintz** | | | **$63,829.62** | |
| | | | | | |
| Chalron Enterprises Ltd. | 12/6/13 | 12/9/13 | 9710 | $1,475.00 | O |
| Chalron Enterprises Ltd. | 12/16/13 | 12/18/13 | 9794 | $2,781.50 | O |
| Chalron Enterprises Ltd. | 12/23/13 | 12/23/13 | 9894 | $3,516.50 | O |
| Chalron Enterprises Ltd. | 12/30/13 | 12/30/13 | 9944 | $3,562.50 | O |
| Chalron Enterprises Ltd. | 1/6/14 | 1/10/14 | 10011 | $1,137.50 | O |
| Chalron Enterprises Ltd. | 1/13/14 | 1/17/14 | 10042 | $1,587.50 | O |
| Chalron Enterprises Ltd. | 1/17/14 | 1/21/14 | 15025 | $2,750.00 | O |
| Chalron Enterprises Ltd. | 1/27/14 | 1/31/14 | 15038 | $1,862.50 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 2/4/14 | 2/10/14 | 15066 | $1,562.50 | O |
| Chalron Enterprises Ltd. | 2/14/14 | 2/18/14 | 15134 | $2,450.00 | O |
| Chalron Enterprises Ltd. | 2/21/14 | 2/25/14 | 15158 | $3,062.50 | O |
| Chalron Enterprises Ltd. | 2/28/14 | 3/4/14 | 15193 | $1,775.00 | O |
| Chalron Enterprises Ltd. | 3/7/14 | 3/10/14 | 15224 | $1,719.00 | O |
| Chalron Enterprises Ltd. | 3/14/14 | 3/17/14 | 15249 | $1,925.00 | O |
| Chalron Enterprises Ltd. | 3/21/14 | 3/26/14 | 15301 | $1,737.50 | O |
| Chalron Enterprises Ltd. | 3/28/14 | 4/1/14 | 15329 | $2,000.00 | O |
| Chalron Enterprises Ltd. | 4/7/14 | 4/8/14 | 15361 | $2,087.50 | O |
| Chalron Enterprises Ltd. | 4/14/14 | 4/14/14 | 15389 | $2,575.00 | O |
| Chalron Enterprises Ltd. | 4/18/14 | 4/21/14 | 15429 | $1,755.50 | O |
| Chalron Enterprises Ltd. | 4/25/14 | 4/29/14 | 15449 | $962.50 | O |
| Chalron Enterprises Ltd. | 5/5/14 | 5/7/14 | 15474 | $2,450.00 | O |
| Chalron Enterprises Ltd. | 5/12/14 | 5/12/14 | 15522 | $1,212.50 | O |
| Chalron Enterprises Ltd. | 5/16/14 | 5/19/14 | 15555 | $2,972.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 5/23/14 | 5/27/14 | 15582 | $2,112.50 | O |
| Chalron Enterprises Ltd. | 6/2/14 | 6/16/14 | 15614 | $2,287.50 | O |
| Chalron Enterprises Ltd. | 6/9/14 | 6/16/14 | 15642 | $2,422.50 | O |
| Chalron Enterprises Ltd. | 9/4/14 | 9/5/14 | 16075 | $2,250.00 | O |
| Chalron Enterprises Ltd. | 9/15/14 | 9/19/14 | 16213 | $1,910.00 | O |
| Chalron Enterprises Ltd. | 10/13/14 | 10/15/14 | 16402 | $2,200.00 | O |
| Chalron Enterprises Ltd. | 11/3/14 | 11/4/14 | 16558 | $2,040.00 | O |
| Chalron Enterprises Ltd. | 11/24/14 | 12/1/14 | 16738 | $3,150.00 | O |
| Chalron Enterprises Ltd. | 1/9/15 | 1/16/15 | 2045 | $2,280.00 | O |
| Chalron Enterprises Ltd. | 2/4/15 | 2/13/15 | 20179 | $3,860.00 | O |
| Chalron Enterprises Ltd. | 3/9/15 | 3/27/15 | 20534 | $4,517.13 | O |
| Chalron Enterprises Ltd. | 3/23/15 | 3/25/15 | 20631 | $4,040.00 | O |
| Chalron Enterprises Ltd. | 5/5/15 | 5/11/15 | 21133 | $5,030.00 | O |
| Chalron Enterprises Ltd. | 5/26/15 | 5/28/15 | 21355 | $3,810.00 | O |
| Chalron Enterprises Ltd. | 7/10/15 | 7/27/15 | 21910 | $4,780.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 7/28/15 | 8/11/15 | 22142 | $3,100.00 | O |
| Chalron Enterprises Ltd. | 9/1/15 | 9/8/15 | 22538 | $5,050.00 | O |
| Chalron Enterprises Ltd. | 10/5/15 | 10/13/15 | 23003 | $2,230.00 | O |
| Chalron Enterprises Ltd. | 10/30/15 | 11/2/15 | 23281 | $2,050.00 | O |
| Chalron Enterprises Ltd. | 11/6/15 | 11/10/15 | 23349 | $3,710.00 | O |
| Chalron Enterprises Ltd. | 11/23/15 | 11/30/15 | 23601 | $2,325.00 | O |
| Chalron Enterprises Ltd. | 11/30/15 | 12/3/15 | 23687 | $1,512.50 | O |
| Chalron Enterprises Ltd. | 12/7/15 | 12/18/15 | 23782 | $2,687.50 | O |
| Chalron Enterprises Ltd. | 12/21/15 | 1/4/16 | 23982 | $2,600.00 | O |
| Chalron Enterprises Ltd. | 1/4/16 | 1/11/16 | 24148 | $2,550.00 | O |
| Chalron Enterprises Ltd. | 1/27/16 | 2/8/16 | 24404 | $3,137.50 | O |
| Chalron Enterprises Ltd. | 3/2/16 | 3/3/16 | 2208 | $3,612.50 | O |
| Chalron Enterprises Ltd. | 3/9/16 | 3/16/16 | 25018 | $4,000.00 | O |
| Chalron Enterprises Ltd. | 3/28/16 | 4/11/16 | 25277 | $3,650.00 | O |
| Chalron Enterprises Ltd. | 4/11/16 | 4/14/16 | 25458 | $3,137.50 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 4/25/16 | 5/2/16 | 25635 | $3,350.00 | O |
| Chalron Enterprises Ltd. | 5/10/16 | 5/12/16 | 25815 | $3,725.00 | O |
| Chalron Enterprises Ltd. | 5/23/16 | 5/26/16 | 25987 | $4,100.00 | O |
| Chalron Enterprises Ltd. | 6/6/16 | 6/13/16 | 26205 | $3,925.00 | O |
| Chalron Enterprises Ltd. | 6/22/16 | 7/7/16 | 26381 | $3,425.00 | O |
| Chalron Enterprises Ltd. | 8/1/16 | 8/1/16 | 26902 | $3,850.00 | O |
| Chalron Enterprises Ltd. | 8/18/16 | 8/18/16 | 27071 | $3,162.50 | O |
| Chalron Enterprises Ltd. | 8/29/16 | 9/1/16 | 27272 | $4,462.50 | O |
| Chalron Enterprises Ltd. | 9/12/16 | 9/22/16 | 27456 | $3,812.50 | O |
| Chalron Enterprises Ltd. | 10/13/16 | 10/14/16 | 27800 | $3,862.50 | O |
| Chalron Enterprises Ltd. | 10/24/16 | 10/28/16 | 27976 | $3,462.50 | O |
| Chalron Enterprises Ltd. | 11/1/16 | 11/10/16 | 28068 | $3,162.50 | O |
| Chalron Enterprises Ltd. | 11/17/16 | 11/17/16 | 28235 | $4,337.50 | O |
| Chalron Enterprises Ltd. | 12/5/16 | 12/8/16 | 28507 | $4,325.00 | O |
| Chalron Enterprises Ltd. | 12/12/16 | 1/10/17 | 28685 | $2,275.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 12/20/16 | 1/10/17 | 28772 | $2,212.50 | O |
| Chalron Enterprises Ltd. | 1/17/17 | 1/26/17 | 29102 | $4,262.50 | O |
| Chalron Enterprises Ltd. | 2/1/17 | 2/23/17 | 29195 | $3,387.00 | O |
| Chalron Enterprises Ltd. | 2/28/17 | 3/13/17 | 29602 | $3,775.00 | O |
| Chalron Enterprises Ltd. | 3/20/17 | 3/31/17 | 29838 | $3,800.00 | O |
| Chalron Enterprises Ltd. | 4/11/17 | 4/24/17 | 30108 | $4,100.00 | O |
| Chalron Enterprises Ltd. | 5/1/17 | 5/2/17 | 30352 | $4,737.50 | O |
| Chalron Enterprises Ltd. | 5/15/17 | 5/25/17 | 30617 | $4,212.50 | O |
| Chalron Enterprises Ltd. | 6/13/17 | 6/15/17 | 30932 | $4,650.00 | O |
| Chalron Enterprises Ltd. | 6/20/17 | 7/7/17 | 31025 | $4,750.00 | O |
| Chalron Enterprises Ltd. | 7/10/17 | 7/13/17 | 31288 | $4,612.50 | O |
| Chalron Enterprises Ltd. | 7/31/17 | 8/3/17 | 31565 | $4,225.00 | O |
| Chalron Enterprises Ltd. | 8/24/17 | 8/29/17 | 31872 | $3,936.00 | O |
| Chalron Enterprises Ltd. | 9/11/17 | 9/11/17 | 32101 | $4,360.50 | O |
| Chalron Enterprises Ltd. | 9/29/17 | 10/3/17 | 32360 | $4,158.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 10/16/17 | 10/30/17 | 32576 | $4,536.00 | O |
| Chalron Enterprises Ltd. | 11/22/17 | 11/27/17 | 33039 | $4,846.50 | O |
| Chalron Enterprises Ltd. | 12/4/17 | 12/18/17 | 33253 | $2,317.50 | O |
| Chalron Enterprises Ltd. | 12/18/17 | 1/8/18 | 33413 | $3,000.00 | O |
| Chalron Enterprises Ltd. | 1/8/18 | 1/29/18 | 33621 | $3,645.00 | O |
| Chalron Enterprises Ltd. | 1/26/18 | 2/15/18 | 33721 | $4,000.00 | O |
| Chalron Enterprises Ltd. | 2/9/18 | 3/1/18 | 33864 | $4,356.50 | O |
| Chalron Enterprises Ltd. | 2/16/18 | 3/19/18 | 33889 | $4,252.50 | O |
| Chalron Enterprises Ltd. | 3/5/18 | 4/13/18 | 34204 | $4,239.00 | O |
| Chalron Enterprises Ltd. | 4/23/18 | 4/26/18 | 34701 | $5,157.00 | O |
| Chalron Enterprises Ltd. | 5/14/18 | 5/21/18 | 34974 | $4,536.00 | O |
| Chalron Enterprises Ltd. | 6/11/18 | 6/13/18 | 35213 | $5,548.50 | O |
| Chalron Enterprises Ltd. | 7/2/18 | 7/16/18 | 35541 | $4,738.50 | O |
| Chalron Enterprises Ltd. | 7/23/18 | 8/1/18 | 35795 | $4,428.00 | O |
| Chalron Enterprises Ltd. | 8/6/18 | 8/23/18 | 36026 | $4,617.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|--------------------|--------------------------|---------|----------------------|-------------------------------------|
| Chalron Enterprises Ltd. | 9/7/18 | 9/17/18 | 36321 | $4,495.50 | O |
| Chalron Enterprises Ltd. | 9/17/18 | 10/1/18 | 36475 | $4,252.50 | O |
| Chalron Enterprises Ltd. | 10/1/18 | 11/13/18 | 36626 | $5,427.00 | O |
| Chalron Enterprises Ltd. | 12/3/18 | 12/17/18 | 37383 | $4,063.50 | O |
| Chalron Enterprises Ltd. | 12/17/18 | 1/7/19 | 37601 | $5,143.50 | O |
| Chalron Enterprises Ltd. | 1/7/19 | 1/22/19 | 37851 | $3,969.00 | O |
| Chalron Enterprises Ltd. | 1/22/19 | 2/11/19 | 37931 | $2,862.00 | O |
| Chalron Enterprises Ltd. | 2/11/19 | 2/19/19 | 38019 | $3,456.00 | O |
| Chalron Enterprises Ltd. | 2/25/19 | 3/11/19 | 38091 | $1,754.00 | O |
| Chalron Enterprises Ltd. | 3/14/19 | 4/4/19 | 38149 | $2,686.50 | O |
| Chalron Enterprises Ltd. | 6/17/19 | 7/1/19 | 38538 | $2,389.50 | O |
| **Total Payments to Chalron Enterprises, Ltd.** | | | | $362,095.13 | |
| **Total of All Payments from December 1, 2013 - April 13, 2021** | | | | $425,924.75 | |

## EXHIBIT 5

## Group-One Transfers

**Ernest Perevoski and Terri L. Abbey**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------------------|--------------------------|---------|----------------------|-------------------------------------|
| Ernest Perevoski | 12/18/13 | 12/18/13 | 1297 | $25,000.00 | I |
| Ernest Perevoski | 12/23/13 | 12/24/13 | 9898 | $10,118.00 | O |
| Ernest Perevoski | 1/22/14 | 1/27/14 | 15031 | $10,118.00 | O |
| Ernest Perevoski | 2/21/14 | 2/25/14 | 15159 | $10,118.00 | O |
| Ernest Perevoski | 3/19/14 | 3/19/14 | 1333 | $50,000.00 | I |
| Ernest Perevoski | 3/21/14 | 3/25/14 | 15304 | $10,118.00 | O |
| Ernest Perevoski | 4/18/14 | 4/18/14 | 15430 | $10,118.00 | O |
| Ernest Perevoski | 5/23/14 | 5/23/14 | 15581 | $10,118.00 | O |
| Ernest Perevoski | 6/25/14 | 6/27/14 | 15730 | $10,118.00 | O |
| Ernest Perevoski | 7/18/14 | 7/21/14 | 15836 | $10,118.00 | O |
| Ernest Perevoski | 8/25/14 | 8/28/14 | 16039 | $10,118.00 | O |
| Ernest Perevoski | 9/26/14 | 9/26/14 | 16282 | $10,118.00 | O |
| Ernest Perevoski | 10/27/14 | 10/31/14 | 16526 | $10,118.00 | O |
| Ernest Perevoski | 11/21/14 | 11/21/14 | 16734 | $10,118.00 | O |
| Ernest Perevoski | 12/19/14 | 12/19/14 | 16985 | $10,118.00 | O |
| Ernest Perevoski | 1/22/15 | 1/28/15 | 20074 | $10,118.00 | O |
| Ernest Perevoski | 2/24/15 | 2/24/15 | 20388 | $10,118.00 | O |
| Ernest Perevoski | 3/23/15 | 3/25/15 | 20637 | $10,118.00 | O |
| Ernest Perevoski | 4/20/15 | 4/24/15 | 21004 | $10,118.00 | O |
| Ernest Perevoski | 5/26/15 | 5/27/15 | 21359 | $10,118.00 | O |
| Ernest Perevoski | 6/26/15 | 6/26/15 | 21729 | $10,118.00 | O |
| Ernest Perevoski | 7/17/15 | 7/20/15 | 22002 | $10,118.00 | O |
| Ernest Perevoski | 8/18/15 | 8/21/15 | 22381 | $10,118.00 | O |
| Ernest Perevoski | 9/21/15 | 9/21/15 | 22755 | $10,118.00 | O |
| Ernest Perevoski | 10/19/15 | 10/23/15 | 23145 | $10,118.00 | O |
| Ernest Perevoski | 11/25/15 | 11/25/15 | 23612 | $10,118.00 | O |
| Ernest Perevoski | 12/21/15 | 12/28/15 | 23987 | $10,118.00 | O |
| **Total of All Payments from December 1, 2013 - December 31, 2015** | | | | **$327,950.00** | |

**John Boswell & Equity Trust Company DBA Sterling Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 10/10/14 | 10/10/14 | 10104 | $10,000.00 | O |
| John Boswell | 10/31/14 | 10/31/14 | 10110 | $10,000.00 | O |
| John Boswell | 11/13/14 | 11/24/14 | 10119 | $5,278.00 | O |
| John Boswell | 11/21/14 | 11/24/14 | 10129 | $10,000.00 | O |
| John Boswell | 12/1/14 | 12/18/14 | 10132 | $5,007.00 | O |
| John Boswell | 12/9/14 | 12/18/14 | 10138 | $27.00 | O |
| John Boswell | 12/18/14 | 12/18/14 | 10141 | $4,980.00 | O |
| John Boswell | 1/9/15 | 1/16/15 | 2021 | $4,871.75 | O |
| John Boswell | 12/22/14 | 1/20/15 | 10144 | $10,000.00 | O |
| John Boswell | 1/23/15 | 2/5/15 | 20075 | $10,000.00 | O |
| John Boswell | 2/5/15 | 2/5/15 | 20197 | $8,962.34 | O |
| John Boswell | 2/23/15 | 2/26/15 | 20369 | $10,000.00 | O |
| John Boswell | 3/6/15 | 3/6/15 | 20496 | $8,740.00 | O |
| John Boswell | 3/24/15 | 3/24/15 | 20660 | $10,000.00 | O |
| John Boswell | 4/13/15 | 4/15/15 | 20864 | $9,632.00 | O |
| John Boswell | 4/20/15 | 4/27/15 | 21003 | $10,000.00 | O |
| John Boswell | 5/5/15 | 5/12/15 | 21147 | $9,524.00 | O |
| John Boswell | 5/26/15 | 5/26/15 | 21350 | $10,000.00 | O |
| John Boswell | 6/5/15 | 6/8/15 | 21496 | $9,415.00 | O |
| John Boswell | 6/23/15 | 6/26/15 | 21706 | $10,000.00 | O |
| John Boswell | 7/10/15 | 7/13/15 | 21901 | $9,307.00 | O |
| John Boswell | 7/17/15 | 7/23/15 | 22001 | $10,000.00 | O |
| John Boswell | 8/6/15 | 8/10/15 | 22241 | $9,199.00 | O |
| John Boswell | 8/21/15 | 8/26/15 | 22409 | $10,000.00 | O |
| John Boswell | 9/3/15 | 9/11/15 | 22568 | $9,090.00 | O |
| John Boswell | 9/21/15 | 9/23/15 | 22753 | $10,000.00 | O |
| John Boswell | 10/7/15 | 10/13/15 | 22966 | $8,982.00 | O |
| John Boswell | 10/26/15 | 10/28/15 | 23212 | $10,000.00 | O |
| John Boswell | 11/6/15 | 11/20/15 | 23350 | $8,874.00 | O |
| John Boswell | 11/25/15 | 12/2/15 | 23611 | $10,000.00 | O |
| John Boswell | 12/2/15 | 12/2/15 | 23686 | $8,765.00 | O |
| John Boswell | 12/21/15 | 12/23/15 | 23994 | $10,000.00 | O |
| **Total Payments to John Boswell** | | | | **$280,654.09** | |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Equity Trust Company | 11/13/14 | 11/26/14 | 10120 | $1,250.00 | O |
| Equity Trust Company | 12/1/14 | 12/15/14 | 10133 | $1,250.00 | O |
| Equity Trust Company | 12/18/14 | 1/2/15 | 10142 | $1,250.00 | O |
| Equity Trust Company | 1/9/15 | 2/2/15 | 2022 | $1,250.00 | O |
| Equity Trust Company | 2/5/15 | 3/16/15 | 20198 | $1,250.00 | O |
| Equity Trust Company | 3/6/15 | 3/31/15 | 20495 | $1,250.00 | O |
| **Total Payments to Equity Trust Company** | | | | **$7,500.00** | |
| Sterling Trust | 4/13/15 | 5/27/15 | 20865 | $250.00 | O |
| Sterling Trust | 5/5/15 | 5/27/15 | 21148 | $250.00 | O |
| Sterling Trust | 6/5/15 | 7/1/15 | 21497 | $250.00 | O |
| Sterling Trust | 7/14/15 | 8/18/15 | 21948 | $250.00 | O |
| Sterling Trust | 8/6/15 | 8/20/15 | 22242 | $250.00 | O |
| Sterling Trust | 9/3/15 | 9/16/15 | 22569 | $250.00 | O |
| Sterling Trust | 10/7/15 | 10/19/15 | 22967 | $250.00 | O |
| Sterling Trust | 11/6/15 | 12/4/15 | 23351 | $250.00 | O |
| **Total Payments to Sterling Trust** | | | | **$2,000.00** | |
| **Total of All Payments from December 1, 2013 - December 31, 2015** | | | | **$290,154.09** | |

**Peter Xenopoulos**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|--------------------|--------------------------|---------|----------------------|-------------------------------------|
| Peter Xenopoulos | 11/21/14 | 11/24/14 | 10128 | $11,757.91 | O |
| Peter Xenopoulos | 12/8/14 | 12/17/14 | 10135 | $11,757.91 | O |
| Peter Xenopoulos | 12/22/14 | 1/9/15 | 10145 | $11,757.91 | O |
| Peter Xenopoulos | 1/26/15 | 2/4/15 | 20100 | $11,757.91 | O |
| Peter Xenopoulos | 4/2/15 | 4/9/15 | 20751 | $11,757.91 | O |
| Peter Xenopoulos | 4/17/15 | 4/20/15 | 21000 | $11,757.91 | O |
| Peter Xenopoulos | 5/13/15 | 5/13/15 | 21243 | $11,757.91 | O |
| Peter Xenopoulos | 5/22/15 | 5/28/15 | 21321 | $11,757.91 | O |
| Peter Xenopoulos | 7/16/15 | 7/21/15 | 21970 | $11,757.91 | O |
| Peter Xenopoulos | 7/20/15 | 8/17/15 | 22049 | $11,757.91 | O |
| Peter Xenopoulos | 8/18/15 | 8/26/15 | 22377 | $11,757.91 | O |
| Peter Xenopoulos | 9/15/15 | 9/22/15 | 22711 | $11,757.91 | O |
| Peter Xenopoulos | 10/19/15 | 11/6/15 | 23144 | $11,757.91 | O |
| **Total of All Payments from December 1, 2013 - December 31, 2015** | | | | **$152,852.83** | |

**Phyllis Kossoff**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 12/9/13 | 12/9/13 | 9746 | $10,000.00 | O |
| Phyllis Kossoff | 3/7/14 | 3/7/14 | 15220 | $10,000.00 | O |
| Phyllis Kossoff | 3/19/14 | 3/19/14 | 1335 | $25,000.00 | I |
| Phyllis Kossoff | 3/19/14 | 3/19/14 | 15281 | $5,000.00 | O |
| Phyllis Kossoff | 4/14/14 | 4/14/14 | 15388 | $15,000.00 | O |
| Phyllis Kossoff | 5/12/14 | 5/13/14 | 15532 | $15,000.00 | O |
| Phyllis Kossoff | 5/16/14 | 5/16/14 | 15553 | $25,000.00 | O |
| Phyllis Kossoff | 5/23/14 | 5/23/14 | 15590 | $12,000.00 | O |
| Phyllis Kossoff | 6/20/14 | 6/24/14 | 15708 | $7,500.00 | O |
| Phyllis Kossoff | 7/11/14 | 7/11/14 | 15792 | $7,500.00 | O |
| Phyllis Kossoff | 8/8/14 | 8/8/14 | 15951 | $5,000.00 | O |
| Phyllis Kossoff | 8/15/14 | 8/15/14 | 15998 | $5,000.00 | O |
| Phyllis Kossoff | 8/26/14 | 8/26/14 | 16024 | $5,000.00 | O |
| Phyllis Kossoff | 9/3/14 | 9/3/14 | 16090 | $5,000.00 | O |
| Phyllis Kossoff | 9/10/14 | 9/10/14 | 16144 | $5,000.00 | O |
| Phyllis Kossoff | 9/17/14 | 9/17/14 | 16231 | $5,000.00 | O |
| Phyllis Kossoff | 9/23/14 | 9/23/14 | 16272 | $5,000.00 | O |
| Phyllis Kossoff | 10/3/14 | 10/3/14 | 16295 | $5,000.00 | O |
| Phyllis Kossoff | 10/10/14 | 10/10/14 | 16396 | $5,000.00 | O |
| Phyllis Kossoff | 10/17/14 | 10/17/14 | 16460 | $5,000.00 | O |
| Phyllis Kossoff | 10/27/14 | 10/31/14 | 16525 | $5,000.00 | O |
| Phyllis Kossoff | 10/31/14 | 10/31/14 | 16551 | $5,000.00 | O |
| Phyllis Kossoff | 11/10/14 | 11/10/14 | 16630 | $5,000.00 | O |
| Phyllis Kossoff | 11/14/14 | 11/14/14 | 16683 | $5,000.00 | O |
| Phyllis Kossoff | 11/21/14 | 11/21/14 | 16735 | $5,000.00 | O |
| Phyllis Kossoff | 12/1/14 | 12/1/14 | 16783 | $5,000.00 | O |
| Phyllis Kossoff | 12/5/14 | 12/5/14 | 16831 | $5,000.00 | O |
| Phyllis Kossoff | 12/12/14 | 12/12/14 | 16878 | $5,000.00 | O |
| Phyllis Kossoff | 12/19/14 | 12/19/14 | 16980 | $5,000.00 | O |
| Phyllis Kossoff | 12/24/14 | 12/24/14 | 17014 | $5,000.00 | O |
| Phyllis Kossoff | 1/2/15 | 1/2/15 | 17077 | $5,000.00 | O |
| Phyllis Kossoff | 1/9/15 | 1/9/15 | 2043 | $5,000.00 | O |
| Phyllis Kossoff | 1/16/15 | 1/16/15 | 20057 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 1/26/15 | 1/28/15 | 20101 | $5,000.00 | O |
| Phyllis Kossoff | 1/30/15 | 2/4/15 | 20137 | $5,000.00 | O |
| Phyllis Kossoff | 2/9/15 | 2/10/15 | 20228 | $5,000.00 | O |
| Phyllis Kossoff | 2/18/15 | 2/18/15 | 20309 | $5,000.00 | O |
| Phyllis Kossoff | 2/23/15 | 2/24/15 | 20372 | $5,000.00 | O |
| Phyllis Kossoff | 3/4/15 | 3/6/15 | 20449 | $5,000.00 | O |
| Phyllis Kossoff | 3/9/15 | 3/19/15 | 20520 | $5,000.00 | O |
| Phyllis Kossoff | 3/16/15 | 3/20/15 | 20579 | $5,000.00 | O |
| Phyllis Kossoff | 3/23/15 | 3/25/15 | 20633 | $5,000.00 | O |
| Phyllis Kossoff | 4/2/15 | 4/3/15 | 20742 | $5,000.00 | O |
| Phyllis Kossoff | 4/9/15 | 4/15/15 | 20819 | $5,000.00 | O |
| Phyllis Kossoff | 4/13/15 | 4/17/15 | 20900 | $5,000.00 | O |
| Phyllis Kossoff | 4/20/15 | 4/20/15 | 21001 | $5,000.00 | O |
| Phyllis Kossoff | 4/28/15 | 4/30/15 | 21061 | $5,000.00 | O |
| Phyllis Kossoff | 5/5/15 | 5/12/15 | 21134 | $5,000.00 | O |
| Phyllis Kossoff | 5/12/15 | 5/13/15 | 21222 | $5,000.00 | O |
| Phyllis Kossoff | 5/18/15 | 5/22/15 | 21304 | $5,000.00 | O |
| Phyllis Kossoff | 5/26/15 | 5/27/15 | 21356 | $5,000.00 | O |
| Phyllis Kossoff | 6/3/15 | 6/12/15 | 21471 | $5,000.00 | O |
| Phyllis Kossoff | 6/12/15 | 6/12/15 | 21559 | $5,000.00 | O |
| Phyllis Kossoff | 6/17/15 | 6/22/15 | 21626 | $5,000.00 | O |
| Phyllis Kossoff | 6/24/15 | 6/30/15 | 21715 | $5,000.00 | O |
| Phyllis Kossoff | 6/29/15 | 7/8/15 | 21797 | $5,000.00 | O |
| Phyllis Kossoff | 7/10/15 | 7/20/15 | 21911 | $5,000.00 | O |
| Phyllis Kossoff | 7/14/15 | 7/20/15 | 21960 | $5,000.00 | O |
| Phyllis Kossoff | 7/20/15 | 7/28/15 | 22006 | $5,000.00 | O |
| Phyllis Kossoff | 7/28/15 | 8/7/15 | 22143 | $5,000.00 | O |
| Phyllis Kossoff | 8/3/15 | 8/14/15 | 22220 | $5,000.00 | O |
| Phyllis Kossoff | 8/10/15 | 8/17/15 | 22305 | $5,000.00 | O |
| Phyllis Kossoff | 8/18/15 | 8/21/15 | 22379 | $5,000.00 | O |
| Phyllis Kossoff | 8/24/15 | 8/24/15 | 22454 | $5,000.00 | O |
| Phyllis Kossoff | 8/31/15 | 8/31/15 | 22527 | $5,000.00 | O |
| Phyllis Kossoff | 9/8/15 | 9/11/15 | 22618 | $5,000.00 | O |
| Phyllis Kossoff | 9/14/15 | 9/21/15 | 22703 | $5,000.00 | O |
| Phyllis Kossoff | 9/21/15 | 9/21/15 | 22751 | $5,000.00 | O |
| Phyllis Kossoff | 9/28/15 | 9/29/15 | 22849 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 10/5/15 | 10/9/15 | 22972 | $5,000.00 | O |
| Phyllis Kossoff | 10/14/15 | 10/22/15 | 23053 | $5,000.00 | O |
| Phyllis Kossoff | 10/19/15 | 10/22/15 | 23142 | $5,000.00 | O |
| Phyllis Kossoff | 10/26/15 | 10/29/15 | 23210 | $5,000.00 | O |
| Phyllis Kossoff | 11/2/15 | 11/2/15 | 23322 | $5,000.00 | O |
| Phyllis Kossoff | 11/9/15 | 11/17/15 | 23469 | $5,000.00 | O |
| Phyllis Kossoff | 11/17/15 | 11/23/15 | 23513 | $5,000.00 | O |
| Phyllis Kossoff | 11/23/15 | 11/23/15 | 23597 | $5,000.00 | O |
| Phyllis Kossoff | 11/30/15 | 12/3/15 | 23690 | $5,000.00 | O |
| Phyllis Kossoff | 12/7/15 | 12/17/15 | 23783 | $5,000.00 | O |
| Phyllis Kossoff | 12/14/15 | 12/17/15 | 23898 | $5,000.00 | O |
| Phyllis Kossoff | 12/21/15 | 12/28/15 | 23983 | $5,000.00 | O |
| Phyllis Kossoff | 12/28/15 | 12/31/15 | 24073 | $5,000.00 | O |
| **Total of All Payments from December 1, 2013 - December 31, 2015** | | | | **$492,000.00** | |

**Ronny Mintz, Julie Mintz & Chalron Enterprises Ltd.**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-----|-----|-----|-----|-----|
| Ronny Mintz | 12/19/13 | 12/19/13 | 9849 | $500.00 | O |
| Ronny Mintz | 10/21/14 | 11/4/14 | 10106 | $1,500.00 | O |
| Ronny Mintz | 10/27/14 | 11/4/14 | 10108 | $1,500.00 | O |
| Ronny Mintz | 11/3/14 | 11/4/14 | 10111 | $1,500.00 | O |
| Ronny Mintz | 11/10/14 | 11/10/14 | 10116 | $1,500.00 | O |
| Ronny Mintz | 11/19/14 | 11/24/14 | 10123 | $1,500.00 | O |
| Ronny Mintz | 11/21/14 | 12/1/14 | 10126 | $1,500.00 | O |
| Ronny Mintz | 12/1/14 | 12/5/14 | 10130 | $1,500.00 | O |
| Ronny Mintz | 12/8/14 | 12/15/14 | 10136 | $1,500.00 | O |
| Ronny Mintz | 12/15/14 | 12/22/14 | 10139 | $1,500.00 | O |
| Ronny Mintz | 12/17/14 | 12/22/14 | 16939 | $500.00 | O |
| Ronny Mintz | 12/22/14 | 12/29/14 | 10146 | $1,500.00 | O |
| Ronny Mintz | 12/29/14 | 12/30/14 | 10148 | $1,500.00 | O |
| Ronny Mintz | 1/9/15 | 1/16/15 | 2047 | $1,500.00 | O |
| Ronny Mintz | 1/16/15 | 1/22/15 | 20026 | $1,500.00 | O |
| Ronny Mintz | 1/26/15 | 1/30/15 | 20113 | $1,500.00 | O |
| Ronny Mintz | 1/22/15 | 2/3/15 | 20072 | $1,500.00 | O |
| Ronny Mintz | 2/4/15 | 2/13/15 | 20191 | $1,500.00 | O |
| Ronny Mintz | 2/9/15 | 3/9/15 | 20235 | $1,500.00 | O |
| Ronny Mintz | 2/17/15 | 3/17/15 | 20332 | $1,500.00 | O |
| Ronny Mintz | 2/24/15 | 3/17/15 | 20385 | $1,500.00 | O |
| Ronny Mintz | 3/2/15 | 3/17/15 | 20460 | $1,500.00 | O |
| Ronny Mintz | 3/9/15 | 3/17/15 | 20521 | $1,500.00 | O |
| Ronny Mintz | 3/23/15 | 3/25/15 | 20634 | $1,500.00 | O |
| Ronny Mintz | 3/16/15 | 3/27/15 | 20581 | $1,500.00 | O |
| Ronny Mintz | 4/2/15 | 4/14/15 | 20744 | $1,500.00 | O |
| Ronny Mintz | 4/9/15 | 4/14/15 | 20821 | $1,500.00 | O |
| Ronny Mintz | 4/13/15 | 4/28/15 | 20901 | $1,500.00 | O |
| Ronny Mintz | 4/20/15 | 4/29/15 | 20977 | $1,500.00 | O |
| Ronny Mintz | 4/28/15 | 5/4/15 | 21062 | $1,500.00 | O |
| Ronny Mintz | 5/5/15 | 5/18/15 | 21135 | $1,500.00 | O |
| Ronny Mintz | 5/12/15 | 5/18/15 | 21219 | $1,500.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ronny Mintz | 5/18/15 | 5/28/15 | 21305 | $1,500.00 | O |
| Ronny Mintz | 5/26/15 | 5/28/15 | 21357 | $1,500.00 | O |
| Ronny Mintz | 6/3/15 | 6/16/15 | 21473 | $1,500.00 | O |
| Ronny Mintz | 6/12/15 | 6/16/15 | 21560 | $1,500.00 | O |
| Ronny Mintz | 6/17/15 | 6/22/15 | 21627 | $1,500.00 | O |
| Ronny Mintz | 6/24/15 | 7/13/15 | 21716 | $1,500.00 | O |
| Ronny Mintz | 6/29/15 | 7/27/15 | 21798 | $1,500.00 | O |
| Ronny Mintz | 7/10/15 | 7/27/15 | 21912 | $1,500.00 | O |
| Ronny Mintz | 7/14/15 | 7/27/15 | 21961 | $1,500.00 | O |
| Ronny Mintz | 7/20/15 | 7/27/15 | 22007 | $1,500.00 | O |
| Ronny Mintz | 7/28/15 | 8/12/15 | 22144 | $769.62 | O |
| Ronny Mintz | 12/14/15 | 12/14/15 | 23882 | $500.00 | O |
| | **Total payments to Ronny Mintz** | | | **$62,269.62** | |
| | | | | | |
| Chalron Enterprises Ltd. | 12/6/13 | 12/9/13 | 9710 | $1,475.00 | O |
| Chalron Enterprises Ltd. | 12/16/13 | 12/18/13 | 9794 | $2,781.50 | O |
| Chalron Enterprises Ltd. | 12/23/13 | 12/23/13 | 9894 | $3,516.50 | O |
| Chalron Enterprises Ltd. | 12/30/13 | 12/30/13 | 9944 | $3,562.50 | O |
| Chalron Enterprises Ltd. | 1/6/14 | 1/10/14 | 10011 | $1,137.50 | O |
| Chalron Enterprises Ltd. | 1/13/14 | 1/17/14 | 10042 | $1,587.50 | O |
| Chalron Enterprises Ltd. | 1/17/14 | 1/21/14 | 15025 | $2,750.00 | O |
| Chalron Enterprises Ltd. | 1/27/14 | 1/31/14 | 15038 | $1,862.50 | O |
| Chalron Enterprises Ltd. | 2/4/14 | 2/10/14 | 15066 | $1,562.50 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 2/14/14 | 2/18/14 | 15134 | $2,450.00 | O |
| Chalron Enterprises Ltd. | 2/21/14 | 2/25/14 | 15158 | $3,062.50 | O |
| Chalron Enterprises Ltd. | 2/28/14 | 3/4/14 | 15193 | $1,775.00 | O |
| Chalron Enterprises Ltd. | 3/7/14 | 3/10/14 | 15224 | $1,719.00 | O |
| Chalron Enterprises Ltd. | 3/14/14 | 3/17/14 | 15249 | $1,925.00 | O |
| Chalron Enterprises Ltd. | 3/21/14 | 3/26/14 | 15301 | $1,737.50 | O |
| Chalron Enterprises Ltd. | 3/28/14 | 4/1/14 | 15329 | $2,000.00 | O |
| Chalron Enterprises Ltd. | 4/7/14 | 4/8/14 | 15361 | $2,087.50 | O |
| Chalron Enterprises Ltd. | 4/14/14 | 4/14/14 | 15389 | $2,575.00 | O |
| Chalron Enterprises Ltd. | 4/18/14 | 4/21/14 | 15429 | $1,755.50 | O |
| Chalron Enterprises Ltd. | 4/25/14 | 4/29/14 | 15449 | $962.50 | O |
| Chalron Enterprises Ltd. | 5/5/14 | 5/7/14 | 15474 | $2,450.00 | O |
| Chalron Enterprises Ltd. | 5/12/14 | 5/12/14 | 15522 | $1,212.50 | O |
| Chalron Enterprises Ltd. | 5/16/14 | 5/19/14 | 15555 | $2,972.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 5/23/14 | 5/27/14 | 15582 | $2,112.50 | O |
| Chalron Enterprises Ltd. | 6/2/14 | 6/16/14 | 15614 | $2,287.50 | O |
| Chalron Enterprises Ltd. | 6/9/14 | 6/16/14 | 15642 | $2,422.50 | O |
| Chalron Enterprises Ltd. | 9/4/14 | 9/5/14 | 16075 | $2,250.00 | O |
| Chalron Enterprises Ltd. | 9/15/14 | 9/19/14 | 16213 | $1,910.00 | O |
| Chalron Enterprises Ltd. | 10/13/14 | 10/15/14 | 16402 | $2,200.00 | O |
| Chalron Enterprises Ltd. | 11/3/14 | 11/4/14 | 16558 | $2,040.00 | O |
| Chalron Enterprises Ltd. | 11/24/14 | 12/1/14 | 16738 | $3,150.00 | O |
| Chalron Enterprises Ltd. | 1/9/15 | 1/16/15 | 2045 | $2,280.00 | O |
| Chalron Enterprises Ltd. | 2/4/15 | 2/13/15 | 20179 | $3,860.00 | O |
| Chalron Enterprises Ltd. | 3/9/15 | 3/27/15 | 20534 | $4,517.13 | O |
| Chalron Enterprises Ltd. | 3/23/15 | 3/25/15 | 20631 | $4,040.00 | O |
| Chalron Enterprises Ltd. | 5/5/15 | 5/11/15 | 21133 | $5,030.00 | O |
| Chalron Enterprises Ltd. | 5/26/15 | 5/28/15 | 21355 | $3,810.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 7/10/15 | 7/27/15 | 21910 | $4,780.00 | O |
| Chalron Enterprises Ltd. | 7/28/15 | 8/11/15 | 22142 | $3,100.00 | O |
| Chalron Enterprises Ltd. | 9/1/15 | 9/8/15 | 22538 | $5,050.00 | O |
| Chalron Enterprises Ltd. | 10/5/15 | 10/13/15 | 23003 | $2,230.00 | O |
| Chalron Enterprises Ltd. | 10/30/15 | 11/2/15 | 23281 | $2,050.00 | O |
| Chalron Enterprises Ltd. | 11/6/15 | 11/10/15 | 23349 | $3,710.00 | O |
| Chalron Enterprises Ltd. | 11/23/15 | 11/30/15 | 23601 | $2,325.00 | O |
| Chalron Enterprises Ltd. | 11/30/15 | 12/3/15 | 23687 | $1,512.50 | O |
| Chalron Enterprises Ltd. | 12/7/15 | 12/18/15 | 23782 | $2,687.50 | O |
| **Total Payments to Chalron Enterprises, Ltd.** | | | | **$118,274.13** | |
| **Total of All Payments from December 1, 2013 - December 31, 2015** | | | | **$180,543.75** | |

## EXHIBIT 6

### Group-Two Transfers

**Burton Kossoff Testamentary Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Burton Kossoff Testamentary Trust | 2/22/19 | 2/26/19 | 38052 | $500.00 | O |
| Total of All Payments from January 1, 2016 - April 3, 2020 | | | | $500.00 | |

**Ernest Perevoski and Terri L. Abbey**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ernest Perevoski | 1/20/16 | 1/22/16 | 24290 | $10,118.00 | O |
| Ernest Perevoski | 2/23/16 | 2/26/16 | 24746 | $10,118.00 | O |
| Ernest Perevoski | 3/21/16 | 3/28/16 | 25170 | $10,118.00 | O |
| Ernest Perevoski | 4/21/16 | 4/27/16 | 25551 | $10,118.00 | O |
| Ernest Perevoski | 5/19/16 | 5/19/16 | 25921 | $10,118.00 | O |
| Ernest Perevoski | 6/22/16 | 6/24/16 | 26385 | $10,118.00 | O |
| Ernest Perevoski | 7/22/16 | 7/25/16 | 26816 | $10,118.00 | O |
| Ernest Perevoski | 8/23/16 | 8/23/16 | 27150 | $10,118.00 | O |
| Ernest Perevoski | 9/20/16 | 9/27/16 | 27546 | $10,118.00 | O |
| Ernest Perevoski | 10/18/16 | 10/19/16 | 27880 | $10,118.00 | O |
| Ernest Perevoski | 11/28/16 | 12/1/16 | 28345 | $10,118.00 | O |
| Ernest Perevoski | 12/23/16 | 12/23/16 | 28739 | $10,118.00 | O |
| Ernest Perevoski | 1/23/17 | 1/27/17 | 29054 | $10,118.00 | O |
| Ernest Perevoski | 2/28/17 | 3/3/17 | 29507 | $10,118.00 | O |
| Ernest Perevoski | 3/24/17 | 3/30/17 | 29848 | $10,118.00 | O |
| Ernest Perevoski | 4/18/17 | 4/24/17 | 30218 | $10,118.00 | O |
| Ernest Perevoski | 5/22/17 | 5/26/17 | 30659 | $10,118.00 | O |
| Ernest Perevoski | 6/20/17 | 6/26/17 | 31027 | $10,118.00 | O |
| Ernest Perevoski | 7/26/17 | 7/28/17 | 31473 | $10,118.00 | O |
| Ernest Perevoski | 8/23/17 | 8/24/17 | 31865 | $10,118.00 | O |
| Ernest Perevoski | 9/20/17 | 9/22/17 | 32228 | $10,118.00 | O |
| Ernest Perevoski | 10/26/17 | 10/26/17 | 32661 | $10,118.00 | O |
| Ernest Perevoski | 11/13/17 | 11/27/17 | 32924 | $10,118.00 | O |
| Ernest Perevoski | 12/18/17 | 12/22/17 | 33414 | $10,118.00 | O |
| Ernest Perevoski | 1/31/18 | 2/2/18 | 33750 | $10,118.00 | O |
| Ernest Perevoski | 2/28/18 | 2/28/18 | 34037 | $10,118.00 | O |
| Ernest Perevoski | 3/28/18 | 3/30/18 | 34359 | $10,118.00 | O |
| Ernest Perevoski | 4/26/18 | 4/26/18 | 34714 | $10,118.00 | O |
| Ernest Perevoski | 5/21/18 | 5/25/18 | 35050 | $10,118.00 | O |
| Ernest Perevoski | 6/25/18 | 6/26/18 | 35447 | $10,118.00 | O |
| Ernest Perevoski | 7/16/18 | 7/20/18 | 35706 | $10,118.00 | O |
| Ernest Perevoski | 8/17/18 | 8/31/18 | 36055 | $10,118.00 | O |
| Ernest Perevoski | 9/21/18 | 9/21/18 | 36476 | $10,118.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ernest Perevoski | 10/22/18 | 11/1/18 | 36895 | $10,118.00 | O |
| Ernest Perevoski | 11/30/18 | 11/30/18 | 37296 | $10,118.00 | O |
| Ernest Perevoski | 12/20/18 | 12/21/18 | 37611 | $10,118.00 | O |
| Ernest Perevoski | 1/16/19 | 1/23/19 | 37883 | $10,118.00 | O |
| Ernest Perevoski | 2/15/19 | 2/22/19 | 38037 | $10,118.00 | O |
| Ernest Perevoski | 3/18/19 | 3/26/19 | 38169 | $10,118.00 | O |
| Ernest Perevoski | 4/15/19 | 4/29/19 | 38288 | $10,118.00 | O |
| Ernest Perevoski | 5/13/19 | 5/28/19 | 38413 | $10,118.00 | O |
| Ernest Perevoski | 6/17/19 | 6/25/19 | 38540 | $10,118.00 | O |
| Ernest Perevoski | 7/15/19 | 7/23/19 | 38681 | $10,118.00 | O |
| Ernest Perevoski | 8/12/19 | 8/29/19 | 38836 | $10,118.00 | O |
| Ernest Perevoski | 9/25/19 | 9/26/19 | 39144 | $10,118.00 | O |
| Ernest Perevoski | 10/21/19 | 10/25/19 | 39271 | $10,118.00 | O |
| Ernest Perevoski | 11/20/19 | 11/22/19 | 39377 | $10,118.00 | O |
| Ernest Perevoski | 12/16/19 | 12/26/19 | 39488 | $10,118.00 | O |
| Ernest Perevoski | 1/17/20 | 1/17/20 | 39741 | $10,118.00 | O |
| Ernest Perevoski | 1/24/20 | 1/24/20 | 39809 | $10,882.00 | O |
| Ernest Perevoski | 1/31/20 | 1/31/20 | 39904 | $9,426.16 | O |
| Ernest Perevoski | 2/7/20 | 2/14/20 | 39982 | $14,000.00 | O |
| Ernest Perevoski | 2/14/20 | 2/14/20 | 40050 | $10,000.00 | O |
| Ernest Perevoski | 2/21/20 | 2/21/20 | 40176 | $19,556.48 | O |
| **Total of All Payments from January 1, 2016 - April 3, 2020** | | | | **$559,646.64** | |

**John Boswell & Equity Trust Company DBA Sterling Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 1/4/16 | 1/6/16 | 24157 | $8,607.00 | O |
| John Boswell | 1/27/16 | 1/28/16 | 24403 | $10,000.00 | O |
| John Boswell | 2/9/16 | 2/9/16 | 24554 | $8,549.00 | O |
| John Boswell | 2/24/16 | 2/24/16 | 24738 | $10,000.00 | O |
| John Boswell | 3/9/16 | 3/11/16 | 2294 | $8,440.00 | O |
| John Boswell | 3/21/16 | 3/28/16 | 25169 | $10,000.00 | O |
| John Boswell | 4/5/16 | 4/8/16 | 25361 | $8,332.00 | O |
| John Boswell | 4/21/16 | 4/29/16 | 25560 | $10,000.00 | O |
| John Boswell | 5/3/16 | 5/4/16 | 25716 | $8,223.60 | O |
| John Boswell | 5/19/16 | 5/20/16 | 25922 | $10,000.00 | O |
| John Boswell | 6/6/16 | 6/6/16 | 26182 | $8,115.26 | O |
| John Boswell | 6/22/16 | 6/22/16 | 26388 | $10,000.00 | O |
| John Boswell | 7/7/16 | 7/7/16 | 26573 | $7,006.93 | O |
| John Boswell | 7/22/16 | 7/25/16 | 26815 | $10,000.00 | O |
| John Boswell | 8/5/16 | 8/5/16 | 26918 | $6,898.60 | O |
| John Boswell | 8/26/16 | 8/26/16 | 27176 | $10,000.00 | O |
| John Boswell | 9/6/16 | 9/8/16 | 27344 | $6,790.26 | O |
| John Boswell | 9/21/16 | 9/21/16 | 27552 | $10,000.00 | O |
| John Boswell | 10/3/16 | 10/5/16 | 27712 | $6,681.93 | O |
| John Boswell | 10/25/16 | 10/28/16 | 27984 | $10,000.00 | O |
| John Boswell | 11/4/16 | 11/9/16 | 28109 | $6,573.00 | O |
| John Boswell | 11/28/16 | 11/28/16 | 28344 | $10,000.00 | O |
| John Boswell | 12/5/16 | 12/12/16 | 28501 | $6,465.26 | O |
| John Boswell | 12/22/16 | 1/13/17 | 28740 | $10,000.00 | O |
| John Boswell | 1/9/17 | 1/23/17 | 28929 | $6,356.93 | O |
| John Boswell | 1/30/17 | 1/30/17 | 29142 | $10,000.00 | O |
| John Boswell | 2/1/17 | 2/21/17 | 29191 | $6,248.60 | O |
| John Boswell | 2/28/17 | 3/2/17 | 29503 | $10,000.00 | O |
| John Boswell | 3/6/17 | 3/13/17 | 29615 | $6,140.26 | O |
| John Boswell | 3/24/17 | 3/27/17 | 29847 | $10,000.00 | O |
| John Boswell | 4/10/17 | 4/10/17 | 30095 | $6,031.93 | O |
| John Boswell | 4/24/17 | 4/24/17 | 30227 | $10,000.00 | O |
| John Boswell | 5/8/17 | 5/8/17 | 30411 | $5,923.60 | O |
| John Boswell | 5/24/17 | 5/24/17 | 30658 | $10,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------|-------|-------|-------|-------|
| John Boswell | 6/6/17 | 6/12/17 | 30846 | $5,815.26 | O |
| John Boswell | 6/20/17 | 6/26/17 | 31024 | $10,000.00 | O |
| John Boswell | 7/10/17 | 7/10/17 | 31250 | $5,706.93 | O |
| John Boswell | 7/26/17 | 8/2/17 | 31472 | $10,000.00 | O |
| John Boswell | 8/4/17 | 8/4/17 | 31586 | $5,598.60 | O |
| John Boswell | 8/23/17 | 8/25/17 | 31864 | $10,000.00 | O |
| John Boswell | 9/5/17 | 9/5/17 | 32023 | $5,490.26 | O |
| John Boswell | 9/20/17 | 9/25/17 | 32229 | $10,000.00 | O |
| John Boswell | 10/4/17 | 10/4/17 | 32406 | $5,381.93 | O |
| John Boswell | 10/25/17 | 10/25/17 | 32643 | $10,000.00 | O |
| John Boswell | 11/6/17 | 11/8/17 | 32768 | $5,273.60 | O |
| John Boswell | 11/20/17 | 11/27/17 | 33037 | $10,000.00 | O |
| John Boswell | 12/4/17 | 12/19/17 | 33254 | $5,165.26 | O |
| John Boswell | 12/26/17 | 12/26/17 | 33457 | $10,000.00 | O |
| John Boswell | 1/5/18 | 1/8/18 | 33593 | $5,056.93 | O |
| John Boswell | 1/26/18 | 2/13/18 | 33722 | $10,000.00 | O |
| John Boswell | 2/9/18 | 2/22/18 | 33873 | $4,840.26 | O |
| John Boswell | 2/26/18 | 3/5/18 | 34048 | $10,000.00 | O |
| John Boswell | 3/9/18 | 3/9/18 | 34128 | $4,731.93 | O |
| John Boswell | 3/26/18 | 4/11/18 | 34376 | $10,000.00 | O |
| John Boswell | 4/2/18 | 4/25/18 | 34462 | $4,623.60 | O |
| John Boswell | 4/23/18 | 5/9/18 | 34712 | $10,000.00 | O |
| John Boswell | 5/14/18 | 6/11/18 | 34976 | $4,515.26 | O |
| John Boswell | 6/1/18 | 6/11/18 | 35189 | $10,000.00 | O |
| John Boswell | 6/11/18 | 6/27/18 | 35368 | $4,406.93 | O |
| John Boswell | 6/20/18 | 6/27/18 | 35389 | $10,000.00 | O |
| John Boswell | 7/18/18 | 7/18/18 | 35685 | $4,298.60 | O |
| John Boswell | 7/25/18 | 7/26/18 | 35784 | $10,000.00 | O |
| John Boswell | 8/1/18 | 8/20/18 | 35880 | $4,190.26 | O |
| John Boswell | 8/27/18 | 8/29/18 | 36213 | $10,000.00 | O |
| John Boswell | 9/10/18 | 9/14/18 | 36373 | $4,081.93 | O |
| John Boswell | 9/21/18 | 9/28/18 | 36477 | $2,678.00 | O |
| John Boswell | 10/8/18 | 10/22/18 | 36795 | $4,166.67 | O |
| John Boswell | 11/5/18 | 11/19/18 | 37132 | $4,058.33 | O |
| John Boswell | 11/30/18 | 12/5/18 | 37319 | $10,000.00 | O |
| John Boswell | 12/12/18 | 12/12/18 | 37458 | $3,950.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 12/24/18 | 12/24/18 | 37670 | $10,000.00 | O |
| John Boswell | 1/7/19 | 1/7/19 | 37765 | $3,841.67 | O |
| John Boswell | 1/28/19 | 2/6/19 | 37965 | $3,733.33 | O |
| John Boswell | 3/1/19 | 3/6/19 | 38099 | $3,625.00 | O |
| John Boswell | 4/1/19 | 4/1/19 | 38217 | $3,516.67 | O |
| John Boswell | 5/22/19 | 5/28/19 | 38430 | $16,250.00 | O |
| John Boswell | 5/1/19 | 5/28/19 | 38367 | $3,408.33 | O |
| John Boswell | 6/6/19 | 6/6/19 | 38485 | $3,300.00 | O |
| John Boswell | 6/11/19 | 6/11/19 | 38515 | $1,250.00 | O |
| John Boswell | 7/1/19 | 7/8/19 | 38582 | $4,441.67 | O |
| John Boswell | 8/12/19 | 8/12/19 | 38805 | $4,333.33 | O |
| John Boswell | 9/9/19 | 9/30/19 | 39080 | $4,225.00 | O |
| John Boswell | 10/1/19 | 10/22/19 | 39188 | $4,116.67 | O |
| John Boswell | 11/4/19 | 11/19/19 | 39326 | $4,008.33 | O |
| John Boswell | 12/5/19 | 12/5/19 | 39411 | $3,900.00 | O |
| John Boswell | 1/7/20 | 1/7/20 | 39644 | $3,791.67 | O |
| John Boswell | 2/6/20 | 2/6/20 | 39970 | $3,683.33 | O |
| John Boswell | 3/5/20 | 3/10/20 | 40339 | $3,575.00 | O |
| | **Total Payments to John Boswell** | | | **$630,414.70** | |
| | | | | | |
| Equity Trust Company | 10/22/18 | 11/27/18 | 37029 | $10,000.00 | O |
| Equity Trust Company | 11/20/18 | 11/27/18 | 37206 | $1,250.00 | O |
| Equity Trust Company | 1/22/19 | 2/13/19 | 37932 | $10,000.00 | O |
| Equity Trust Company | 2/20/19 | 3/5/19 | 38063 | $10,000.00 | O |
| Equity Trust Company | 3/21/19 | 3/26/19 | 38180 | $10,000.00 | O |
| Equity Trust Company | 4/24/19 | 4/26/19 | 38312 | $5,000.00 | O |
| Equity Trust Company | 4/22/19 | 4/30/19 | 38322 | $10,000.00 | O |
| Equity Trust Company | 5/22/19 | 5/28/19 | 38434 | $10,000.00 | O |
| Equity Trust Company | 5/3/19 | 5/28/19 | 38368 | $1,250.00 | O |
| Equity Trust Company | 6/20/19 | 7/24/19 | 38549 | $10,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Equity Trust Company | 7/20/19 | 8/8/19 | 38720 | $10,000.00 | O |
| Equity Trust Company | 8/21/19 | 9/27/19 | 38885 | $10,000.00 | O |
| Equity Trust Company | 9/20/19 | 10/30/19 | 39097 | $10,000.00 | O |
| Equity Trust Company | 10/21/19 | 11/14/19 | 39270 | $10,000.00 | O |
| Equity Trust Company | 11/20/19 | 12/13/19 | 39378 | $10,000.00 | O |
| Equity Trust Company | 12/20/19 | 1/21/20 | 39495 | $10,000.00 | O |
| Equity Trust Company | 1/21/20 | 2/27/20 | 39877 | $10,000.00 | O |
| **Total Payments to Equity Trust Company** | | | | **$147,500.00** | |
| | | | | | |
| Sterling Trust | 12/2/15 | 2/4/16 | 24146 | $250.00 | O |
| Sterling Trust | 1/4/16 | 2/4/16 | 24158 | $250.00 | O |
| Sterling Trust | 2/9/16 | 2/26/16 | 24558 | $250.00 | O |
| Sterling Trust | 3/11/16 | 4/20/16 | 25291 | $250.00 | O |
| Sterling Trust | 4/5/16 | 4/20/16 | 25362 | $250.00 | O |
| Sterling Trust | 5/3/16 | 5/24/16 | 25717 | $250.00 | O |
| Sterling Trust | 6/6/16 | 6/22/16 | 26183 | $250.00 | O |
| Sterling Trust | 7/7/16 | 7/21/16 | 26572 | $1,250.00 | O |
| Sterling Trust | 8/5/16 | 8/23/16 | 26919 | $1,250.00 | O |
| Sterling Trust | 9/6/16 | 9/14/16 | 27345 | $1,250.00 | O |
| Sterling Trust | 10/3/16 | 10/20/16 | 27713 | $1,250.00 | O |
| Sterling Trust | 11/4/16 | 11/23/16 | 28110 | $1,250.00 | O |
| Sterling Trust | 12/5/16 | 12/16/16 | 28502 | $1,250.00 | O |
| Sterling Trust | 1/9/17 | 3/1/17 | 28930 | $1,250.00 | O |
| Sterling Trust | 2/1/17 | 3/1/17 | 29192 | $1,250.00 | O |
| Sterling Trust | 3/6/17 | 4/4/17 | 29616 | $1,250.00 | O |
| Sterling Trust | 4/5/17 | 4/26/17 | 30014 | $1,250.00 | O |
| Sterling Trust | 5/8/17 | 5/18/17 | 30412 | $1,250.00 | O |
| Sterling Trust | 6/6/17 | 6/13/17 | 30847 | $1,250.00 | O |
| Sterling Trust | 7/10/17 | 8/7/17 | 31251 | $1,250.00 | O |
| Sterling Trust | 8/4/17 | 9/28/17 | 31613 | $1,250.00 | O |
| Sterling Trust | 9/1/17 | 9/28/17 | 32271 | $1,250.00 | O |
| Sterling Trust | 12/4/17 | 1/10/18 | 33255 | $1,250.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Total Payments to Sterling Trust | | | | $21,750.00 | |
| Total of All Payments from January 1, 2016 - April 3, 2020 | | | | $799,664.70 | |

**Peter Xenopoulos**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| P. Xenopoulos Realty LLC | 2/22/19 | 2/25/19 | 8747 | $450,000.00 | I |
| **Total Payments to P. Xenopoulos Realty LLC** | | | | **$450,000.00** | |
| | | | | | |
| Peter Xenopoulos | 12/31/15 | 1/4/16 | 24086 | $11,757.91 | O |
| Peter Xenopoulos | 1/20/16 | 1/26/16 | 24286 | $11,757.91 | O |
| Peter Xenopoulos | 3/10/16 | 3/17/16 | 25022 | $11,757.91 | O |
| Peter Xenopoulos | 4/22/16 | 4/22/16 | 25562 | $11,757.91 | O |
| Peter Xenopoulos | 4/22/16 | 4/22/16 | 25563 | $11,757.91 | O |
| Peter Xenopoulos | 5/18/16 | 5/19/16 | 25901 | $11,757.91 | O |
| Peter Xenopoulos | 5/27/16 | 5/27/16 | 26065 | $11,757.91 | O |
| Peter Xenopoulos | 7/7/16 | 7/8/16 | 26570 | $11,757.91 | O |
| Peter Xenopoulos | 8/10/16 | 8/11/16 | 26988 | $11,757.91 | O |
| Peter Xenopoulos | 9/20/16 | 9/20/16 | 27530 | $11,757.91 | O |
| Peter Xenopoulos | 10/14/16 | 10/18/16 | 27815 | $11,757.91 | O |
| Peter Xenopoulos | 12/5/16 | 12/6/16 | 28460 | $11,757.91 | O |
| Peter Xenopoulos | 1/6/17 | 1/6/17 | 28809 | $23,515.82 | O |
| Peter Xenopoulos | 3/21/17 | 3/22/17 | 29791 | $11,757.91 | O |
| Peter Xenopoulos | 3/24/17 | 3/31/17 | 29850 | $11,757.91 | O |
| Peter Xenopoulos | 4/28/17 | 4/28/17 | 30286 | $11,757.91 | O |
| Peter Xenopoulos | 5/26/17 | 6/1/17 | 30704 | $11,757.91 | O |
| Peter Xenopoulos | 7/7/17 | 7/7/17 | 31219 | $11,757.91 | O |
| Peter Xenopoulos | 7/31/17 | 8/11/17 | 31525 | $11,757.91 | O |
| Peter Xenopoulos | 8/15/17 | 8/18/17 | 31771 | $11,757.91 | O |
| Peter Xenopoulos | 9/25/17 | 9/28/17 | 32273 | $11,757.91 | O |
| Peter Xenopoulos | 11/7/17 | 11/15/17 | 32822 | $11,757.91 | O |
| Peter Xenopoulos | 11/20/17 | 12/4/17 | 33038 | $11,757.91 | O |
| Peter Xenopoulos | 12/26/17 | 1/24/18 | 33455 | $11,757.91 | O |
| Peter Xenopoulos | 1/12/18 | 2/13/18 | 33707 | $11,757.91 | O |
| Peter Xenopoulos | 4/2/18 | 4/20/18 | 34461 | $11,757.91 | O |
| Peter Xenopoulos | 4/23/18 | 5/11/18 | 34713 | $11,757.91 | O |
| Peter Xenopoulos | 5/21/18 | 6/11/18 | 35049 | $11,757.91 | O |
| Peter Xenopoulos | 6/29/18 | 8/21/18 | 35472 | $11,757.91 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Peter Xenopoulos | 7/16/18 | 9/26/18 | 35705 | $11,757.91 | O |
| Peter Xenopoulos | 9/21/18 | 9/26/18 | 36469 | $11,757.91 | O |
| Peter Xenopoulos | 10/3/18 | 10/5/18 | 36612 | $11,757.91 | O |
| Peter Xenopoulos | 10/3/18 | 10/5/18 | 36613 | $11,757.91 | O |
| Peter Xenopoulos | 10/22/18 | 11/19/18 | 36894 | $11,757.91 | O |
| Peter Xenopoulos | 11/5/18 | 11/19/18 | 37049 | $11,757.91 | O |
| Peter Xenopoulos | 11/5/18 | 11/19/18 | 37050 | $11,757.91 | O |
| Peter Xenopoulos | 11/30/18 | 12/3/18 | 37294 | $11,757.91 | O |
| Peter Xenopoulos | 12/3/18 | 12/14/18 | 37384 | $11,757.91 | O |
| Peter Xenopoulos | 1/4/19 | 1/8/19 | 37762 | $11,757.91 | O |
| Peter Xenopoulos | 1/28/19 | 1/30/19 | 37939 | $11,757.91 | O |
| Peter Xenopoulos | 3/1/19 | 3/1/19 | 38072 | $11,757.91 | O |
| Peter Xenopoulos | 5/1/19 | 5/6/19 | 38347 | $11,757.91 | O |
| Peter Xenopoulos | 5/16/19 | 5/20/19 | 38401 | $11,757.91 | O |
| Peter Xenopoulos | 7/1/19 | 7/11/19 | 38589 | $11,757.91 | O |
| Peter Xenopoulos | 7/17/19 | 7/22/19 | 38665 | $11,757.91 | O |
| Peter Xenopoulos | 8/5/19 | 8/14/19 | 38818 | $11,757.91 | O |
| Peter Xenopoulos | 9/16/19 | 9/16/19 | 39001 | $11,757.91 | O |
| Peter Xenopoulos | 10/2/19 | 10/3/19 | 39161 | $11,757.91 | O |
| Peter Xenopoulos | 11/4/19 | 11/13/19 | 39325 | $11,757.91 | O |
| Peter Xenopoulos | 12/6/19 | 12/10/19 | 39435 | $11,757.91 | O |
| Peter Xenopoulos | 1/10/20 | 1/13/20 | 39656 | $11,757.91 | O |
| Total Payments to P. Xenopoulos | | | | $611,411.32 | |
| Total of All Payments from January 1, 2016 - April 3, 2020 | | | | $1,061,411.32 | |

**Phyllis Kossoff**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 1/4/16 | 1/11/16 | 24150 | $5,000.00 | O |
| Phyllis Kossoff | 1/15/16 | 1/15/16 | 24213 | $5,000.00 | O |
| Phyllis Kossoff | 1/20/16 | 1/22/16 | 24288 | $5,000.00 | O |
| Phyllis Kossoff | 1/27/16 | 1/29/16 | 24401 | $5,000.00 | O |
| Phyllis Kossoff | 2/5/16 | 2/12/16 | 24492 | $5,000.00 | O |
| Phyllis Kossoff | 2/8/16 | 2/12/16 | 24578 | $5,000.00 | O |
| Phyllis Kossoff | 2/16/16 | 2/19/16 | 24655 | $5,000.00 | O |
| Phyllis Kossoff | 3/4/16 | 3/4/16 | 2220 | $5,000.00 | O |
| Phyllis Kossoff | 2/29/16 | 3/14/16 | 25001 | $5,000.00 | O |
| Phyllis Kossoff | 3/9/16 | 3/18/16 | 25016 | $5,000.00 | O |
| Phyllis Kossoff | 3/15/16 | 3/23/16 | 25110 | $5,000.00 | O |
| Phyllis Kossoff | 3/21/16 | 4/1/16 | 25167 | $5,000.00 | O |
| Phyllis Kossoff | 3/28/16 | 4/7/16 | 25274 | $5,000.00 | O |
| Phyllis Kossoff | 4/5/16 | 4/7/16 | 25358 | $5,000.00 | O |
| Phyllis Kossoff | 4/11/16 | 4/22/16 | 25456 | $5,000.00 | O |
| Phyllis Kossoff | 4/18/16 | 5/2/16 | 25561 | $5,000.00 | O |
| Phyllis Kossoff | 4/25/16 | 5/2/16 | 25632 | $5,000.00 | O |
| Phyllis Kossoff | 5/3/16 | 5/18/16 | 25714 | $5,000.00 | O |
| Phyllis Kossoff | 5/10/16 | 5/19/16 | 25812 | $5,000.00 | O |
| Phyllis Kossoff | 5/16/16 | 5/19/16 | 25910 | $5,000.00 | O |
| Phyllis Kossoff | 5/23/16 | 5/24/16 | 25989 | $5,000.00 | O |
| Phyllis Kossoff | 5/31/16 | 6/13/16 | 26113 | $5,000.00 | O |
| Phyllis Kossoff | 6/6/16 | 6/13/16 | 26206 | $5,000.00 | O |
| Phyllis Kossoff | 6/13/16 | 6/17/16 | 26262 | $5,000.00 | O |
| Phyllis Kossoff | 6/22/16 | 6/24/16 | 26382 | $5,000.00 | O |
| Phyllis Kossoff | 6/27/16 | 7/7/16 | 26473 | $5,000.00 | O |
| Phyllis Kossoff | 7/5/16 | 7/11/16 | 26560 | $5,000.00 | O |
| Phyllis Kossoff | 7/11/16 | 7/22/16 | 26696 | $5,000.00 | O |
| Phyllis Kossoff | 7/18/16 | 7/25/16 | 26741 | $5,000.00 | O |
| Phyllis Kossoff | 7/25/16 | 8/5/16 | 26828 | $5,000.00 | O |
| Phyllis Kossoff | 8/1/16 | 8/5/16 | 26908 | $5,000.00 | O |
| Phyllis Kossoff | 8/8/16 | 8/11/16 | 26993 | $5,000.00 | O |
| Phyllis Kossoff | 8/15/16 | 8/19/16 | 27083 | $5,000.00 | O |
| Phyllis Kossoff | 8/22/16 | 9/2/16 | 27174 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 8/29/16 | 9/2/16 | 27259 | $5,000.00 | O |
| Phyllis Kossoff | 9/6/16 | 9/20/16 | 27347 | $5,000.00 | O |
| Phyllis Kossoff | 9/12/16 | 9/20/16 | 27457 | $5,000.00 | O |
| Phyllis Kossoff | 9/20/16 | 9/27/16 | 27544 | $5,000.00 | O |
| Phyllis Kossoff | 9/27/16 | 10/13/16 | 27632 | $5,000.00 | O |
| Phyllis Kossoff | 10/3/16 | 10/13/16 | 27710 | $5,000.00 | O |
| Phyllis Kossoff | 10/10/16 | 10/19/16 | 27812 | $5,000.00 | O |
| Phyllis Kossoff | 10/18/16 | 10/28/16 | 27902 | $5,000.00 | O |
| Phyllis Kossoff | 10/24/16 | 10/28/16 | 27974 | $5,000.00 | O |
| Phyllis Kossoff | 11/1/16 | 11/17/16 | 28069 | $5,000.00 | O |
| Phyllis Kossoff | 11/17/16 | 11/17/16 | 28152 | $5,000.00 | O |
| Phyllis Kossoff | 11/14/16 | 12/2/16 | 28311 | $5,000.00 | O |
| Phyllis Kossoff | 11/28/16 | 12/2/16 | 28403 | $5,000.00 | O |
| Phyllis Kossoff | 11/28/16 | 12/19/16 | 28452 | $5,000.00 | O |
| Phyllis Kossoff | 12/5/16 | 12/19/16 | 28499 | $5,000.00 | O |
| Phyllis Kossoff | 12/21/16 | 12/21/16 | 8368 | $40,000.00 | I |
| Phyllis Kossoff | 12/12/16 | 12/23/16 | 28682 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/17 | 1/5/17 | 8370 | $40,000.00 | I |
| Phyllis Kossoff | 12/20/16 | 1/18/17 | 28774 | $5,000.00 | O |
| Phyllis Kossoff | 12/27/16 | 1/18/17 | 28816 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/17 | 1/23/17 | 28922 | $5,000.00 | O |
| Phyllis Kossoff | 1/10/17 | 1/23/17 | 29015 | $5,000.00 | O |
| Phyllis Kossoff | 1/17/17 | 1/23/17 | 29062 | $10,000.00 | O |
| Phyllis Kossoff | 1/27/17 | 1/27/17 | 29139 | $10,000.00 | O |
| Phyllis Kossoff | 2/3/17 | 2/3/17 | 29234 | $25,000.00 | O |
| Phyllis Kossoff | 2/3/17 | 2/3/17 | 29235 | $5,000.00 | O |
| Phyllis Kossoff | 2/7/17 | 2/17/17 | 29348 | $5,000.00 | O |
| Phyllis Kossoff | 2/13/17 | 2/17/17 | 29358 | $5,000.00 | O |
| Phyllis Kossoff | 2/21/17 | 3/10/17 | 29494 | $5,000.00 | O |
| Phyllis Kossoff | 2/28/17 | 3/10/17 | 29600 | $5,000.00 | O |
| Phyllis Kossoff | 3/6/17 | 3/30/17 | 29609 | $5,000.00 | O |
| Phyllis Kossoff | 3/13/17 | 3/30/17 | 29703 | $5,000.00 | O |
| Phyllis Kossoff | 3/20/17 | 3/30/17 | 29836 | $5,000.00 | O |
| Phyllis Kossoff | 3/27/17 | 4/7/17 | 29932 | $5,000.00 | O |
| Phyllis Kossoff | 4/5/17 | 4/7/17 | 30010 | $5,000.00 | O |
| Phyllis Kossoff | 4/11/17 | 4/21/17 | 30105 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------------------|-------------------------|---------|---------------------|-------------------------------------|
| Phyllis Kossoff | 4/18/17 | 4/21/17 | 30215 | $5,000.00 | O |
| Phyllis Kossoff | 4/25/17 | 5/10/17 | 30270 | $5,000.00 | O |
| Phyllis Kossoff | 5/2/17 | 5/10/17 | 30390 | $5,000.00 | O |
| Phyllis Kossoff | 5/9/17 | 5/22/17 | 30466 | $5,000.00 | O |
| Phyllis Kossoff | 5/15/17 | 5/22/17 | 30615 | $5,000.00 | O |
| Phyllis Kossoff | 5/30/17 | 6/8/17 | 30824 | $5,000.00 | O |
| Phyllis Kossoff | 6/6/17 | 6/16/17 | 30844 | $5,000.00 | O |
| Phyllis Kossoff | 6/20/17 | 6/30/17 | 31022 | $5,000.00 | O |
| Phyllis Kossoff | 6/13/17 | 6/30/17 | 30930 | $5,000.00 | O |
| Phyllis Kossoff | 6/26/17 | 7/13/17 | 31110 | $5,000.00 | O |
| Phyllis Kossoff | 7/3/17 | 7/13/17 | 31213 | $5,000.00 | O |
| Phyllis Kossoff | 7/10/17 | 7/28/17 | 31284 | $5,000.00 | O |
| Phyllis Kossoff | 7/18/17 | 7/28/17 | 31456 | $5,000.00 | O |
| Phyllis Kossoff | 7/26/17 | 7/28/17 | 31470 | $5,000.00 | O |
| Phyllis Kossoff | 7/28/17 | 7/31/17 | 31491 | $10,000.00 | O |
| Phyllis Kossoff | 7/28/17 | 7/31/17 | 31493 | $30,000.00 | O |
| Phyllis Kossoff | 8/14/17 | 8/22/17 | 31804 | $10,000.00 | O |
| Phyllis Kossoff | 8/23/17 | 9/5/17 | 31860 | $10,000.00 | O |
| Phyllis Kossoff | 8/28/17 | 9/5/17 | 32016 | $10,000.00 | O |
| Phyllis Kossoff | 9/5/17 | 9/20/17 | 32099 | $10,000.00 | O |
| Phyllis Kossoff | 9/11/17 | 9/22/17 | 32102 | $10,000.00 | O |
| Phyllis Kossoff | 9/18/17 | 9/25/17 | 32220 | $10,000.00 | O |
| Phyllis Kossoff | 10/2/17 | 10/13/17 | 32415 | $10,000.00 | O |
| Phyllis Kossoff | 9/26/17 | 10/13/17 | 32351 | $10,000.00 | O |
| Phyllis Kossoff | 10/9/17 | 10/25/17 | 32489 | $10,000.00 | O |
| Phyllis Kossoff | 10/16/17 | 11/9/17 | 32574 | $10,000.00 | O |
| Phyllis Kossoff | 10/23/17 | 11/9/17 | 32646 | $10,000.00 | O |
| Phyllis Kossoff | 10/31/17 | 11/27/17 | 32729 | $10,000.00 | O |
| Phyllis Kossoff | 11/6/17 | 11/27/17 | 32811 | $10,000.00 | O |
| Phyllis Kossoff | 11/13/17 | 12/15/17 | 32921 | $10,000.00 | O |
| Phyllis Kossoff | 1/20/17 | 12/15/17 | 33034 | $10,000.00 | O |
| Phyllis Kossoff | 12/27/17 | 12/15/17 | 33088 | $10,000.00 | O |
| Phyllis Kossoff | 12/4/17 | 12/15/17 | 33250 | $10,000.00 | O |
| Phyllis Kossoff | 12/11/17 | 12/15/17 | 33263 | $10,000.00 | O |
| Phyllis Kossoff | 5/15/18 | 5/15/18 | 8609 | $100,000.00 | I |
| Phyllis Kossoff | 1/31/20 | 1/31/20 | 39903 | $15,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-------------------|--------------------------|---------|---------------------|-----------------------------------|
| Phyllis Kossoff | 2/7/20 | 2/14/20 | 39981 | $10,000.00 | O |
| Phyllis Kossoff | 2/21/20 | 2/21/20 | 40173 | $10,000.00 | O |
| **Total of All Payments from January 1, 2016 - April 3, 2020** | | | | **$875,000.00** | |

**Ronny Mintz, Julie Mintz & Chalron Enterprises Ltd.**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ronny Mintz | 12/16/16 | 12/20/16 | 28679 | $500.00 | O |
| Ronny Mintz | 12/21/17 | 12/21/17 | 33346 | $500.00 | O |
| Ronny Mintz | 6/29/18 | 7/16/18 | 35468 | $310.00 | O |
| Ronny Mintz | 12/14/18 | 12/14/18 | 37476 | $250.00 | O |
| | **Total Payments to Ronny Mintz** | | | **$1,560.00** | |
| | | | | | |
| Chalron Enterprises Ltd. | 12/21/15 | 1/4/16 | 23982 | $2,600.00 | O |
| Chalron Enterprises Ltd. | 1/4/16 | 1/11/16 | 24148 | $2,550.00 | O |
| Chalron Enterprises Ltd. | 1/27/16 | 2/8/16 | 24404 | $3,137.50 | O |
| Chalron Enterprises Ltd. | 3/2/16 | 3/3/16 | 2208 | $3,612.50 | O |
| Chalron Enterprises Ltd. | 3/9/16 | 3/16/16 | 25018 | $4,000.00 | O |
| Chalron Enterprises Ltd. | 3/28/16 | 4/11/16 | 25277 | $3,650.00 | O |
| Chalron Enterprises Ltd. | 4/11/16 | 4/14/16 | 25458 | $3,137.50 | O |
| Chalron Enterprises Ltd. | 4/25/16 | 5/2/16 | 25635 | $3,350.00 | O |
| Chalron Enterprises Ltd. | 5/10/16 | 5/12/16 | 25815 | $3,725.00 | O |
| Chalron Enterprises Ltd. | 5/23/16 | 5/26/16 | 25987 | $4,100.00 | O |
| Chalron Enterprises Ltd. | 6/6/16 | 6/13/16 | 26205 | $3,925.00 | O |
| Chalron Enterprises Ltd. | 6/22/16 | 7/7/16 | 26381 | $3,425.00 | O |
| Chalron Enterprises Ltd. | 8/1/16 | 8/1/16 | 26902 | $3,850.00 | O |
| Chalron Enterprises Ltd. | 8/18/16 | 8/18/16 | 27071 | $3,162.50 | O |
| Chalron Enterprises Ltd. | 8/29/16 | 9/1/16 | 27272 | $4,462.50 | O |
| Chalron Enterprises Ltd. | 9/12/16 | 9/22/16 | 27456 | $3,812.50 | O |
| Chalron Enterprises Ltd. | 10/13/16 | 10/14/16 | 27800 | $3,862.50 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 10/24/16 | 10/28/16 | 27976 | $3,462.50 | O |
| Chalron Enterprises Ltd. | 11/1/16 | 11/10/16 | 28068 | $3,162.50 | O |
| Chalron Enterprises Ltd. | 11/17/16 | 11/17/16 | 28235 | $4,337.50 | O |
| Chalron Enterprises Ltd. | 12/5/16 | 12/8/16 | 28507 | $4,325.00 | O |
| Chalron Enterprises Ltd. | 12/12/16 | 1/10/17 | 28685 | $2,275.00 | O |
| Chalron Enterprises Ltd. | 12/20/16 | 1/10/17 | 28772 | $2,212.50 | O |
| Chalron Enterprises Ltd. | 1/17/17 | 1/26/17 | 29102 | $4,262.50 | O |
| Chalron Enterprises Ltd. | 2/1/17 | 2/23/17 | 29195 | $3,387.00 | O |
| Chalron Enterprises Ltd. | 2/28/17 | 3/13/17 | 29602 | $3,775.00 | O |
| Chalron Enterprises Ltd. | 3/20/17 | 3/31/17 | 29838 | $3,800.00 | O |
| Chalron Enterprises Ltd. | 4/11/17 | 4/24/17 | 30108 | $4,100.00 | O |
| Chalron Enterprises Ltd. | 5/1/17 | 5/2/17 | 30352 | $4,737.50 | O |
| Chalron Enterprises Ltd. | 5/15/17 | 5/25/17 | 30617 | $4,212.50 | O |
| Chalron Enterprises Ltd. | 6/13/17 | 6/15/17 | 30932 | $4,650.00 | O |
| Chalron Enterprises Ltd. | 6/20/17 | 7/7/17 | 31025 | $4,750.00 | O |
| Chalron Enterprises Ltd. | 7/10/17 | 7/13/17 | 31288 | $4,612.50 | O |
| Chalron Enterprises Ltd. | 7/31/17 | 8/3/17 | 31565 | $4,225.00 | O |
| Chalron Enterprises Ltd. | 8/24/17 | 8/29/17 | 31872 | $3,936.00 | O |
| Chalron Enterprises Ltd. | 9/11/17 | 9/11/17 | 32101 | $4,360.50 | O |
| Chalron Enterprises Ltd. | 9/29/17 | 10/3/17 | 32360 | $4,158.00 | O |
| Chalron Enterprises Ltd. | 10/16/17 | 10/30/17 | 32576 | $4,536.00 | O |
| Chalron Enterprises Ltd. | 11/22/17 | 11/27/17 | 33039 | $4,846.50 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 12/4/17 | 12/18/17 | 33253 | $2,317.50 | O |
| Chalron Enterprises Ltd. | 12/18/17 | 1/8/18 | 33413 | $3,000.00 | O |
| Chalron Enterprises Ltd. | 1/8/18 | 1/29/18 | 33621 | $3,645.00 | O |
| Chalron Enterprises Ltd. | 1/26/18 | 2/15/18 | 33721 | $4,000.00 | O |
| Chalron Enterprises Ltd. | 2/9/18 | 3/1/18 | 33864 | $4,356.50 | O |
| Chalron Enterprises Ltd. | 2/16/18 | 3/19/18 | 33889 | $4,252.50 | O |
| Chalron Enterprises Ltd. | 3/5/18 | 4/13/18 | 34204 | $4,239.00 | O |
| Chalron Enterprises Ltd. | 4/23/18 | 4/26/18 | 34701 | $5,157.00 | O |
| Chalron Enterprises Ltd. | 5/14/18 | 5/21/18 | 34974 | $4,536.00 | O |
| Chalron Enterprises Ltd. | 6/11/18 | 6/13/18 | 35213 | $5,548.50 | O |
| Chalron Enterprises Ltd. | 7/2/18 | 7/16/18 | 35541 | $4,738.50 | O |
| Chalron Enterprises Ltd. | 7/23/18 | 8/1/18 | 35795 | $4,428.00 | O |
| Chalron Enterprises Ltd. | 8/6/18 | 8/23/18 | 36026 | $4,617.00 | O |
| Chalron Enterprises Ltd. | 9/7/18 | 9/17/18 | 36321 | $4,495.50 | O |
| Chalron Enterprises Ltd. | 9/17/18 | 10/1/18 | 36475 | $4,252.50 | O |
| Chalron Enterprises Ltd. | 10/1/18 | 11/13/18 | 36626 | $5,427.00 | O |
| Chalron Enterprises Ltd. | 12/3/18 | 12/17/18 | 37383 | $4,063.50 | O |
| Chalron Enterprises Ltd. | 12/17/18 | 1/7/19 | 37601 | $5,143.50 | O |
| Chalron Enterprises Ltd. | 1/7/19 | 1/22/19 | 37851 | $3,969.00 | O |
| Chalron Enterprises Ltd. | 1/22/19 | 2/11/19 | 37931 | $2,862.00 | O |
| Chalron Enterprises Ltd. | 2/11/19 | 2/19/19 | 38019 | $3,456.00 | O |
| Chalron Enterprises Ltd. | 2/25/19 | 3/11/19 | 38091 | $1,754.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 3/14/19 | 4/4/19 | 38149 | $2,686.50 | O |
| Chalron Enterprises Ltd. | 6/17/19 | 7/1/19 | 38538 | $2,389.50 | O |
| Total Payments to Chalron Enterprises, Ltd. | | | | $243,821.00 | |
| Total of All Payments from January 1, 2016 - April 3, 2020 | | | | $245,381.00 | |

## EXHIBIT 7

### Group-Three Transfers

### Burton Kossoff Testamentary Trust

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Burton Kossoff Testamentary Trust | 9/8/20 | 9/8/20 | 41609 | $150.00 | O |
| Total of All Payments from April 4, 2020 - April 13, 2021 | | | | $150.00 | |

**Ernest Perevoski and Terri L. Abbey**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ernest J Perevoski or Terri L Abbey | 2/2/21 | 2/2/21 | WIRE | $19,621.67 | O |
|  | **Total Payments to Ernest J. Perevoski or Terri L Abbey** | | | **$19,621.67** |  |
|  |  |  |  |  |  |
| Ernest Perevoski | 3/16/20 | 4/7/20 | 40609 | $19,556.48 | O |
| Ernest Perevoski | 4/20/20 | 5/7/20 | 40783 | $19,556.48 | O |
| Ernest Perevoski | 5/29/20 | 6/1/20 | 40952 | $19,556.48 | O |
| Ernest Perevoski | 6/15/20 | 6/26/20 | 41121 | $19,556.48 | O |
| Ernest Perevoski | 7/20/20 | 7/27/20 | 41341 | $19,556.48 | O |
| Ernest Perevoski | 8/19/20 | 8/19/20 | 41518 | $19,556.48 | O |
| Ernest Perevoski | 9/25/20 | 9/25/20 | 41716 | $19,556.48 | O |
| Ernest Perevoski | 10/16/20 | 10/28/20 | 41798 | $19,556.48 | O |
| Ernest Perevoski | 12/18/20 | 12/21/20 | 42123 | $19,621.67 | O |
|  | **Total Payments to Ernest Perevoski** | | | **$176,073.51** |  |
|  | **Total of All Payments from April 4, 2020 - April 13, 2021** | | | **$195,695.18** |  |

**Hui-Fong Lee**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Hui Fong Lee | 9/8/20 | 9/8/20 | WIRE | $2,250.00 | O |
| **Total of All Payments from April 4, 2020 - April 13, 2021** | | | | **$2,250.00** | |

**John Boswell & Equity Trust Company DBA Sterling Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 4/1/20 | 5/15/20 | 40676 | $3,466.67 | O |
| John Boswell | 6/29/20 | 8/26/20 | 41331 | $3,250.00 | O |
| John Boswell | 5/4/20 | 8/26/20 | 40857 | $3,358.33 | O |
| John Boswell | 7/7/20 | 8/26/20 | 41335 | $3,141.67 | O |
| John Boswell | 8/17/20 | 9/29/20 | 41576 | $3,141.67 | O |
| John Boswell | 9/4/20 | 9/29/20 | 41717 | $3,141.67 | O |
| John Boswell | 10/5/20 | 10/29/20 | 41791 | $3,141.67 | O |
| John Boswell | 11/9/20 | 12/8/20 | 41984 | $3,141.67 | O |
| John Boswell | 12/8/20 | 12/8/20 | 42062 | $3,141.67 | O |
| John Boswell | 1/4/21 | 1/14/21 | 42200 | $3,141.67 | O |
| John Boswell | 2/12/21 | 2/12/21 | 42374 | $3,141.67 | O |
| John Boswell | 3/11/21 | 3/15/21 | 50185 | $3,141.67 | O |
| **Total Payments to John Boswell** | | | | **$38,350.03** | |
| | | | | | |
| Equity Trust Company | 2/21/20 | 4/14/20 | 40175 | $10,000.00 | O |
| Equity Trust Company | 4/20/20 | 5/11/20 | 40782 | $10,000.00 | O |
| Equity Trust Company | 5/29/20 | 8/28/20 | 40953 | $10,000.00 | O |
| **Total Payments to Equity Trust Company** | | | | **$30,000.00** | |
| **Total of All Payments from April 4, 2020 - April 13, 2021** | | | | **$68,350.03** | |

**Phyllis Kossoff**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 5/7/20 | 5/7/20 | 40852 | $50,000.00 | O |
| Phyllis Kossoff | 1/8/21 | 1/8/21 | WIRE | $30,000.00 | O |
| **Total of All Payments from April 4, 2020 - April 13, 2021** | | | | **$80,000.00** | |

## EXHIBIT 8

**Two-Year Transfers**

**Burton Kossoff Testamentary Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Burton Kossoff Testamentary Trust | 9/8/20 | 9/8/20 | 41609 | $150.00 | O |
| **Total of All Payments from April 13, 2019 - April 13, 2021** | | | | **$150.00** | |

**Ernest Perevoski and Terri L. Abbey**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Ernest J Perevoski or Terri L Abbey | 2/2/21 | 2/2/21 | WIRE | $19,621.67 | O |
| **Total Payments to Ernest J. Perevoski or Terri L Abbey** | | | | **$19,621.67** | |
| | | | | | |
| Ernest Perevoski | 4/15/19 | 4/29/19 | 38288 | $10,118.00 | O |
| Ernest Perevoski | 5/13/19 | 5/28/19 | 38413 | $10,118.00 | O |
| Ernest Perevoski | 6/17/19 | 6/25/19 | 38540 | $10,118.00 | O |
| Ernest Perevoski | 7/15/19 | 7/23/19 | 38681 | $10,118.00 | O |
| Ernest Perevoski | 8/12/19 | 8/29/19 | 38836 | $10,118.00 | O |
| Ernest Perevoski | 9/25/19 | 9/26/19 | 39144 | $10,118.00 | O |
| Ernest Perevoski | 10/21/19 | 10/25/19 | 39271 | $10,118.00 | O |
| Ernest Perevoski | 11/20/19 | 11/22/19 | 39377 | $10,118.00 | O |
| Ernest Perevoski | 12/16/19 | 12/26/19 | 39488 | $10,118.00 | O |
| Ernest Perevoski | 1/17/20 | 1/17/20 | 39741 | $10,118.00 | O |
| Ernest Perevoski | 1/24/20 | 1/24/20 | 39809 | $10,882.00 | O |
| Ernest Perevoski | 1/31/20 | 1/31/20 | 39904 | $9,426.16 | O |
| Ernest Perevoski | 2/7/20 | 2/14/20 | 39982 | $14,000.00 | O |
| Ernest Perevoski | 2/14/20 | 2/14/20 | 40050 | $10,000.00 | O |
| Ernest Perevoski | 2/21/20 | 2/21/20 | 40176 | $19,556.48 | O |
| Ernest Perevoski | 3/16/20 | 4/7/20 | 40609 | $19,556.48 | O |
| Ernest Perevoski | 4/20/20 | 5/7/20 | 40783 | $19,556.48 | O |
| Ernest Perevoski | 5/29/20 | 6/1/20 | 40952 | $19,556.48 | O |
| Ernest Perevoski | 6/15/20 | 6/26/20 | 41121 | $19,556.48 | O |
| Ernest Perevoski | 7/20/20 | 7/27/20 | 41341 | $19,556.48 | O |
| Ernest Perevoski | 8/19/20 | 8/19/20 | 41518 | $19,556.48 | O |
| Ernest Perevoski | 9/25/20 | 9/25/20 | 41716 | $19,556.48 | O |
| Ernest Perevoski | 10/16/20 | 10/28/20 | 41798 | $19,556.48 | O |
| Ernest Perevoski | 12/18/20 | 12/21/20 | 42123 | $19,621.67 | O |
| **Total Payments to Ernest Perevoski** | | | | **$341,118.15** | |
| **Total of All Payments from April 13, 2019 - April 13, 2021** | | | | **$360,739.82** | |

**Hui-Fong Lee**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Hui Fong Lee | 9/8/20 | 9/8/20 | WIRE | $2,250.00 | O |
| Total of All Payments from April 13, 2019 - April 13, 2021 | | | | $2,250.00 | |

**John Boswell & Equity Trust Company DBA Sterling Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 5/22/19 | 5/28/19 | 38430 | $16,250.00 | O |
| John Boswell | 5/1/19 | 5/28/19 | 38367 | $3,408.33 | O |
| John Boswell | 6/6/19 | 6/6/19 | 38485 | $3,300.00 | O |
| John Boswell | 6/11/19 | 6/11/19 | 38515 | $1,250.00 | O |
| John Boswell | 7/1/19 | 7/8/19 | 38582 | $4,441.67 | O |
| John Boswell | 8/12/19 | 8/12/19 | 38805 | $4,333.33 | O |
| John Boswell | 9/9/19 | 9/30/19 | 39080 | $4,225.00 | O |
| John Boswell | 10/1/19 | 10/22/19 | 39188 | $4,116.67 | O |
| John Boswell | 11/4/19 | 11/19/19 | 39326 | $4,008.33 | O |
| John Boswell | 12/5/19 | 12/5/19 | 39411 | $3,900.00 | O |
| John Boswell | 1/7/20 | 1/7/20 | 39644 | $3,791.67 | O |
| John Boswell | 2/6/20 | 2/6/20 | 39970 | $3,683.33 | O |
| John Boswell | 3/5/20 | 3/10/20 | 40339 | $3,575.00 | O |
| John Boswell | 4/1/20 | 5/15/20 | 40676 | $3,466.67 | O |
| John Boswell | 6/29/20 | 8/26/20 | 41331 | $3,250.00 | O |
| John Boswell | 5/4/20 | 8/26/20 | 40857 | $3,358.33 | O |
| John Boswell | 7/7/20 | 8/26/20 | 41335 | $3,141.67 | O |
| John Boswell | 8/17/20 | 9/29/20 | 41576 | $3,141.67 | O |
| John Boswell | 9/4/20 | 9/29/20 | 41717 | $3,141.67 | O |
| John Boswell | 10/5/20 | 10/29/20 | 41791 | $3,141.67 | O |
| John Boswell | 11/9/20 | 12/8/20 | 41984 | $3,141.67 | O |
| John Boswell | 12/8/20 | 12/8/20 | 42062 | $3,141.67 | O |
| John Boswell | 1/4/21 | 1/14/21 | 42200 | $3,141.67 | O |
| John Boswell | 2/12/21 | 2/12/21 | 42374 | $3,141.67 | O |
| John Boswell | 3/11/21 | 3/15/21 | 50185 | $3,141.67 | O |
| | **Total Payments to John Boswell** | | | **$98,633.36** | |
| | | | | | |
| Equity Trust Company | 4/24/19 | 4/26/19 | 38312 | $5,000.00 | O |
| Equity Trust Company | 4/22/19 | 4/30/19 | 38322 | $10,000.00 | O |
| Equity Trust Company | 5/22/19 | 5/28/19 | 38434 | $10,000.00 | O |
| Equity Trust Company | 5/3/19 | 5/28/19 | 38368 | $1,250.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Equity Trust Company | 6/20/19 | 7/24/19 | 38549 | $10,000.00 | O |
| Equity Trust Company | 7/20/19 | 8/8/19 | 38720 | $10,000.00 | O |
| Equity Trust Company | 8/21/19 | 9/27/19 | 38885 | $10,000.00 | O |
| Equity Trust Company | 9/20/19 | 10/30/19 | 39097 | $10,000.00 | O |
| Equity Trust Company | 10/21/19 | 11/14/19 | 39270 | $10,000.00 | O |
| Equity Trust Company | 11/20/19 | 12/13/19 | 39378 | $10,000.00 | O |
| Equity Trust Company | 12/20/19 | 1/21/20 | 39495 | $10,000.00 | O |
| Equity Trust Company | 1/21/20 | 2/27/20 | 39877 | $10,000.00 | O |
| Equity Trust Company | 2/21/20 | 4/14/20 | 40175 | $10,000.00 | O |
| Equity Trust Company | 4/20/20 | 5/11/20 | 40782 | $10,000.00 | O |
| Equity Trust Company | 5/29/20 | 8/28/20 | 40953 | $10,000.00 | O |
| **Total Payments to Equity Trust Company** | | | | **$136,250.00** | |
| **Total of All Payments from April 13, 2019 - April 13, 2021** | | | | **$234,883.36** | |

**Peter Xenopoulos**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Peter Xenopoulos | 5/1/19 | 5/6/19 | 38347 | $11,757.91 | O |
| Peter Xenopoulos | 5/16/19 | 5/20/19 | 38401 | $11,757.91 | O |
| Peter Xenopoulos | 7/1/19 | 7/11/19 | 38589 | $11,757.91 | O |
| Peter Xenopoulos | 7/17/19 | 7/22/19 | 38665 | $11,757.91 | O |
| Peter Xenopoulos | 8/5/19 | 8/14/19 | 38818 | $11,757.91 | O |
| Peter Xenopoulos | 9/16/19 | 9/16/19 | 39001 | $11,757.91 | O |
| Peter Xenopoulos | 10/2/19 | 10/3/19 | 39161 | $11,757.91 | O |
| Peter Xenopoulos | 11/4/19 | 11/13/19 | 39325 | $11,757.91 | O |
| Peter Xenopoulos | 12/6/19 | 12/10/19 | 39435 | $11,757.91 | O |
| Peter Xenopoulos | 1/10/20 | 1/13/20 | 39656 | $11,757.91 | O |
| **Total of All Payments from April 13, 2019 - April 13, 2021** | | | | **$117,579.10** | |

**Phyllis Kossoff**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 12/9/13 | 12/9/13 | 9746 | $10,000.00 | O |
| Phyllis Kossoff | 3/7/14 | 3/7/14 | 15220 | $10,000.00 | O |
| Phyllis Kossoff | 3/19/14 | 3/19/14 | 1335 | $25,000.00 | I |
| Phyllis Kossoff | 3/19/14 | 3/19/14 | 15281 | $5,000.00 | O |
| Phyllis Kossoff | 4/14/14 | 4/14/14 | 15388 | $15,000.00 | O |
| Phyllis Kossoff | 5/12/14 | 5/13/14 | 15532 | $15,000.00 | O |
| Phyllis Kossoff | 5/16/14 | 5/16/14 | 15553 | $25,000.00 | O |
| Phyllis Kossoff | 5/23/14 | 5/23/14 | 15590 | $12,000.00 | O |
| Phyllis Kossoff | 6/20/14 | 6/24/14 | 15708 | $7,500.00 | O |
| Phyllis Kossoff | 7/11/14 | 7/11/14 | 15792 | $7,500.00 | O |
| Phyllis Kossoff | 8/8/14 | 8/8/14 | 15951 | $5,000.00 | O |
| Phyllis Kossoff | 8/15/14 | 8/15/14 | 15998 | $5,000.00 | O |
| Phyllis Kossoff | 8/26/14 | 8/26/14 | 16024 | $5,000.00 | O |
| Phyllis Kossoff | 9/3/14 | 9/3/14 | 16090 | $5,000.00 | O |
| Phyllis Kossoff | 9/10/14 | 9/10/14 | 16144 | $5,000.00 | O |
| Phyllis Kossoff | 9/17/14 | 9/17/14 | 16231 | $5,000.00 | O |
| Phyllis Kossoff | 9/23/14 | 9/23/14 | 16272 | $5,000.00 | O |
| Phyllis Kossoff | 10/3/14 | 10/3/14 | 16295 | $5,000.00 | O |
| Phyllis Kossoff | 10/10/14 | 10/10/14 | 16396 | $5,000.00 | O |
| Phyllis Kossoff | 10/17/14 | 10/17/14 | 16460 | $5,000.00 | O |
| Phyllis Kossoff | 10/27/14 | 10/31/14 | 16525 | $5,000.00 | O |
| Phyllis Kossoff | 10/31/14 | 10/31/14 | 16551 | $5,000.00 | O |
| Phyllis Kossoff | 11/10/14 | 11/10/14 | 16630 | $5,000.00 | O |
| Phyllis Kossoff | 11/14/14 | 11/14/14 | 16683 | $5,000.00 | O |
| Phyllis Kossoff | 11/21/14 | 11/21/14 | 16735 | $5,000.00 | O |
| Phyllis Kossoff | 12/1/14 | 12/1/14 | 16783 | $5,000.00 | O |
| Phyllis Kossoff | 12/5/14 | 12/5/14 | 16831 | $5,000.00 | O |
| Phyllis Kossoff | 12/12/14 | 12/12/14 | 16878 | $5,000.00 | O |
| Phyllis Kossoff | 12/19/14 | 12/19/14 | 16980 | $5,000.00 | O |
| Phyllis Kossoff | 12/24/14 | 12/24/14 | 17014 | $5,000.00 | O |
| Phyllis Kossoff | 1/2/15 | 1/2/15 | 17077 | $5,000.00 | O |
| Phyllis Kossoff | 5/5/15 | 5/12/15 | 21134 | $5,000.00 | O |
| Phyllis Kossoff | 5/12/15 | 5/13/15 | 21222 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|-----|-----|-----|-----|-----|
| Phyllis Kossoff | 5/18/15 | 5/22/15 | 21304 | $5,000.00 | O |
| Phyllis Kossoff | 5/26/15 | 5/27/15 | 21356 | $5,000.00 | O |
| Phyllis Kossoff | 6/3/15 | 6/12/15 | 21471 | $5,000.00 | O |
| Phyllis Kossoff | 6/12/15 | 6/12/15 | 21559 | $5,000.00 | O |
| Phyllis Kossoff | 6/17/15 | 6/22/15 | 21626 | $5,000.00 | O |
| Phyllis Kossoff | 6/24/15 | 6/30/15 | 21715 | $5,000.00 | O |
| Phyllis Kossoff | 6/29/15 | 7/8/15 | 21797 | $5,000.00 | O |
| Phyllis Kossoff | 7/10/15 | 7/20/15 | 21911 | $5,000.00 | O |
| Phyllis Kossoff | 7/14/15 | 7/20/15 | 21960 | $5,000.00 | O |
| Phyllis Kossoff | 7/20/15 | 7/28/15 | 22006 | $5,000.00 | O |
| Phyllis Kossoff | 7/28/15 | 8/7/15 | 22143 | $5,000.00 | O |
| Phyllis Kossoff | 8/3/15 | 8/14/15 | 22220 | $5,000.00 | O |
| Phyllis Kossoff | 8/10/15 | 8/17/15 | 22305 | $5,000.00 | O |
| Phyllis Kossoff | 8/18/15 | 8/21/15 | 22379 | $5,000.00 | O |
| Phyllis Kossoff | 8/24/15 | 8/24/15 | 22454 | $5,000.00 | O |
| Phyllis Kossoff | 8/31/15 | 8/31/15 | 22527 | $5,000.00 | O |
| Phyllis Kossoff | 9/8/15 | 9/11/15 | 22618 | $5,000.00 | O |
| Phyllis Kossoff | 9/14/15 | 9/21/15 | 22703 | $5,000.00 | O |
| Phyllis Kossoff | 9/21/15 | 9/21/15 | 22751 | $5,000.00 | O |
| Phyllis Kossoff | 9/28/15 | 9/29/15 | 22849 | $5,000.00 | O |
| Phyllis Kossoff | 10/5/15 | 10/9/15 | 22972 | $5,000.00 | O |
| Phyllis Kossoff | 10/14/15 | 10/22/15 | 23053 | $5,000.00 | O |
| Phyllis Kossoff | 10/19/15 | 10/22/15 | 23142 | $5,000.00 | O |
| Phyllis Kossoff | 10/26/15 | 10/29/15 | 23210 | $5,000.00 | O |
| Phyllis Kossoff | 11/2/15 | 11/2/15 | 23322 | $5,000.00 | O |
| Phyllis Kossoff | 11/9/15 | 11/17/15 | 23469 | $5,000.00 | O |
| Phyllis Kossoff | 11/17/15 | 11/23/15 | 23513 | $5,000.00 | O |
| Phyllis Kossoff | 11/23/15 | 11/23/15 | 23597 | $5,000.00 | O |
| Phyllis Kossoff | 11/30/15 | 12/3/15 | 23690 | $5,000.00 | O |
| Phyllis Kossoff | 12/7/15 | 12/17/15 | 23783 | $5,000.00 | O |
| Phyllis Kossoff | 12/14/15 | 12/17/15 | 23898 | $5,000.00 | O |
| Phyllis Kossoff | 12/21/15 | 12/28/15 | 23983 | $5,000.00 | O |
| Phyllis Kossoff | 12/28/15 | 12/31/15 | 24073 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/16 | 1/11/16 | 24150 | $5,000.00 | O |
| Phyllis Kossoff | 1/15/16 | 1/15/16 | 24213 | $5,000.00 | O |
| Phyllis Kossoff | 1/20/16 | 1/22/16 | 24288 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 1/27/16 | 1/29/16 | 24401 | $5,000.00 | O |
| Phyllis Kossoff | 2/5/16 | 2/12/16 | 24492 | $5,000.00 | O |
| Phyllis Kossoff | 2/8/16 | 2/12/16 | 24578 | $5,000.00 | O |
| Phyllis Kossoff | 2/16/16 | 2/19/16 | 24655 | $5,000.00 | O |
| Phyllis Kossoff | 3/4/16 | 3/4/16 | 2220 | $5,000.00 | O |
| Phyllis Kossoff | 2/29/16 | 3/14/16 | 25001 | $5,000.00 | O |
| Phyllis Kossoff | 3/9/16 | 3/18/16 | 25016 | $5,000.00 | O |
| Phyllis Kossoff | 3/15/16 | 3/23/16 | 25110 | $5,000.00 | O |
| Phyllis Kossoff | 3/21/16 | 4/1/16 | 25167 | $5,000.00 | O |
| Phyllis Kossoff | 3/28/16 | 4/7/16 | 25274 | $5,000.00 | O |
| Phyllis Kossoff | 4/5/16 | 4/7/16 | 25358 | $5,000.00 | O |
| Phyllis Kossoff | 4/11/16 | 4/22/16 | 25456 | $5,000.00 | O |
| Phyllis Kossoff | 4/18/16 | 5/2/16 | 25561 | $5,000.00 | O |
| Phyllis Kossoff | 4/25/16 | 5/2/16 | 25632 | $5,000.00 | O |
| Phyllis Kossoff | 5/3/16 | 5/18/16 | 25714 | $5,000.00 | O |
| Phyllis Kossoff | 5/10/16 | 5/19/16 | 25812 | $5,000.00 | O |
| Phyllis Kossoff | 5/16/16 | 5/19/16 | 25910 | $5,000.00 | O |
| Phyllis Kossoff | 5/23/16 | 5/24/16 | 25989 | $5,000.00 | O |
| Phyllis Kossoff | 5/31/16 | 6/13/16 | 26113 | $5,000.00 | O |
| Phyllis Kossoff | 6/6/16 | 6/13/16 | 26206 | $5,000.00 | O |
| Phyllis Kossoff | 6/13/16 | 6/17/16 | 26262 | $5,000.00 | O |
| Phyllis Kossoff | 6/22/16 | 6/24/16 | 26382 | $5,000.00 | O |
| Phyllis Kossoff | 6/27/16 | 7/7/16 | 26473 | $5,000.00 | O |
| Phyllis Kossoff | 7/5/16 | 7/11/16 | 26560 | $5,000.00 | O |
| Phyllis Kossoff | 7/11/16 | 7/22/16 | 26696 | $5,000.00 | O |
| Phyllis Kossoff | 7/18/16 | 7/25/16 | 26741 | $5,000.00 | O |
| Phyllis Kossoff | 7/25/16 | 8/5/16 | 26828 | $5,000.00 | O |
| Phyllis Kossoff | 8/1/16 | 8/5/16 | 26908 | $5,000.00 | O |
| Phyllis Kossoff | 8/8/16 | 8/11/16 | 26993 | $5,000.00 | O |
| Phyllis Kossoff | 8/15/16 | 8/19/16 | 27083 | $5,000.00 | O |
| Phyllis Kossoff | 8/22/16 | 9/2/16 | 27174 | $5,000.00 | O |
| Phyllis Kossoff | 8/29/16 | 9/2/16 | 27259 | $5,000.00 | O |
| Phyllis Kossoff | 9/6/16 | 9/20/16 | 27347 | $5,000.00 | O |
| Phyllis Kossoff | 9/12/16 | 9/20/16 | 27457 | $5,000.00 | O |
| Phyllis Kossoff | 9/20/16 | 9/27/16 | 27544 | $5,000.00 | O |
| Phyllis Kossoff | 9/27/16 | 10/13/16 | 27632 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 10/3/16 | 10/13/16 | 27710 | $5,000.00 | O |
| Phyllis Kossoff | 10/10/16 | 10/19/16 | 27812 | $5,000.00 | O |
| Phyllis Kossoff | 10/18/16 | 10/28/16 | 27902 | $5,000.00 | O |
| Phyllis Kossoff | 10/24/16 | 10/28/16 | 27974 | $5,000.00 | O |
| Phyllis Kossoff | 11/1/16 | 11/17/16 | 28069 | $5,000.00 | O |
| Phyllis Kossoff | 11/17/16 | 11/17/16 | 28152 | $5,000.00 | O |
| Phyllis Kossoff | 11/14/16 | 12/2/16 | 28311 | $5,000.00 | O |
| Phyllis Kossoff | 11/28/16 | 12/2/16 | 28403 | $5,000.00 | O |
| Phyllis Kossoff | 11/28/16 | 12/19/16 | 28452 | $5,000.00 | O |
| Phyllis Kossoff | 12/5/16 | 12/19/16 | 28499 | $5,000.00 | O |
| Phyllis Kossoff | 12/21/16 | 12/21/16 | 8368 | $40,000.00 | I |
| Phyllis Kossoff | 12/12/16 | 12/23/16 | 28682 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/17 | 1/5/17 | 8370 | $40,000.00 | I |
| Phyllis Kossoff | 12/20/16 | 1/18/17 | 28774 | $5,000.00 | O |
| Phyllis Kossoff | 12/27/16 | 1/18/17 | 28816 | $5,000.00 | O |
| Phyllis Kossoff | 1/4/17 | 1/23/17 | 28922 | $5,000.00 | O |
| Phyllis Kossoff | 1/10/17 | 1/23/17 | 29015 | $5,000.00 | O |
| Phyllis Kossoff | 1/17/17 | 1/23/17 | 29062 | $10,000.00 | O |
| Phyllis Kossoff | 1/27/17 | 1/27/17 | 29139 | $10,000.00 | O |
| Phyllis Kossoff | 2/3/17 | 2/3/17 | 29234 | $25,000.00 | O |
| Phyllis Kossoff | 2/3/17 | 2/3/17 | 29235 | $5,000.00 | O |
| Phyllis Kossoff | 2/7/17 | 2/17/17 | 29348 | $5,000.00 | O |
| Phyllis Kossoff | 2/13/17 | 2/17/17 | 29358 | $5,000.00 | O |
| Phyllis Kossoff | 2/21/17 | 3/10/17 | 29494 | $5,000.00 | O |
| Phyllis Kossoff | 2/28/17 | 3/10/17 | 29600 | $5,000.00 | O |
| Phyllis Kossoff | 3/6/17 | 3/30/17 | 29609 | $5,000.00 | O |
| Phyllis Kossoff | 3/13/17 | 3/30/17 | 29703 | $5,000.00 | O |
| Phyllis Kossoff | 3/20/17 | 3/30/17 | 29836 | $5,000.00 | O |
| Phyllis Kossoff | 3/27/17 | 4/7/17 | 29932 | $5,000.00 | O |
| Phyllis Kossoff | 4/5/17 | 4/7/17 | 30010 | $5,000.00 | O |
| Phyllis Kossoff | 4/11/17 | 4/21/17 | 30105 | $5,000.00 | O |
| Phyllis Kossoff | 4/18/17 | 4/21/17 | 30215 | $5,000.00 | O |
| Phyllis Kossoff | 4/25/17 | 5/10/17 | 30270 | $5,000.00 | O |
| Phyllis Kossoff | 5/2/17 | 5/10/17 | 30390 | $5,000.00 | O |
| Phyllis Kossoff | 5/9/17 | 5/22/17 | 30466 | $5,000.00 | O |
| Phyllis Kossoff | 5/15/17 | 5/22/17 | 30615 | $5,000.00 | O |

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 5/30/17 | 6/8/17 | 30824 | $5,000.00 | O |
| Phyllis Kossoff | 6/6/17 | 6/16/17 | 30844 | $5,000.00 | O |
| Phyllis Kossoff | 6/13/17 | 6/30/17 | 30930 | $5,000.00 | O |
| Phyllis Kossoff | 6/20/17 | 6/30/17 | 31022 | $5,000.00 | O |
| Phyllis Kossoff | 6/26/17 | 7/13/17 | 31110 | $5,000.00 | O |
| Phyllis Kossoff | 7/3/17 | 7/13/17 | 31213 | $5,000.00 | O |
| Phyllis Kossoff | 7/10/17 | 7/28/17 | 31284 | $5,000.00 | O |
| Phyllis Kossoff | 7/18/17 | 7/28/17 | 31456 | $5,000.00 | O |
| Phyllis Kossoff | 7/26/17 | 7/28/17 | 31470 | $5,000.00 | O |
| Phyllis Kossoff | 7/28/17 | 7/31/17 | 31491 | $10,000.00 | O |
| Phyllis Kossoff | 7/28/17 | 7/31/17 | 31493 | $30,000.00 | O |
| Phyllis Kossoff | 8/14/17 | 8/22/17 | 31804 | $10,000.00 | O |
| Phyllis Kossoff | 8/23/17 | 9/5/17 | 31860 | $10,000.00 | O |
| Phyllis Kossoff | 8/28/17 | 9/5/17 | 32016 | $10,000.00 | O |
| Phyllis Kossoff | 9/5/17 | 9/20/17 | 32099 | $10,000.00 | O |
| Phyllis Kossoff | 9/11/17 | 9/22/17 | 32102 | $10,000.00 | O |
| Phyllis Kossoff | 9/18/17 | 9/25/17 | 32220 | $10,000.00 | O |
| Phyllis Kossoff | 9/26/17 | 10/13/17 | 32351 | $10,000.00 | O |
| Phyllis Kossoff | 10/2/17 | 10/13/17 | 32415 | $10,000.00 | O |
| Phyllis Kossoff | 10/9/17 | 10/25/17 | 32489 | $10,000.00 | O |
| Phyllis Kossoff | 10/16/17 | 11/9/17 | 32574 | $10,000.00 | O |
| Phyllis Kossoff | 10/23/17 | 11/9/17 | 32646 | $10,000.00 | O |
| Phyllis Kossoff | 10/31/17 | 11/27/17 | 32729 | $10,000.00 | O |
| Phyllis Kossoff | 11/6/17 | 11/27/17 | 32811 | $10,000.00 | O |
| Phyllis Kossoff | 11/13/17 | 12/15/17 | 32921 | $10,000.00 | O |
| Phyllis Kossoff | 1/20/17 | 12/15/17 | 33034 | $10,000.00 | O |
| Phyllis Kossoff | 12/27/17 | 12/15/17 | 33088 | $10,000.00 | O |
| Phyllis Kossoff | 12/4/17 | 12/15/17 | 33250 | $10,000.00 | O |
| Phyllis Kossoff | 12/11/17 | 12/15/17 | 33263 | $10,000.00 | O |
| Phyllis Kossoff | 5/15/18 | 5/15/18 | 8609 | $100,000.00 | I |
| Phyllis Kossoff | 1/31/20 | 1/31/20 | 39903 | $15,000.00 | O |
| Phyllis Kossoff | 2/7/20 | 2/14/20 | 39981 | $10,000.00 | O |
| Phyllis Kossoff | 2/21/20 | 2/21/20 | 40173 | $10,000.00 | O |
| Phyllis Kossoff | 5/7/20 | 5/7/20 | 40852 | $50,000.00 | O |
| Phyllis Kossoff | 1/8/21 | 1/8/21 | WIRE | $30,000.00 | O |
| **Total of All Payments from April 13, 2019 - April 13, 2021** | | | | **$1,367,000.00** | |

**Ronny Mintz, Julie Mintz & Chalron Enterprises Ltd.**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Chalron Enterprises Ltd. | 6/17/19 | 7/1/19 | 38538 | $2,389.50 | O |
| Total of All Payments from April 13, 2019 - April 13, 2021 | | | | $2,389.50 | |

## EXHIBIT 9

### Preferential Transfers

**Ernest Perevoski and Terri L. Abbey**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|-------|--------------------|--------------------------|---------|----------------------|--------------------------------------|
| Ernest J Perevoski or Terri L Abbey | 2/2/21 | 2/2/21 | WIRE | $19,621.67 | O |
| Total of All Payments January 13, 2021 - April 13, 2021 | | | | $19,621.67 | |

**John Boswell & Equity Trust Company DBA Sterling Trust**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| John Boswell | 1/4/21 | 1/14/21 | 42200 | $3,141.67 | O |
| John Boswell | 2/12/21 | 2/12/21 | 42374 | $3,141.67 | O |
| John Boswell | 3/11/21 | 3/15/21 | 50185 | $3,141.67 | O |
| **Total of All Payments January 13, 2021 - April 13, 2021** | | | | **$9,425.01** | |

**Phyllis Kossoff**

| Payee | Check Payment Date | Check Payment Clear Date | Check # | Check Payment Amount | Account Type I = IOLA O = Operating |
|---|---|---|---|---|---|
| Phyllis Kossoff | 5/7/20 | 5/7/20 | 40852 | $50,000.00 | O |
| Phyllis Kossoff | 1/8/21 | 1/8/21 | WIRE | $30,000.00 | O |
| Total of All Payments April 13, 2020 - January 13, 2021 | | | | $80,000.00 | |